FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUL 09 2004

CIVIL NO. __CV04 00414 ORIGINAL SOM KSC__

at 11 o'clock and 40 min. A.M.
WALTER A. Y. H. CHINN, CLERK

[X] **ORDER SETTING RULE 16 SCHEDULING CONFERENCE**

[ ] **NOTICE SETTING STATUS CONFERENCE**

You are hereby ORDERED to appear for a Scheduling Conference/Status Conference on __January 10, 2005__ at 9:00 a.m. before

[ ] Magistrate Judge Barry M. Kurren in Courtroom 6

[ ] Magistrate Judge Leslie E. Kobayashi in Courtroom 7

[X] Magistrate Judge Kevin S.C. Chang in Courtroom 5

Pursuant to Rule 16 of the Federal Rules of Civil Procedure ("Fed.R.Civ.P.") and Local Rule 16.2 of the Rules of the United States District Court for the District of Hawaii ("L.R."):

Each party shall file a Scheduling Conference Statement pursuant to L.R. 16.2(b), and shall attend in person or by counsel.

Parties are reminded that, unless otherwise ordered by the Court, a meeting of the parties must occur at least 21 days prior to the Scheduling Conference and a report submitted to the Court. Except as otherwise provided by L.R. 26.1(c), no formal discovery may be commenced before the meeting of the parties.

Failure to file and/or failure to attend will result in imposition of sanctions, (including fines or dismissal), under Fed.R.Civ.P. 16(f) and L.R. 11.1.

DATED at Honolulu, Hawaii __JUL 0 9 2004__.

DAVID ALAN EZRA
Chief, U.S. District Judge

I hereby acknowledge receipt of the Order Setting Rule 16 Scheduling Conference/Status Conference.

Date __JUL 0 9 2004__

Sign __RECEIVED BY MAIL__

Atty ( ) Secy ( ) Messenger ( )

**THIS RULE 16 ORDER/NOTICE OF STATUS CONFERENCE IS ATTACHED TO THE INITIATING DOCUMENT (COMPLAINT/NOTICE OF REMOVAL) & MUST BE SERVED WITH THE DOCUMENT. PLEASE DO NOT REMOVE.)**