ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUL 26 2004

at 12 o'clock and 00 min. P.M.
WALTER A. Y. H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| WILLIAM S. AHOLELEI, | ) | CIVIL NO. 04-00414 SOM-KSC |
| | ) | |
| Plaintiff, | ) | ORDER GRANTING IN FORMA |
| | ) | PAUPERIS APPLICATION AND |
| vs. | ) | DIRECTING COLLECTION OF |
| | ) | FILING FEE FROM PRISON |
| STATE OF HAWAII | ) | ACCOUNT |
| DEPARTMENT OF PUBLIC | ) | |
| SAFETY, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

ORDER GRANTING IN FORMA PAUPERIS APPLICATION AND
DIRECTING COLLECTION OF FILING FEE FROM PRISON ACCOUNT

On July 9, 2004, Plaintiff William S. Aholelei ("Plaintiff"), a state prisoner proceeding pro se, filed a complaint in this Court under 42 U.S.C. § 1983. Concurrently, Plaintiff filed an application to proceed in forma pauperis.

Plaintiff has submitted a declaration that makes the showing required by 28 U.S.C. § 1915.

Accordingly, the request to proceed in forma pauperis will be granted.

Pursuant to 28 U.S.C. § 1915(b)(1), Plaintiff is required to pay the entire statutory filing fee of $150.00 for this action. When funds exist, the Court is required by statute to assess an initial partial filing fee based on twenty percent of the greater of: (1) the average monthly deposits to Plaintiff's prison account; or (2) the average monthly balance in Plaintiff's prison account for the six month period immediately preceding the filing of the complaint. 28 U.S.C. § 1915(b)(1). The Court will not assess an initial partial filing fee because Plaintiff has no funds in his prison account. Nor has he had any funds in his prison account for the last six months.

As funds become available in his prison account, however, Plaintiff is obligated to make monthly payments of twenty percent of the preceding month's income credited to the account. These payments

shall be collected and forwarded by the appropriate agency to the Clerk of the Court each time the amount in the account exceeds $10.00, until the filing fee is paid in full. 28 U.S.C. § 1915(b)(2).

In accordance with the foregoing, IT IS HEREBY ORDERED that:

1. Plaintiff's application to proceed in forma pauperis is GRANTED.

2. Plaintiff is obligated to pay the statutory filing fee of $150.00 for this action. **The Director of the Hawaii Department of Public Safety, Corrections Division, or his designee, the WARDEN OR BUSINESS OFFICER for the Halawa Correctional Facility, is ordered, as funds become available, to garnish and collect from Plaintiff's prison account monthly payments in an amount equal to twenty percent of the preceding month's income credited to Plaintiff's prison account and shall forward those payments to the Clerk of the Court each time the amount in the account exceeds $10.00 in accordance with 28 U.S.C.**

§ 1915(b)(2) until a total of $150.00 has been collected and forwarded to the Clerk of the Court. **THE PAYMENTS SHALL BE CLEARLY IDENTIFIED BY THE NAME AND NUMBER ASSIGNED TO THIS ACTION.**

      3.   The Clerk of the Court is directed to serve a copy of this order on the Director of the State of Hawaii Department of Public Safety, Corrections Division, 919 Ala Moana Blvd., 4th Flr., Honolulu, Hawaii 96814, and on the Warden of the Halawa Correctional Facility.

      4.   The United States Marshal shall serve a copy of the complaint, summons and this ORDER upon Defendants as directed by Plaintiff.

      5.   Service is appropriate for: State of Hawaii Department of Public Safety; JOHN F. PEYTON; FRANK LOPEZ; EDWIN SHIMODA; CLAYTON FRANK, RANDY ASHER; ERIC TANAKA; GARY KAPLAN; MAY ANDRADE; CINDA SANDIN; STATE OF HAWAII ATTORNEY GENERAL.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, _____JUL 2 6 2004_____.

_____
KEVIN S.C. CHANG
UNITED STATES MAGISTRATE JUDGE

CC: PLAINTIFF
    WARDEN, HALAWA CORRECTIONAL FACILITY
    DIRECTOR, HAWAII DEPARTMENT OF PUBLIC SAFETY

Aholelei v. State of Hawaii Department of Public Safety, et al., Civil No. 04-00414 SOM-KSC, Order Granting In Forma Pauperis Application and Directing Collection of Filing Fee from Prison Account; jhc\ifp\AHOLELEI 04-414(1983grant)

---------------------------
William S. Aholelei
HALAWA CORRECTIONAL FACILITY
A0146949
99-902 MOANALUA HIGHWAY
AIEA, HI 96701


HALAWA CORRECTIONAL FACILITY
ATTN: WARDEN
99-902 MOANALUA HIGHWAY
AIEA, HI 96701


JOHN F. PEYTON, JR.
DIRECTOR, DEPARTMENT OF PUBLIC SAFETY
STATE OF HAWAII
CORRECTIONS DIVISION
919 ALA MOANA BLVD., 4TH FLOOR
HONOLULU, HI. 96814


-------------------------------------