**U.S. Department of Justice**
**United States Marshals Service**

**PROCESS RECEIPT AND RETURN**
*See Instructions for "Service of Process by the U.S. Marshal"*
*on the reverse of this form.*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| William S. Aholelei | CV: 04-00414 SOM KSC |
| DEFENDANT | TYPE OF PROCESS |
| John F. Peyton | Civil |

**SERVE** ➡ NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

State of Hawaii Department of Public Safety

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

**AT** 919 Ala moana Boulevard, 4th floor Hon, HI 96814

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

William S. Aholelei
Halawa Correctional facility
99-902 moanalua Road
Aiea, Hawaii 96701

| | |
|---|---|
| Number of process to be served with this Form - 285 | 3 |
| Number of parties to be served in this case | 10 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All
Telephone Numbers, and Estimated Times Available For Service):
Fold                                                                                     Fold

UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

SEP 1 0 2004

at 8 o'clock and 30 min. M

WALTER A.Y.H. CHINN, CLERK

Signature of Attorney or other Originator requesting service on behalf of:

Julie S. Aholelei

☑ PLAINTIFF
☐ DEFENDANT

| TELEPHONE NUMBER | DATE |
|---|---|
| 808-486-2600 | Aug 29-04 |

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | No. 22 | No. 22 | Rm | 9/1/04 |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described
on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

| Name and title of individual served (if not shown above) | ☐ A person of suitable age and discretion then residing in the defendant's usual place of abode. |
|---|---|

| Address (complete only if different than shown above) | Date of Service | Time | am |
|---|---|---|---|
| | 9/3/04 | | pm |
| | Signature of U.S. Marshal or Deputy | | |

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| | | | | | | |

REMARKS:

Service executed via certified mail
# 7003 0500 0001 1909 0511

U.S. Postal Service™
## CERTIFIED MAIL™ RECEIPT
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

O F F I C I A L   U S E

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Reciept Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark
Here

7003 0500 0001 1909 0511

Sent To  09/02/04  285  04-00414  SOH-John P.
Street, Apt. No.;
or PO Box No.
City, State, ZIP+4

PS Form 3800, June 2002                    See Reverse for Instructions

---

**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

John F. Peyton
SOH-Dept. of Public Safety
919 Ala Moana Boulevard, 4th Floor
Honolulu, HI   96814

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X  _Monday_      ☐ Agent  ☐ Addressee

B. Received by ( Printed Name )   C. Date of Delivery
M. ORDONES   9/3/04

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered   ☐ Return Receipt for Merchandise
   ☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? *(Extra Fee)*   ☐ Yes

2. Article Number
   *(Transfer from service label)*   7003 0500 0001 1909 0511

PS Form 3811, February 2004        Domestic Return Receipt        102595-02-M-1540

---

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

285  04-00414

U.S. MARSHALS SERVICE
P.O. Box 50184
Honolulu, HI 96850

Attn: _Shan_

2004 SEP -7 PM 3:22
U.S. MARSHALS SERVICE
HONOLULU, HI.
RECEIVED

96850/5000