# U.S. Department of Justice
## United States Marshals Service

### PROCESS RECEIPT AND RETURN
See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.

| | |
|---|---|
| **PLAINTIFF** William S. Aholelei | **COURT CASE NUMBER** CV:04-00414 SOM KSC |
| **DEFENDANT** FRANK LOPEZ | **TYPE OF PROCESS** Civil |

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
State of Hawai'i Department of Public Safety

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
919 Ala Moana Boulevard, 4th floor HON, HI 96814

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

William S. Aholelei
Halawa Correctional Facility
99-902 Moanalua Road
Aiea, Hawaii 96701

Number of process to be served with this Form - 285: 3
Number of parties to be served in this case: 10
Check for service on U.S.A.

FILED IN THE UNITED STATES DISTRICT COURT DISTRICT OF HAWAII

SEP 10 2004

at 8 o'clock and 30 min. MB
WALTER A.Y.H. CHINN, CLERK

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Signature of Attorney or other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT
William S. Aholelei
TELEPHONE NUMBER: 808-486-2600
DATE: Aug-29-04

---

### SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted)
Total Process: 1
District of Origin No. 22
District to Serve No. 22
Signature of Authorized USMS Deputy or Clerk
Date: 9/1/04

☐ I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)
☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)
Date of Service: 9/3/04
Time: am/pm
Signature of U.S. Marshal or Deputy: Brent A. [illegible]

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| | | | | | | |

**REMARKS:** Service executed via Certified Mail # 7003 0500 0001 1909 0535

PRIOR EDITIONS MAY BE USED    1. CLERK OF THE COURT    FORM USM-285 (Rev. 12/15/80)

