U.S. Department of Justice
United States Marshals Service

PROCESS RECEIPT AND RETURN
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| | |
|---|---|
| PLAINTIFF William S. Aholelei | COURT CASE NUMBER CV:04-00414 SOM KSC |
| DEFENDANT Clayton FRANK | TYPE OF PROCESS Civil |

SERVE → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
State of Hawaii Department of Public Safety

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
AT HCF. 99-902 moanalua Rd. Aiea, HI 96701

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

William S. Aholelei
Halawa Correctional Facility
99-902 moanalua Road
Aiea, Hawaii 96701

Number of process to be served with this Form - 285: 3
Number of parties to be served in this case: 10
Check for service on U.S.A.:

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

SEP 1 0 2004

at 8 o'clock and 30 min A M.
WALTER A.Y.H. CHINN, CLERK

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Signature of Attorney or other Originator requesting service on behalf of:
William S. Aholelei
☒ PLAINTIFF
☐ DEFENDANT
TELEPHONE NUMBER: 808-486-2600
DATE: Aug-29-04

SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process 1 | District of Origin No. 22 | District to Serve No. 22 | Signature of Authorized USMS Deputy or Clerk | Date 9/1/04 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

Date of Service: 9/3/04
Time: am / pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|

REMARKS: Service executed via Certified mail
# 7003 0500 0001 1904 6559

PRIOR EDITIONS MAY BE USED          1. CLERK OF THE COURT          FORM USM-285 (Rev. 12/15/80)

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

Sent To
09/02/04  285  04-00414  SOH-Clayton F.

Street, Apt. No.; or PO Box No.

City, State, ZIP+4

PS Form 3800, June 2002                    See Reverse for Instructions

Article number: 7003 1909 0001 0500 7003

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Clayton Frank
SOH-Dept. of Public Safety
HCF, 99-902 Moanalua Road
Aiea, HI   96701

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature]                          ☐ Agent
                                       ☐ Addressee

B. Received by (Printed Name)          C. Date of Delivery
                                          9/7/04

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
   ☒ Certified Mail       ☐ Express Mail
   ☐ Registered           ☐ Return Receipt for Merchandise
   ☐ Insured Mail         ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number (Transfer from service label)
   7003 0500 0001 1909 0559

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

285 04-00414

U.S. MARSHALS SERVICE
P.O. Box 50184
Honolulu, HI 96850
Attn: Shaun

2004 SEP -7 PM 3:22  RECEIVED  U.S. MARSHALS SERVICE HONOLULU, HI.