U.S. Department of Justice  
United States Marshals Service

**PROCESS RECEIPT AND RETURN**  
See Instructions for "Service of Process by the U.S. Marshal"  
on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| William S. Aholelei | CV:04-00414 SOM KSC |
| DEFENDANT | TYPE OF PROCESS |
| Gary Kaplan | Civil |

**SERVE** NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN  
State of Hawaii Department of Public Safety

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)  
**AT** HCF. 99-902 Moanalua Road, Aiea, Hawaii 96701

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

William S. Aholelei  
Halawa Correctional facility  
99-902 Moanalua Road  
Aiea, Hawaii 96701

| | |
|---|---|
| Number of process to be served with this Form - 285 | 3 |
| Number of parties to be served in this case | 10 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

FILED IN THE  
UNITED STATES DISTRICT COURT  
DISTRICT OF HAWAII  
SEP 1 0 2004  
at 8 o'clock and 30 min. A.M.  
WALTER A.Y.H. CHINN, CLERK

Signature of Attorney or other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT  
William S. Aholelei  
TELEPHONE NUMBER: 808-486-2600  
DATE: Aug-29-04

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. 22 | District to Serve No. 22 | Signature of Authorized USMS Deputy or Clerk  RW | Date 9/1/04 |
|---|---|---|---|---|---|
| | 1 | | | | |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above):

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above):

Date of Service: 9/3/04  
Time: am / pm  
Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| | | | | | | |

REMARKS: Service executed via Certified Mail # 7003 0500 0001 1909 0593

12

PRIOR EDITIONS MAY BE USED     **1. CLERK OF THE COURT**     FORM USM-285 (Rev. 12/15/80)

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Reciept Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

Sent To
09/02/04  285  04-00414  SOH-Gary K.
Street, Apt. No.; or PO Box No.
City, State, ZIP+4

7003 0500 0001 1909 0573

PS Form 3800, June 2002    See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Gary Kaplan
SOH-Dept. of Public Safety
HCF. 99-902 Moanalua Road
Aiea, HI  96701

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)  C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:    ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label)
   7003 0500 0001 1909 0573

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

285 04cv414

U.S. MARSHALS SERVICE
P.O. Box 50184
Honolulu, HI 96850
Attn: _____

2004 SEP -7 PM 3:22
U.S. MARSHALS SERVICE HONOLULU, HI
RECEIVED