MARK J. BENNETT   2672
Attorney General of Hawaii

CINDY S. INOUYE   3968
JOHN M. CREGOR, JR. 3521
Deputy Attorneys General
Department of the Attorney
 General, State of Hawaii
425 Queen Street
Honolulu, Hawaii 96813
Telephone:  (808) 586-1494
Facsimile:   (808) 586-1369
Email: John.M.Cregor@hawaii.gov

Attorneys for Defendants

**ORIGINAL**

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

SEP 2 3 2004

at __ o'clock and __ min. __ M
WALTER A.Y.H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WILLIAM S. AHOLELEI,<br><br>           Plaintiff,<br><br>vs.<br><br>STATE OF HAWAII, DEPARTMENT OF PUBLIC SAFETY, JOHN PEYTON, FRANK LOPEZ, EDWIN SHIMODA, CLAYTON FRANK, RANDY ASHER, ERIC TANAKA, GARY KAPLAN, MAY ANDRADE, CINDA SANDIN, STATE OF HAWAII ATTORNEY GENERAL, and DOE DEFENDANTS 1-10,<br><br>           Defendants. | CIVIL NO. 04-00414 SOM-KSC<br><br>DEFENDANTS' STATE OF HAWAII, DEPARTMENT OF PUBLIC SAFETY, JOHN PEYTON, FRANK LOPEZ, EDWIN SHIMODA, CLAYTON FRANK, RANDY ASHER, ERIC TANAKA, GARY KAPLAN, MAY ANDRADE, CINDA SANDIN, and STATE OF HAWAII ATTORNEY GENERAL'S ANSWER TO COMPLAINT FILED JULY 9, 2004; CERTIFICATE OF SERVICE |

DEFENDANTS' STATE OF HAWAII, DEPARTMENT OF PUBLIC SAFETY, JOHN PEYTON, FRANK LOPEZ, EDWIN SHIMODA, CLAYTON FRANK, RANDY ASHER, ERIC TANAKA, GARY KAPLAN, MAY ANDRADE, CINDA SANDIN, and STATE OF HAWAII ATTORNEY GENERAL'S ANSWER TO COMPLAINT FILED JULY 9, 2004

COME NOW Defendants State of Hawaii, Department of Public Safety, John Peyton, Frank Lopez, Edwin Shimoda, Clayton Frank, Randy Asher, Eric Tanaka, Gary Kaplan, May Andrade, Cinda Sandin, and State of Hawaii Attorney General's (hereinafter "Defendants") by their attorneys, Mark J. Bennett, Attorney General of Hawaii, Cindy S. Inouye and John M. Cregor, Jr. Deputy Attorneys General, and for their Answer to the Complaint, filed herein on July 9, 2004 ("Complaint") state as follows:

1. Defendants admit only that the Department of Public Safety is an agency of the Sovereign State of Hawaii.

2. Defendants admit only that the individually named Defendants are employees of the Sovereign State of Hawaii.

3. Defendants admit the allegations contained in paragraphs 1, 8, 13, 36, and 39 of the Complaint.

4. Defendants are without sufficient knowledge to neither admit nor deny the allegations contained in paragraphs 2-7, 9-12, 14-31, 33-35, and 37-38 of the Complaint and therefore deny them.

5. With regard to paragraph 32 of the Complaint, Defendants admit only that Plaintiff did identify some of his attackers to investigators.

6. Defendants deny the allegations contained in each and every "cause of action".

## FIRST AFFIRMATIVE DEFENSE

The Complaint fails to state a claim against the State upon which relief may be granted.

## SECOND AFFIRMATIVE DEFENSE

The State is immune to this action by reason of its sovereignty.

## THIRD AFFIRMATIVE DEFENSE

The Summons and Complaint have not been properly served upon the individual Defendants who do not waive service.

## FOURTH AFFIRMATIVE DEFENSE

Plaintiff's claims are barred by the doctrine of laches and/or waiver, and/or estoppel and/or res judicata and/or collateral estoppel and/or release.

## FIFTH AFFIRMATIVE DEFENSE

Defendants had neither actual nor constructive knowledge or notice of any of the allegations of the complaint alleged to have caused Plaintiff's injuries, or notice of any defect, deficiency, hazardous or dangerous condition alleged to have caused Plaintiff's injuries.

## SIXTH AFFIRMATIVE DEFENSE

Defendants are not liable for punitive or any other damages as alleged in the complaint.

## SEVENTH AFFIRMATIVE DEFENSE

Defendants are not liable to Plaintiff because at all relevant times Defendants and their agents and/or employees acted in good faith and without malice.

## EIGHTH AFFIRMATIVE DEFENSE

Defendants are not liable to Plaintiffs for any claims based upon its failure to enforce, or the adequacy of, statutes, ordinances, rules and regulations.

## NINTH AFFIRMATIVE DEFENSE

As a matter of law, Defendants cannot be held liable on any claim based on acts or omissions in performing or failing to perform a discretionary function or duty.

## TENTH AFFIRMATIVE DEFENSE

Under Chapters 661, 662 & 663, H.R.S., the State is immune from liability for any claim arising out of the facts of the present lawsuit, as the State has only allowed itself to be sued as expressly stated in those Chapters and subject to limited claims, and not otherwise.

ELEVENTH AFFIRMATIVE DEFENSE

Defendants had no control over the acts or omissions of other individuals insofar as relevant to the Complaint herein.

TWELFTH AFFIRMATIVE DEFENSE

Plaintiff has failed to join indispensable parties as defendants.

THIRTEENTH AFFIRMATIVE DEFENSE

As a matter of law, inmates have no right to any particular housing assignment in prison.

WHEREFORE, the Complaint should be dismissed with prejudice and Defendants State of Hawai`i, Department of Public Safety, John Peyton, Frank Lopez, Edwin Shimoda, Clayton Frank, Randy Asher, Eric Tanaka, Gary Kaplan, May Andrade, Cinda Sandin, State of Hawaii Attorney General should be allowed their costs and reasonable attorney's fees, with such other and further relief as this Court deems just and proper.

DATED: Honolulu, Hawaii, September 23, 2004.

_____
JOHN M. CREGOR
Deputy Attorney General
Attorney for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WILLIAM S. AHOLELEI,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>STATE OF HAWAII, DEPARTMENT OF PUBLIC SAFETY, JOHN PEYTON, FRANK LOPEZ, EDWIN SHIMODA, CLAYTON FRANK, RANDY ASHER, ERIC TANAKA, GARY KAPLAN, MAY ANDRADE, CINDA SANDIN, STATE OF HAWAII ATTORNEY GENERAL, and DOE DEFENDANTS 1-10,<br><br>　　　　　Defendants. | CIVIL NO. 04-00414 SOM-KSC<br><br>CERTIFICATE OF SERVICE |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on September 23, 2004, a copy of the foregoing document was served on the following at his/her last known address via U.S. mail, postage prepaid as follows:

　　WILLIAM S. AHOLELEI A0146949
　　Halawa Special Needs Facility, B-2
　　99-902 Moanalua Road
　　Aiea, Hawaii 96701

　　Plaintiff Pro Se

DATED: Honolulu, Hawaii, September 23, 2004.

                                   _____
                                   JOHN M. CREGOR
                                   Deputy Attorney General

                                   Attorney for Defendants