# PROCESS RECEIPT AND RETURN

**U.S. Department of Justice**
**United States Marshals Service**

See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.

| Field | Value |
|---|---|
| PLAINTIFF | William S. Aholelei |
| DEFENDANT | Randy Asher |
| COURT CASE NUMBER | CV-04-00414 SOM KSC |
| TYPE OF PROCESS | Civil |

**SERVE AT:** State of Hawaii Department of Public Safety
**ADDRESS:** HCF, 99-902 Moanalua Rd. Aiea, HI 96701

**SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:**

William S. Aholelei
Halawa Correctional Facility
99-902 Moanalua Road
Aiea, Hawaii 96701

| Field | Value |
|---|---|
| Number of process to be served with this Form - 285 | 3 |
| Number of parties to be served in this case | 10 |
| Check for service on U.S.A. | |

**SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE** (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

FILED IN THE UNITED STATES DISTRICT COURT DISTRICT OF HAWAII
NOV 0 9 2004
at ___ o'clock and ___ min. ___M
WALTER A.Y.H. CHINN, CLERK

2004 SEP -1 AM [illegible] RECEIVED

**Signature of Attorney or other Originator requesting service on behalf of:** ☑ PLAINTIFF ☐ DEFENDANT

William S. Aholelei

**TELEPHONE NUMBER:** 808-486-2600
**DATE:** Aug-29-04

---

### SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

I acknowledge receipt for the total number of process indicated.
(Sign only first USM 285 if more than one USM 285 is submitted)

| Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|
| 1 | No. 22 | No. 22 | Ron | 9/1/04 |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☑ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

**Name and title of individual served (if not shown above)**

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

**Address (complete only if different than shown above)**

**Date of Service** / **Time** ___ am / pm

**Signature of U.S. Marshal or Deputy**

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| | | | | | | |

**REMARKS:** Per DPS, Mr. Asher, Deputy Warden, is retired.

16

PRIOR EDITIONS MAY BE USED     1. CLERK OF THE COURT     FORM USM-285 (Rev. 12/15/80)

## INSTRUCTIONS FOR SERVICE OF
## PROCESS BY THE U.S. MARSHAL

Please type or print legibly, insuring readability of all copies. DO NOT DETACH ANY COPIES.

Submit one complete set of this form (USM-285) and one copy of each writ for each individual, company, corporation, etc., to be served or property to be seized or condemned. The applicable fees for such service(s) (T28, USC Sec. 1921 establishes the fees for service of process by the U.S. Marshal) may be required prior to said service.

For service of any process upon an officer or agent of the United States Government, submit a copy of the writ and a set of Form USM-285 for each officer or agent upon whom service is desired. Submit three (3) additional copies of the writs for service upon the Government of the United States. The U.S. Marshal will serve one (1) upon the U.S. Attorney and will forward two (2) to the Attorney General of the United States. (When the applicable box is checked, completion of the final signature block by the U.S. Marshal or his Deputy always certifies service on the U.S. Attorney and the Attorney General, regardless of whether other defendants on the writ were served.) Failure to provide any of the copies will delay service of the writ.

Complete all entries above the double line. Mark all applicable check boxes and use the "Special Instructions" to advise of any information that will assist the U.S. Marshal in expediting service.

If more than one writ and USM-285 is submitted on a single case, the U.S. Marshal will receipt for all of them on the first USM-285. You will receive for your records the last (No. 5) "Acknowledgment of Receipt" copy for all the USM-285 forms you submit. When the writ is served, you will receive the No. 3 Notice of Service copy. This copy will be identical to the return to the Clerk of the Court.

Upon completion of all services (if the Marshals fees were not requested or tendered in advance or if additional fees are indicated), you will receive a "Billing Statement" (copy 4 of USM-285) from the United States Marshal. (NOTE: Copy 4 should be returned, by you, to the U.S. Marshal, together with your payment of the amount owed.)

Additional supplies of the USM-285 may be obtained from the Clerk of the U.S. District Court or U.S. Marshal, without cost.

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

O F F I C I A L   U S E

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Reciept Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

Sent To
  09/02/04  285   04-00414  SOH-Randy A.
Street, Apt. No.;
or PO Box No.
City, State, ZIP+4

PS Form 3800, June 2002                  See Reverse for Instructions

7003 0500 0001 1904 9950

**U.S. Department of Justice**
United States Marshals Service
District of Hawaii
300 Ala Moana BLVD, Suite C-101
Honolulu, HI 96850-0101

Official Business
Penalty for Private Use $300

RETURN RECEIPT REQUESTED

7003 0500 0001 1909 0566

NOT DELIVERABLE AS ADDRESSED UNABLE TO FORWARD

Randy Asher
STATE OF HAWAII
Department of Public Safety
HCF, 99-902 Moanalua Road
Aiea, HI 96701

scanned upon 9/3
No longer here
Inmate Asher

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Randy Asher
   SOH-Dept. of Public Safety
   HCF. 99-902 Moanalua Road
   Aiea, HI 96701

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X                                    ☐ Agent
                                        ☐ Addressee

B. Received by ( Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
   ☒ Certified Mail      ☐ Express Mail
   ☐ Registered          ☐ Return Receipt for Merchandise
   ☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
   (Transfer from service label)
   7003 0500 0001 1909 0566

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540