# MINUTES

```
FILED IN THE
UNITED STATES DISTRICT COURT
     DISTRICT OF HAWAII
     12/29/2004 4:30 PM
  WALTER A.Y.H. CHINN, CLERK
```

**CASE NUMBER:** CV 04-00414SOM-KSC

**CASE NAME:** William S. Aholelei   vs. State Of Hawaii Department Of Safety, Edwin Shimoda, Clayton Frank, et al.

**INTERPRETER:**

**JUDGE:** JUDGE KEVIN S. C. CHANG      **REPORTER:**

**DATE:** 12/29/2004      **TIME:**

**ROOM:**

**COURT ACTION:** EO

Rule 16 Scheduling Conference set for 1/05/2005 at 9:00AM has been continued to 2/08/2005 at 9:00 AM before Judge Chang.

cc: all parties via mail

Submitted by: Shari Afuso, Courtroom Manager

* * LABEL LIST * *

Case Number:1:04-cv-00414

William S. Aholelei
Halawa Correctional Facility
A0146949
99 902 Moanalua Hwy
Aiea, HI  96701

Cindy S. Inouye, Esq.
Office of the Attorney General-Hawaii
425 Queen St
Honolulu, HI  96813

John Cregor Jr., Esq.
Office of the Attorney General-Hawaii
425 Queen St
Honolulu, HI  96813