CV. 04-414

To: Clerk

United States District Court

for the District of Hawaii

300 Alamoana Boulevard

Room C-338

Honolulu, Hawaii 96850

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FEB 0 7 2005

at ___ o'clock and ___ min. ___ M.
WALTER A.Y.H. CHINN, CLERK

I, William S. Aholelei, Plaintiff and Pro Se
in the following Civil cases:

1. Civil Case NO. 03-00171 HG KSC

2. Civil Case NO. 04-00414 Som-KSC

I am personally writing this letter to alert
this Honorable court as well as all participating parties
and all defendants that Plaintiff William S. Aholelei, has
change of address.
My new address is:

C/o William S. Aholelei A0146949
P.O. Box 1839          Building-4
Pearl City, Hawaii 96782

Please be advised that I am no longer
recieving mail from Halawa Correctional facility.

Respectfully Submitted !

Dated Feb-2-2005      William Aholelei.
                      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
                      Plaintiff Pro Se

18