# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

2/8/2005  4:30 pm

WALTER A.Y.H. CHINN, CLERK

CASE NUMBER:   CV04-00414SOM-KSC

CASE NAME:   William S. Aholelei v. State of Hawaii Department of Safety, et al.

ATTYS FOR PLA:

ATTYS FOR DEFT:

---

JUDGE:   Kevin S. C. Chang          REPORTER:

DATE:   2/8/2005                    TIME:

---

COURT ACTION: EO: Rule 16 Scheduling Order. Trial date and other deadlines issued. Rule 16 Scheduling Conference Order to be issued.

1. Jury trial on February 7, 2006 at 9:00 a.m. before SOM
2. Final Pretrial Conference on January 5, 2006 at 9:00 a.m. before KSC
3. Final Pretrial Conference before District Judge N/A
4. Final Pretrial Statement by December 29, 2005
5. File motions to Join/Add Parties/Amend Pleadings by August 2, 2005
6. File All Other Motions by October 10, 2005
8. Plaintiff's Non-Expert Witness Disclosures by May 31, 2005
9. Defendant's Non-Expert Witness Disclosure by June 7, 2005
11. Expert Witness Disclosure:
    a. Plaintiff(s):    September 20, 2005
    b. Defendant(s):    October 18, 2005
12. Discovery Deadline by December 13, 2005
13. Settlement Conference set for (on call).
    Plaintiff's Demand:
    Defendant's Offer:
    Settlement Conference Statements:
15. Further Provisions: None.

Submitted by: Shari Afuso, Courtroom Manager

G:\docs\snm\William AholeleiCV04-414,sa.wpd