MARK J. BENNETT    2672
Attorney General of Hawaii

CINDY S. INOUYE    3968
JOHN M. CREGOR, JR. 3521
Deputy Attorneys General
Department of the Attorney
 General, State of Hawaii
425 Queen Street
Honolulu, Hawaii 96813
Telephone:  (808) 586-1494
Facsimile:   (808) 586-1369
Email: John.M.Cregor@hawaii.gov

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WILLIAM S. AHOLELEI,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>STATE OF HAWAII, DEPARTMENT OF PUBLIC SAFETY, JOHN PEYTON, FRANK LOPEZ, EDWIN SHIMODA, CLAYTON FRANK, RANDY ASHER, ERIC TANAKA, GARY KAPLAN, MAY ANDRADE, CINDA SANDIN, STATE OF HAWAII ATTORNEY GENERAL, and DOE DEFENDANTS 1-10,<br><br>　　　　Defendants. | CIVIL NO. 04-00414 SOM-KSC<br><br>DEFENDANTS' STATE OF HAWAII, DEPARTMENT OF PUBLIC SAFETY, JOHN PEYTON, FRANK LOPEZ, EDWIN SHIMODA, CLAYTON FRANK, RANDY ASHER, ERIC TANAKA, GARY KAPLAN, MAY ANDRADE, CINDA SANDIN, and STATE OF HAWAII ATTORNEY GENERAL'S DISCLOSURE OF NON-EXPERT WITNESSES; CERTIFICATE OF SERVICE<br><br>Trial:　February 7, 2006<br>Judge:　Susan Oki Mollway |

DEFENDANTS' STATE OF HAWAII, DEPARTMENT OF PUBLIC SAFETY, JOHN PEYTON, FRANK LOPEZ, EDWIN SHIMODA, CLAYTON FRANK, RANDY ASHER, ERIC TANAKA, GARY KAPLAN, MAY ANDRADE, CINDA SANDIN, and STATE OF HAWAII ATTORNEY GENERAL'S DISCLOSURE OF NON-EXPERT WITNESSES

COME NOW Defendants State of Hawaii, Department of Public Safety, John Peyton, Frank Lopez, Edwin Shimoda, Clayton Frank, Randy Asher, Eric Tanaka, Gary Kaplan, May Andrade, Cinda Sandin, and State of Hawaii Attorney General's (hereinafter "Defendants") by their attorneys, Mark J. Bennett, Attorney General of Hawaii, Cindy S. Inouye and John M. Cregor, Jr. Deputy Attorneys General, file their Disclosure of Non-Expert Witnesses pursuant to Federal Rules of Civil Procedure, Rule 16(c)(5) and (3), as follows:

Adult Corrections Officers
Halawa Correctional Facility
99-902 Moanalua Road
Aiea, HI 96702, Telephone: (808) 486-2600

1.   Captain Ralph Aguon (presently serving in Iraq)

Will testify as to liability, damages, Plaintiff's allegations, and other related matters.

2.   Lieutenant Victoria Jacobo (residency Lieutenant)

Will testify as to liability, damages, Plaintiff's allegations, and other related matters.

    3.    Watch Lieutenant Roger Shook

Will testify as to liability, damages, Plaintiff's allegations, and other related matters.

    4.    Sergeant Galutau Aga

Will testify as to liability, damages, Plaintiff's allegations, and other related matters.

    5.    ACO Matthew Manuma

Will testify as to liability, damages, Plaintiff's allegations, and other related matters.

    6.    ACO Maitland Spencer

Will testify as to liability, damages, Plaintiff's allegations, and other related matters.

    7.    Captain Dallen Paleka

Will testify as to liability, damages, Plaintiff's allegations, and other related matters.

    8.    Lieutenant Harry Suapaia

Will testify as to liability, damages, Plaintiff's allegations, and other related matters.

    9.    ACO Rodney Silva

Will testify as to liability, damages, Plaintiff's allegations, and other related matters.

    10.    ACO David Keaweehu

Will testify as to liability, damages, Plaintiff's allegations, and other related matters.

Halawa Correctional Facility
99-902 Moanalua Road
<u>Aiea, HI 96702, Telephone: (808) 486-2600</u>

1. Gary Kaplan, Corrections Supervisor II, and/or a duly authorized representative

Will testify as to the history and records while incarcerated at Halawa Correctional Facility, and the rules, policies and procedures at Halawa Correctional Facility, Plaintiff's allegations and other related matters.

2. Linda Rivera, Grievance Officer, and/or a duly authorized representative

Will testify as to the grievances and procedures filed with the department by Plaintiff, liability, damages, Plaintiff's allegations, and other related matters.

3. Medical Staff/Personnel

Will testify as to the facts and circumstances surrounding the events as alleged in Plaintiff's Complaint, liability and damages, and other related matters.

4. Randy Asher, Deputy Warden (retired)

Will testify as to liability, damages, Plaintiff's allegations, and other related matters.

5. Eric Tanaka, Deputy Warden

Will testify as to liability, damages, Plaintiff's allegations, and other related matters.

6. May Andrade, Chief of Security

Will testify as to liability, damages, Plaintiff's allegations, and other related matters.

7. Cinda Sandin, Residency Section Supervisor

Will testify as to liability, damages, Plaintiff's allegations, and other related matters.

8. Lee Fields, Gang Intelligence Unit

Will testify as to liability, damages, Plaintiff's allegations, and other related matters.

9. Lyle Kanoa, Gang Intelligence Unit

Will testify as to liability, damages, Plaintiff's allegations, and other related matters.

