In The United States District Court
For The District of Hawaii

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
AUG 30 2005
at 11 o'clock and 15 min. ᴬM
SUE BEITIA, CLERK

ORIGINAL

| | |
|---|---|
| William S. Aholelei<br>    Plaintiff,<br><br>vs.<br><br>STATE of Hawaii, Department of Public Safety, John Peyton, FRANK Lopez, Edwin Shimoda, Clayton FRANK, Randy Asher, Eric Tanaka, Gary Kaplan, May Andrade, Cinda Sandin, State of Hawaii Attorney General, and Doe Defendant's 1-10,<br>    Defendant's | Civil No. 04-00414 SOM-KSC<br><br>William S. Aholelei, Plaintiff motion in opposition's to Defendant's State of Hawaii, Department of Public Safety, John Peyton, Frank Lopez, Edwin Shimoda, Clayton Frank, Randy Asher, Eric Tanaka, Gary Kaplan, May Andrade, Cinda Sandin and State of Hawaii Attorney Generals and Doe Defendant's 1-10, motion for Leave to file Third-Party Complaint; memorandum in support of motion; Declaration of William S. Aholelei; Third-Party evidence Civ-03-00455 Som-KSC attached herein; and all exhibits attached herein; Certificate of Service. |

Plaintiff William S. Aholelei, motion in opposition to Defendant's motion for Leave to file Third-Party Complaint.

    Comes Now William S. Aholelei, Plaintiff Pro Se humbly asking the honorable Court to Deny the Defendant's motion's for Leave to file Third-Party Complaint!
    The Laws are well settled concerning Prison official's Duty to protect! (Farmer v. Brennan 114 S. Ct 1970 (1994) and
        Robinson v. Prunty 249 F. 3d 862 (9ᵗʰ Cir 2001).
    This is a failure to protect claim! Defendants have for years tacitly authorized and acquiesced this unconstitutional practice policy custom of housing (Non-Gang member and Non-Gang participant) prisoner's together with Seperated concentrated prison Gang members of a single Gang.
    See: Third-Party evidence, Civ-03-00455 Som-KSC attached herein as exhibit-A-007

This operation's practice policy placed Non-Gang prisoner's in a very dangerous situation and exposes to a known Risk of harm because seperated prison Gang member's have a known history of targetting Non-Gang prisoner's for assault, extortion, murder, Rape and Recruitment.

This housing practice has consistently produced the same pattern of victimizations upon Non-Gang prisoner's, and in light of this records of injuries over the years! Yet the defendants' continue to utilize this brutal and demeaning housing practice.

Your Honor!

This unconstitutional practice policy is still active for the foregoing Reasons and Non-Gang members like me are still being victimized! Yet the Defendants' remains is ostrich instruction despite of this known danger. These defendants' knew and had been informed through letters by other victimized inmates concerning this dangerous housing practice in month's and even year's prior to my brutal beatting's in Oct-3rd-2003.

SEE: Anthony Nesbit's civil complaint as Third-Party Evidence is attached herein as exhibits A-007. See: all exhibits therein!

Your Honor! I humbly ask of you to please deny and dismiss Defendants motion for leave to file Third-Party complaint because it has no merit to my claim! But if the court allows this Third-party Complaint to proceed! This will only allow Defendants to pave their way out of Liability!

This is a failure to protect claim! Farmer v. Brennan 114 S. Ct. 1970 (1994) and Robinson v. Prunty 249 F. 3d 862 (9th Cir 2001). Respectfully Submitted!

William S. Ahotelei

Dated Aug-20-2005       William S. Ahotelei
Honolulu, Hawaii         - Plaintiff Pro se