IN The UNITED STATES DISTRICT COURT
for The District of Hawaii

| | |
|---|---|
| William S. Aholelei, <br> Plaintiff, <br><br> vs. <br><br> State of Hawaii, Department of Public Safety, John Peyton, Frank Lopez, Edwin Shimoda, Clayton Frank, Randy Asher, Eric Tanaka, Gary Kaplan, May Andrade, Cinda Sandin, State of Hawaii Attorney General, and Doe Defendants 1-10 <br><br> Defendants | Civil No. 04-00414 SOM-KSC <br><br> Certificate of Service <br><br> FILED IN THE UNITED STATES DISTRICT COURT DISTRICT OF HAWAII <br> AUG 30 2005 <br> at 11 o'clock and 10 min. A M <br> SUE BEITIA, CLERK |

### Certificate of Service

The undersigned hereby certifies that on August-24-2005 Plaintiff William S. Aholelei sent on "certify mail" a true and original copy of Plaintiff motion in opposition to Defendants motion for leave to file Third-Party complaint; memorandum in support of motion; Declaration of William S. Aholelei; Third-Party evidence CIV-03-00455 SOM KSC attached herein; and all exhibits attached herein; Certificate of service. I sent all documents on the above to 300 Ala-moana Boulevard, Honolulu, Hawaii.

Dated August-24-05          William S. Aholelei
Honolulu, Hawaii          William S. Aholelei
                          Plaintiff Pro Se