In The United States District Court
for The District of Hawaii

ORIGINAL

William S. Aholelei,
Plaintiff

vs.

State of Hawaii, Department of
Public Safety, et al

Defendants

Civ. No 04-00414
SOM KSC

Motion for copies

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
AUG 3 0 2005
at 11 o'clock and 16 min. __ M
SUE BEITIA, CLERK

Comes Now

Plaintiff Pro Se William S. Aholelei's motion herein and Humbly asking the mercy of this Court to please provide two (2) file stamped copies of all Documents herein for Plaintiff. Due to the following reasons;

1. Plaintiff is proceeding Pro Se and currently an inmate at Waiawa Correctional Facility.

2. The copy machine here at WCF is currently broken and Plaintiff Pro Se herein have no ways of obtaining copies of these Document prior to sending the original for filling in the honorable court.

3. Plaintiff need one (1) copy to serve Defendants and one copy for my records!

Thank you!
Respectfully submitted!

Date Aug-24-2005
Honolulu, Hawaii

William S. Aholelei
Plaintiff-Pro Se