ORIGINAL  C-4-4K

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
AUG 3 0 2005
at 11 o'clock and __ min __ M
SUE BEITIA, CLERK

## Introduction of exhibit

**exhibits**

A-1  Anthony Nesbit's horrified letter sent to Defendant Frank Lopez on July-20-03 reguarding the dangerous housing practice. This was done three (3) month's prior to my brutal beating's on oct-3rd-2003.

A-2  Reply letter from (Deputy Attorney General) John M. Cregor Jr. to victimized inmate Anthony Nesbit's horrified letter and Tort claim. This was done on April-4-2003, six (6) month's prior to my brutal beating's on oct-3rd-2003.

A-3  Reply letter from June Tavares (Health Information Branch administrator) describing the attorney General's significant power to oversee policy making, policy review and policy approval as well as its existance and practice.

A-4  Letter and Declaration of victimized inmate Anthony Nesbit.

B-1  Response of Defendant Cinda Sandin in may-27-03 describing those who made the joint decisions to authorized this dangerous policy of housing practice.

B-2  Response of Defendant Cinda Sandin in June-3-03 describing the housing practice policy was authorized and practiced before June-3-2001. Defendant Cinda also stated the rival gangs were seperated because of their propensity for violence.

B-3  Another response of Defendant Cinda Sandin describing this known dangerous housing practice.

B-4  Another response from Defendant Cinda Sandin on Aug-11-03 confirming her statement on exhibit B-2 herein.

C-1  Response of Brian C. Yee (supervising Deputy attorney General) to a horrified letter sent from another victimized inmate (Alden Pauline) fearing for his life and from attack from "USO" Aco's and "USO" inmates. This was six (6) month's prior to my brutal beating's in oct-3-2003.

Page 1

## Introduction of exhibits

| Exhibits | |
|---|---|
| C-2 | Declaration of Alden Pauline JR. (another victimized inmate). |
| C-3 | Declaration of Kris Kealoha (another victimized inmate). |
| D-1 | Tort claim filed by Anthony Nesbit on Feb-20-03 eight (8) months prior to my brutal beatings on Oct-3-2003. |
| D-2 | Response of "Julie A. Ugalde" from State of Hawaii Dept. of accounting and general services, alerting MR. Nesbit that his Tort claim has been referred to Department of the attorney General on Feb.-20-2003. (eight (8) months prior to my brutal beatings on Oct-3-03). |
| D-3 | Response of "Julie A. Ugalde" to MR. Nesbit directing MR. Nesbit to address all inquiries as instructed in exhibit D-2 (To the Dept. of the attorney General). |
| D-4 | Response of Deputy Attorney General "John M. Cregor JR." to MR. Nesbits' Tort claim on April-4-2003. (Six (6) months prior to my brutal beatings in Oct-3-2003. |
| E-1 | Letter from "N. Nesbits" attorney "Jerry I. Wilson" to Nolan Espinda (Warden) concerning the safety of his client (A. Nesbit) on April-4-2003. (Six (6) months prior to my brutal beatings in Oct-3rd-2003. |
| E-2 | Response of Defendant Eric Tanaka (Deputy warden) and Cinda Sandin (R.S.S.) on May-15-03 to attorney Jerry I. Wilson regarding the horrified letter by inmate Anthony Nesbit. (Copy of this horrified letter is introduce as exhibit A-1 herein!) |
| F-1 | Response of Defendant Eric Tanaka (Deputy warden) to MR. Nesbit's Grievance regarding this unconstitutional and dangerous housing practice on May-3-2003. (Five (5) months prior to my brutal beatings in Oct-3-2003. |

Page-2

Introduction of exhibits

exhibits

F-2  Response of Defendant Edwin Shimoda (institution division administrator) to step-3 Grievance #91664 regaurding the dangerous housing practice! four (4) months prior to my brutal beatings on oct-3rd 2003.

F-3  Declaration of Anthony Nesbit Civ No. 03-00455 SOM-KSC

Respectfully Submitted!

Dated Aug-24-05
Honolulu, Hawaii

William S. Aholelei
Plaintiff Pro Se

Page - 3