**ORIGINAL**

# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

9/15/2005 4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CV04-00414SOM-KSC |
| CASE NAME: | William S. Aholelei v. State of Hawaii Department of Safety, et al. |
| ATTYS FOR PLA: | William Aholelei, Pro Se, by phone |
| ATTYS FOR DEFT: | John Cregor |

| | | | |
|---|---|---|---|
| JUDGE: | Kevin S. C. Chang | REPORTER: | FTR C5 |
| DATE: | 9/15/2005 | TIME: | 9:23-9:32:18am |

COURT ACTION: EP:
1. Defendants' State of Hawaii, Department of Public Safety, John Peyton, Frank Lopez, Edwin Shimoda, Clayton Frank, Randy Asher, Eric Tanaka, Gary Kaplan, May Andrade, Cinda Sandin, and State of Hawaii Attorney General's Motion for Leave to File Third Party Complaint
2. Plaintiff's Motion for Copies

Defendants' State of Hawaii, Department of Public Safety, John Peyton, Frank Lopez, Edwin Shimoda, Clayton Frank, Randy Asher, Eric Tanaka, Gary Kaplan, May Andrade, Cinda Sandin, and State of Hawaii Attorney General's Motion for Leave to File Third Party Complaint taken under advisement. The court to issue a written order.

Plaintiff's Motion for Copies taken advisement. The court to issue a written order.

Submitted by: Shari Afuso, Courtroom Manager

G:\docs\snm\William Aholelei2CV04-414.sa.wpd