# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

10/11/2005 4:30 PM
SUE BEITIA, CLERK

**CASE NUMBER:**  CV 04-00414SOM-KSC

**CASE NAME:**  William S. Aholelei          vs.  State Of Hawaii Department
Of Safety, Edwin Shimoda,
Clayton Frank, et al.

**INTERPRETER:**

---

**JUDGE:** JUDGE SUSAN OKI MOLLWAY          **REPORTER:**

**DATE:** 10/11/2005          **TIME:**

**ROOM:**

---

**COURT ACTION:** EO

Continued :

Defendants'/Third Party Plaintiffs' Motion for Summary Judgment] from
11/28/2005 09:45:00 AM to 12/05/2005 10:30:00 AM before SOM.

Notified:  John Cregor through secretary.

cc:  Mr. Aholelei and Mr. Cregor, and Judge Mollway's Chambers.


Submitted by: Toni Fujinaga, Courtroom Manager