ORIGINAL

Stanley L. Canosa
Halawa Correctional Facility
99-902 Moanalua Rd
Aiea, Hawaii 96701

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

OCT 25 2005

at 11 o'clock and 20 min. AM
SUE BEITIA, CLERK

State of Hawaii, Department
of Public Safety

       Third-Party Plaintiffs,

vs.

Stanley L. Canosa
       Third-Party Defendant

Civil No. 04-00414 SOM-KSC

Motion to dismiss complaint against Stanley L. Canosa

Third Party Defendant, Stanley L. Canosa, speaks on his own behalf and moves this court to dismiss a complaint against him by Third Party Plaintiffs.

I understand that inmate William S. Anolelei filed a civil suite No. 04-00414 SOM-KSC against Third Party Plaintiffs for injuries he suffered while in the care of the Department of Public Safety.

It is also my understanding that the Third Part Plaintiffs has turned around and placed the blame on me for causing the injuries suffered by inmate Anolelei.

1.)

I now move this court to dismiss the complaint against me by the Third Party Plaintiffs because: 1.) I had nothing to do with the injuries that inmate Anolelei suffered from; 2.) inmate Anolelei states in his complaint that "gang members" assaulted him, I am not a gang member; and 3.) no where in inmate Anolelei's complaint (civil No. 04-00414 SOM-KSC) against Third Party Plaintiff does it state a material fact that I assaulted and/or caused his injuries. See federal rules of civil Procedure 56 (c).

P.S. Court Clerk - can you please send a copy of this motion to Attorney for Third Party Plaintiffs

        John M. Cregor, JR. 3521
        Deputy Attorney General
        Department of the Attorney General
        425 Queen Street
        Honolulu, Hawaii 96813

I hereby certify that a copy of the foregoing document was mailed this <u>23</u> day of <u>October</u> <u>2005</u> to Clerk, US District Court, District of Hawaii 300 Ala Moana Blvd, Room C-338 Honolulu, Hawaii 96850-0338

        *Stanley Canosa*

2.)

Stanley Canosa
99-902 moanalua rd
Aiea, Hawaii 96701

HONOLULU HI 968
24 OCT 2005 PM 4 T

Court Clerk
United States District Court
District of Hawaii
300 Ala moana Blvd, Room C-338
Honolulu, Hawaii 96850-0338

CONFIDENTIAL

THIS CORRESPONDANCE
IS FROM AN INMATE AT A
CORRECTIONAL FACILITY

CONFIDENTIAL



Dear court clerk,                                    October 23 2005

Would you please mail a copy of this motion thats enclosed to Attorney for third party Plaintiffs

        John M. Cregor, JR. 3521
        Deputy Attorney General
        Department of the Attorney General
        425 Queen Street
        Honolulu, Hawaii 96813

And would you please mail me a stamped copy of the enclosed motion to:

        Stanley Canosa
        99-902 moanalua rd
        Aiea, Hawaii 96701

Thank you
Stanley Canosa

RECEIVED
CLERK U.S. DISTRICT COURT
OCT 25 2005
DISTRICT OF HAWAII

Refer to Document
#_____