# MINUTES

```
FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

11/02/2005 4:30 PM
SUE BEITIA, CLERK
```

**CASE NUMBER:** CV 04-00414SOM-KSC

**CASE NAME:** William S. Aholelei vs. State Of Hawaii Department Of Safety, Edwin Shimoda, Clayton Frank, et al.

**INTERPRETER:**

**JUDGE:** JUDGE SUSAN OKI MOLLWAY

**REPORTER:**

**DATE:** 11/02/2005

**TIME:**

**ROOM:**

**COURT ACTION:** EO

Motion to Dismiss Complaint Against Stanley L. Canosa set for 12/19/2005 09:45:00 AM before SOM.

cc: William Aholelei, Stanley Canosa, John Cregor, Pro Se Staff Attorney, and Judge Mollway's Chambers.

Submitted by: Toni Fujinaga, Courtroom Manager