In The United States District Court
for The District of Hawaii
(Civ. No. 04-00414 SOM-KSC)

William S. Aholelei,
    Plaintiff,

vs.

State of Hawaii, Department
of Public Safety, John Peyton,
Frank Lopes, Edwin Shimoda,
Clayton Frank, Randy Asher,
Eric Tanaka, Gary Kaplan,
May Andrade, Cinda Sandin,
State of Hawaii Attorney
General, and Doe Defendants
1-10,
    Defendants.

Civil No. 04-00414 SOM-KSC

Certificate of Service

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
NOV 02 2005
at __ o'clock and __ min. __M
SUE BEITIA, CLERK

## Certificate of Service

I William S. Aholelei, hereby certify that on Oct-27-2005 a copy of my concise statement; motion in opposition to defendants motion for summary judgement in their favor'; exhibits A; exhibits B-A; exhibits B-A0; exhibits B-A1; exhibits B-A2; exhibits B-A3; Introductions of exhibits and all exhibits attached hereto and all supporting documents therein. All documents supports my concise statement and motion in opposition to Defendants motion for summary judgement in their favor!

I sent it "via" legal mail to the United States District Court for the District of Hawaii.

Respectfully submitted.

Dated Oct-28-05
Honolulu, Hawaii

William S. Aholelei
Plaintiff Pro-Se