AO 441 (Rev. 5/85) Third Party Summons in a Civil Action

04-00114   CV04-414

# William S. Aholelei v. State of Hawaii, et al.; Civil No. 05-00114 (SOM/KSC)

## RETURN OF SERVICE

FILED IN THE UNITED STATES DISTRICT COURT DISTRICT OF HAWAII

NOV 09 2005

at 9 o'clock and 10 min A M
SUE BEITIA, CLERK

| | |
|---|---|
| Service of the summons and the complaint was made by me[1] | DATE 10/21/05 |
| NAME OF SERVER Kelly R. Lee | TITLE Deputy |

[X] Served personally upon the third-party defendant. Place where served:
**Third-Party Defendant John Poomaihealani was served at Diamondback Correctional Facility**

[ ] Left copies thereof at the third-party defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

[ ] Return unexecuted:

[ ] Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | $ 0.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 10/21/05
          Date

Signature of Server

State of OKLAHOMA
BLAINE County
Notary _____
Date Oct 21, 2005
Expiration 2-16-06
Commission No. 02000188

Address of Server 205 N Burford, Watonga OK 73772

---
[1] As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

44