ORIGINAL

Stanley L. Canosa
Medium Special Holding Unit
Halawa Correctional Facility
99-902 Moanalua Road
Aiea, Hawaii 96701

Pro se

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

NOV 10 2005

at 11 o'clock and 22 min A M
SUE BEITIA, CLERK

In The United States District Court
District of Hawaii

| | |
|---|---|
| Stanley L. Canosa<br>Third Party Defendant<br><br>v.<br><br>State of Hawaii Attorney General; State of Hawaii Department of Public Safety; et al.<br><br>Third Party Plaintiffs | Civil No. 04-00414 SOM-KSC<br><br>Motion requesting Judge Susan Oki Mollway order Halawa Correctional Facility to transport Third Party Defendant, Stanley L. Canosa, to U.S. District Court to support his motion to dismiss complaint against him from Third Party Plaintiffs |

Third Party Defendant, Stanley L. Canosa, respectfully request if this court could order Halawa Correctional Facility to transport him to the U.S. District Court to support his motion to dismiss the complaint against him filed by Third Party Plaintiffs.

with documentation/evidence.

Therefore, Third Party Defendant, Stanley L. Canosa, respectfully request this court to grant his motion to appear in person where justice may be served.

Third Party Defendant, Stanley L. Canosa, certify that a true and correct copy of this motion was mailed to Sue Beitia, court clerk on November 8 2005

By: *Stanley L. Canosa*     Dated: November 8 2005

Stanley Canosa
99-902 moanalua rd
Aiea, Hawaii 96701

CONFIDENTIAL

Sue Beitia
Court Clerk
United States District Court
District of Hawaii
300 Ala moana Blvd., C-338
Honolulu, Hawaii 96850-0338

THIS CORRESPONDANCE IS FROM AN INMATE AT A CORRECTIONAL FACILITY

CONFIDENTIAL

HONOLULU HI 968
09 NOV 2005 PM