Stanley L. Canosa
Medium Special Holding Unit
Halawa Correctional Facility
99-902 Moanalua Road
Aiea, Hawaii 96701

Pro se

In The United States District Court
District of Hawaii

| | |
|---|---|
| Stanley L. Canosa<br>Third-Party Defendant<br><br>v.<br><br>State of Hawaii Department of<br>Public Safety, et al.,<br><br>Third-Party Plaintiffs | Civil No. 04-00414 SOM/KSC<br><br>Motion to reconsider the order denying Third-Party Defendant Stanley L. Canosa's motion to dismiss the complaint against him by Third-Party Plaintiffs |

Third-Party Defendant, Stanley L. Canosa, request this Court to reconsider the order of denying his motion to dismiss the complaint against him by Third-Party Plaintiffs and to grant his motion to dismiss the complaint against him or, in the alternative, grant summary judgment in his favor based on the following:

Plaintiff, inmate William S Anolelei, filed a civil complaint (No. 04-00414 SOM-KSC) against Defendants, State of Hawaii Department of Public Safety, et al. Defendants then turned around and became a Third-Party Plaintiff and filed a complaint against Stanley L. Canosa and naming him as a Third-Party Defendant alleging and attempting to implicate him as being part of a group of inmates who were alleged to have caused injuries or damages to Anolelei.

Third-Party Defendants alleged that Canosa caused the injuries and/or damages as alleged in the complaint filed by Anolelei. See Page 3 of Third-Party Plaintiff's complaint.

Again Canosa asserts that Anolelei's complaint does not mention Canosa as one who assaulted him. See Anolelei's Statement of Facts (Complaint)

Shortly after Anolelei was assaulted, while he was at the HCF medical unit, he identified to HCF Lt. Harry Suapaia those who had assaulted him See Exhibit "A"

During the night of the assault, HCF Sgt. George Metsopulos conducted an investigation into

the assault, and during this investigation, confidential informants identified to Sgt. George Metsopulos those who were responsible for assaulting Anoleiei. <u>See</u> Exhibit "B"

Canosa has presented facts and documents to substantiate his contention that he did not assault Anoleiei and nor is he responsible for the injuries and/or damages that Anoleiei suffered.

Third-party Plaintiff's complaint against Canosa does not have any merit to support their allegation.

Canosa request this court to reconsider and dismiss the complaint against him, or, in the alternative grant summary judgment in his favor.

Canosa further swears under the penalty of perjury that everything written herein is true.

Canosa further certify that this document was mailed to the U.S. District Court for the District of Hawaii   Dated: November 17 2005

By: *Stanley Canosa*

ORIGIN

# HONOLULU POLICE DEPARTMENT STATEMENT FORM   Report No. 1

| | |
|---|---|
| Statement of: Lt. Harry Surpaia | Classification: A |
| Address: Halawa Correct. Fac. | Date of Occurrence: 10-3-03 |
| Age: 52   Date of Birth: 8-31-51   SSN: 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 | Occupation: ACO-V (Lt) |
| Res. Ph.: 672-6303   Bus. Ph.: 486-2600 | Employer: Dept. Public Safety (Corrections) HCF |

Location of Interview:

Please give a detailed statement answering all of the following questions:
- What DATE and TIME did it happen?  5. WHAT happened?
- WHERE did it happen?  6. HOW did it happen?
- WHO was involved?  7. WHY did it happen (prior events/causes)?
- What WITNESSES do you know of?  8. ANY OTHER relevant information?
- 9. DID YOU IDENTIFY any suspects? Explain.
- 10. DID YOU IDENTIFY any weapons? Explain.
- 11. ... any property? Explain.
- 12. ... any vehicles? Explain.

The undersigned freely and voluntarily provides the following statement:

AT APPROX 13:00 HRS FRIDAY OCT 3RD, I WAS MADE AWARE OF A SITUATION IN MOD-2A BY CAPT. DAILEN PATERA. I RESPONDED TO THE AREA AT APPROX 13:15 HRS AFTER SECURING THE VIDEO AND POLAROID STILL CAMERA. PICTURES AND VIDEO TAPE OF MODULE II A QUAD II CELL #9 WAS TAKEN. QUAD II WAS SECURED AS A CRIME SCENE. I THEN RESPONDED TO THE HALAWA MEDIUM MEDICAL UNIT WHERE INMATE ATOLELEI, STORM WAS BEING TREATED BY MEDICAL STAFF. I ASKED THE INMATE IF HE KNEW WHO ASSAULTED HIM. HE STATED THAT HE WAS ASSAULTED BY INMATES: RICHARD ROSARIO, ALLEN TAVARES, JOHN POOHAIKEALANI. HE ALSO STATED THAT ANOTHER INMATE KNOWN AS "MOSE" WAS ALSO INVOLVED. ITS ASSUMED AT THIS TIME THAT THIS INMATE IS SOLOMON MOSES. THIS IS ALL THAT THE VICTIM ATOLELEI WAS ABLE TO STATE BEFORE BEING TRANSPORTED TO QUEENS MEDICAL EMERGENCY UNIT.

