# MINUTES

```
                                        FILED IN THE
                                UNITED STATES DISTRICT COURT
                                    DISTRICT OF HAWAII
                                   11/22/2005 4:30 PM
                                   SUE BEITIA, CLERK
```

**CASE NUMBER:** CV 04-00414SOM-KSC

**CASE NAME:** William S. Aholelei vs. State Of Hawaii Department Of Safety, Edwin Shimoda, Clayton Frank, et al.

**INTERPRETER:**

**JUDGE:** JUDGE SUSAN OKI MOLLWAY        **REPORTER:**

**DATE:** 11/22/2005                      **TIME:**

                                           **ROOM:** AHA KANAWAI

**COURT ACTION:** EO

Stanley L. Canosa's Motion to Reconsider the Order Denying Third-Party Defendant Stanley L. Canosa's Motion to Dismiss the Complaint Against Him by Third Party Plaintiffs filed on 11/22/05 is construed as a Motion for Summary Judgment.

This Motion for Summary Judgment is set for 01/23/2006 11:15:00 AM before SOM.

cc: all counsel of record, Pro Se Staff Attorney, and Judge Mollway's Chambers.


Submitted by: Toni Fujinaga, Courtroom Manager

*Created: 11/22/2005 10:02:44 AM*                         Document: 35905031

F I L E   C O P Y

\* \* LABEL LIST \* \*

Case Number:1:04-cv-00414

William S. Aholelei
Waiawa Correctional Facility
A0146949 BLDG H
Box 1839
Pearl City, HI   96782

Cindy S. Inouye, Esq.
Office of the Attorney General-Hawaii
425 Queen St
Honolulu, HI   96813

John Cregor Jr., Esq.
Office of the Attorney General-Hawaii
425 Queen St
Honolulu, HI   96813

Stanley L. Canosa
Halawa Correctional Facility
99-902 Moanalua Rd.
Aiea, HI   96701