ORIGINAL

IN The United States District Court for The District of Hawaii

Civil No. 04-00414 SOM KSC

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
NOV 28 2005
at 9 o'clock and 40 min. AM
SUE BEITIA, CLERK

I, William S. Ahokelei, Plaintiff Pro se in the following civil case No. 04-00414 som KSC

I, am requesting a filed stamp copy of my concise statement and motion in opposition filed on Nov-02-05, so I can serve Defendants.

I, William S. Ahokelei, Plaintiff Pro se humbly asking this honorable court for an extencion of time to serve Defendants, if there is a time limit required to serve Defendants! In this matter.!

I also would like this court to take notice that I no longer resides at Waiawa Correctional facility. I now resides at
OCCC Mauka
2199 Kamehameha Hwy
Hon, Hawaii 96819

Respectfully Submitted:

Dated Nov-14-05
Hon, Hawaii

William S. Ahokelei
William S. Ahokelei,
Plaintiff Pro se

In the United States District Court
for the District of Hawaii

Civil No. 04-00414 SOM KSC

Certificate of Service

I William S. Aholelei, Plaintiff Pro se in the above matters humbly swear under the penalty of perjury. That on Nov-14-05 I sent a request for filed stamp cover page, and an extencion of time request to serve Defendants, and a notice of change of address!

I send it to the United States District Court, for the District of Hawaii, via Legal mail.

Add: Att. Clerk
United States District Court
for the District of Hawaii
300 Alamoana Boulevard C-338
Honolulu, Hawaii 96850-0338

Dated Nov-14-05
Hon, Hawaii

William S. Aholelei,
Plaintiff Pro Se
Prison No. A0146949



William S. Aholelei #076949
6060 Mauka
2199 Kamehameha Hwy
Hon, HI 96819

ATT: Clerk
United States District Court
for the District of Hawaii
300 Ala Moana Boulevard C-338
Honolulu, Hawaii 96850-0338

RECEIVED
CLERK, U.S. DISTRICT COURT
NOV 16 2005
DISTRICT OF HAWAII

E-mail

HONOLULU HI 968
15 NOV 2005 PM 2 T

I Mailed
By:
Aco-C Parker
11/14/05