INMATES
Halawa Correctional Facility
99-902 Moanalua Road
Aiea, HI 96702, Telephone: (808) 486-2600

1. Stanley Canosa, Inmate, Halawa Correctional Facility
   99-902 Moanalua Road, Aiea, HI 96702, Telephone: (808) 486-2600

Will testify as to liability, damages, Plaintiff's allegations, and other related matters.

2. Allan Tavarez, Inmate, Halawa Correctional Facility
   99-902 Moanalua Road, Aiea, HI 96702, Telephone: (808) 486-2600

Will testify as to liability, damages, Plaintiff's allegations, and other related matters.

3. Jeremy Castro, a former inmate, released on 5/10/05,
   c/o 91- 1193 Kauiki Street, Ewa Beach, HI 96706.

Will testify as to liability, damages, Plaintiff's allegations, and other related matters

  4.  Richard Charles Rosario, Inmate, Tallahatchie County
     Correctional Facility, 295 U.S. Highway, 49 South,
     P. O. Box 368, Tutweiler, Mississippi  38963
     Telephone:  (662) 345-6567

Will testify as to liability, damages, Plaintiff's allegations, and other related matters.

  5.  Dino Kauai, Inmate, Tallahatchie County Correctional Facility
     295 U.S. Highway, 49 South,
     P. O. Box 368, Tutweiler, Mississippi  38963
     Telephone:  (662) 345-6567

Will testify as to liability, damages, Plaintiff's allegations, and other related matters.

  6.  Paul Togia, Inmate, Halawa Correctional Facility
     99-902 Moanalua Road, Aiea, HI 96702
     Telephone:  (808) 486-2600

Will testify as to liability, damages, Plaintiff's allegations, and other related matters.

  7.  John Poomaihealani, Inmate
     Diamondback Correctional Facility, Route 2, Box 336,
     Watonga, Oklahoma  73772   Telephone:  (580) 614-2000

Will testify as to liability, damages, Plaintiff's allegations, and other related matters.

  8.  Solomon H. Moses, Jr., Inmate
     Halawa Correctional Facility
     99-902 Moanalua Road, Aiea, HI 96702
     Telephone:  (808) 486-2600

   Will testify as to liability, damages, Plaintiff's allegations, and other related matters.

   9.   Zachary Kaina Valdez, Inmate
        Diamondback Correctional Facility, Route 2, Box 336,
        Watonga, Oklahoma 73772   Telephone: (580) 614-2000

   Will testify as to liability, damages, Plaintiff's allegations, and other related matters.

Department of Public Safety
Internal Affairs
919 Ala Moana Boulevard
Honolulu, HI 96814, Telephone (808) 587-1130

   1.   Clay Kawamata, Acting Chief Investigator and/or a duly
        authorized representative

   Will testify as to liability, damages, Plaintiff's allegations, and other related matters.

   2.   John Peyton, former Director

   Will testify as to liability, damages, Plaintiff's allegations, and other related matters.

   3.   Frank Lopez, Deputy Director for Corrections

   Will testify as to liability, damages, Plaintiff's allegations, and other related matters.

   4.   Edwin Shimoda, Institutions Division Administrator

   Will testify as to liability, damages, Plaintiff's allegations, and other related matters.

   5.   Clayton Frank, Halawa Correctional Facility Warden

Will testify as to liability, damages, Plaintiff's allegations, and other related matters.

6. Custodian of Records, c/o Department of Public Safety, State of Hawaii.

These witnesses are expected to testify regarding the authenticity of exhibits and other documents relating to Plaintiff.

7. Health Care Personnel, c/o Department of Public Safety, State of Hawaii.

These witnesses, including, but not limited to, any doctors, nurses, and other referred to in Plaintiff's medical records, are expected to testify regarding their treatment of Plaintiff.

OTHER WITNESSES NOT YET IDENTIFIED. Defendants anticipate identifying additional non-expert witnesses that may be called, including, but not limited to, adult corrections officers, social workers, case workers, inmates, and other individuals who witnessed the events giving rise to Plaintiff's claims and/or who have information that will contribute to the resolution of Plaintiff's claims in this action. Defendants will update this disclosure as these witnesses' information becomes available.

OTHER WITNESSES NECESSARY FOR IMPEACHMENT OR REBUTTAL. Any and all witnesses needed for impeachment and/or rebuttal of Plaintiff's witnesses.

OTHER WITNESSES LISTED IN PLAINTIFF'S DISCLOSURE(S).

Any and all witnesses Plaintiff calls, and any and all witnesses identified in any document filed in this action.

DATED: Honolulu, Hawaii, June 7, 2005.

_____
JOHN M. CREGOR
Deputy Attorney General

Attorney for Defendants

MARK J. BENNETT   2672
Attorney General of Hawaii

CINDY S. INOUYE   3968
JOHN M. CREGOR, JR. 3521
Deputy Attorneys General
Department of the Attorney
 General, State of Hawaii
425 Queen Street
Honolulu, Hawaii 96813
Telephone: (808) 586-1494
Facsimile:  (808) 586-1369
Email: John.M.Cregor@hawaii.gov

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WILLIAM S. AHOLELEI,<br><br>        Plaintiff,<br><br>    vs.<br><br>STATE OF HAWAII, DEPARTMENT OF PUBLIC SAFETY,<br><br>        Defendants. | CIVIL NO. 04-00414 SOM-KSC<br><br>CERTIFICATE OF SERVICE |

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on June 7, 2005, a copy of the foregoing document was served on the following at his/her last known address via U.S. mail, postage prepaid as follows:

WILLIAM S. AHOLELEI A0146949
Halawa Special Needs Facility, B-2
99-902 Moanalua Road
Aiea, Hawaii 96701
Plaintiff Pro Se

DATED: Honolulu, Hawaii, _June 7, 2005_.


_____
JOHN M. CREGOR
Deputy Attorney General
Attorney for Defendants

2