I have read this statement prepared by H. Surpaia which consists of this typed/handwritten page and ___ continuation page(s), and have been given the opportunity to make corrections thereon. I attest that this statement is true and correct to the best of my knowledge, and that I gave this statement freely and voluntarily without coercion or promise of reward.

Signature  
Date: 10-3-03   Time: 16:54

Investigator's Signature: 100910  
Date: 10-3-03   Time: 1654

A

# STATE OF HAWAII
## DEPARTMENT OF PUBLIC SAFETY
### INCIDENT REPORT

FACILITY: __HMSF__
PREPARED ON: __October 4, 2003__

TO: __Major May Andrade, COS__   THRU: __All Channels__
   (Administrator/section supervisor)    (Watch Supervisor)

| DATE | TIME | NARRATIVE (Specify inmate name, ID and location if related to misconduct) |
|---|---|---|
| 10/3/2003 | Approx. 1400-2010 Hours | **From:** Sgt. G. J. Metsopulos<br><br>**Post Assignment:** 3rd Watch Module 2 Sergeant<br><br>**Subject:** Preliminary investigation of an assault upon Inmate <u>AHOLELEI, Star (A0146949) (2A2-11)</u>, that occurred at approximately 1300 hours on Friday, October 3, 2003.<br><br>**Location:** HMSF, Module 2, A-Block, Quad 2, Cell #9<br><br>**Staff:** (2nd Watch) Sgt. G. Aga, ACO's M. Manuma (A-Block Control) and D. Keaweehu (A-Block Rover) |
|  | 1400 | **Synopsis:**<br>Notified by Lt. H. Su'apaia that an assault took place at the aforementioned location and time. He requested that I prepare Pre-Hearing Detention Notices for inmate suspects <u>MOSES, Solomon (A0234471) (2A2-7)</u>, <u>POOMAIHEALANI, John (A1032088) (2A2-4)</u>, <u>TAVARES, Allen (A1005149) (2A2-4)</u> and <u>ROSARIO, Richard (A1031965) (2A2-12)</u>.<br>Lt. Su'apaia also directed me to keep A-Block in lockdown status in order to preserve the crime scene, until HPD released the area to the control of HCF. He also requested that I attempt to find out who "Mose" is. |
|  | 1453 | Inmates Moses, Poomaihealani, Tavares, and Rosario were escorted to the HMSF Special Holding Unit by Officers R. Silva, J. Kissinger, E. Lono, E. Hoomalu, and J. Ioane.<br>(Continued) |

BY: _/s/ G. J. Metsopulos_   ACO IV
   Reporting Officer / Employee    Title

Page 2
(Continuation)

| DATE | TIME | NARRATIVE (Specify inmate name, ID and location if related to misconduct) |
|---|---|---|
| 10/3/2003 | 1530-1535 | HPD Officer B. Ogasawara (Badge #2730) surveyed the crime scene. |
| | 1755 | Lt. Su'apaia notified me that the crime scene was released by HPD. Capt. D. Paleka assigned the preliminary investigation of the incident to me. |
| | 1800-1830 | Blood spill was cleaned up by Inmates T. Cenido (Clerk) and R. Montoya (HFB). |
| | 1830 | Quads 1, 3, and 4 were released from lockdown status. |
| | 1915-2010 | Interviewed the remaining 31 inmates in Quad 2. Most of the inmates interviewed were reluctant to say anything other than "I didn't see anything" or something to that effect, however, several individuals made verbal statements on the condition of anonymity and stated that they would deny having made any such statements if asked about them by anyone else. They all declined to submit written statements.<br><br>No less than three individuals implied that "the big guy" in cell #10 was one of the assailants.<br><br>At least two individuals stated that the nickname "Mose" belonged to Inmate Togia.<br><br>Several inmates stated that Inmate Kauai (referred to by confidential informants as Rosario's cellmate) was one of the assailants.<br><br>Several inmates stated that Tavares and Moses were in the Rec Yard when the assault happened.<br><br>(Continued)<br><br>Submitted for your review:<br>Sergeant George J. Metsopulos |

BY: _G. J. Metsopulos_    ACO IV
Reporting Officer / Employee    Title

Page 3
(Continuation)

| DATE | TIME | NARRATIVE<br>(Specify inmate name, ID and location if related to misconduct) |
|------|------|---------------------------------------------------------------------------------|
|      |      | Inmate Togia stated that he was standing at the showers waiting for another inmate to exit.<br><br>Inmate Kauai stated that he was in the shower at time of the incident. I inquired if anyone was waiting to take a shower when he left the shower and he said "No".<br><br>A few individuals stated that although Tavares was in the Rec Yard at the time of the incident, he was "calling the shots".<br><br>Summary:<br>The following is a compilation of findings, based upon the above interviews:<br>1) The nickname "Mose" is a reference to Inmate TOGIA, Paul (SID# Not available) (2A2-10).<br>2) Inmate Togia was identified as an assailant.<br>3) Inmate KAUAI, Dino (A1027170) (2A2-12) was identified as an assailant.<br>4) Inmate Moses may have been wrongly accused.<br>5) Inmate Tavares may have been wrongly accused.<br>NOTHING FOLLOWS!<br><br>Submitted for your review:<br>Sergeant George J. Metsopulos |

BY: _____    ACO IV
     Reporting Officer / Employee    Title