ORIGINAL

UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

NOV 29 2005

at 1 o'clock and 15 min. P M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| WILLIAM S. AHOLELEI, | ) | CIV. NO. 04-00414 SOM-KSC |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER DENYING MOTION FOR |
| | ) | COPIES AND FOR AN EXTENSION OF |
| STATE OF HAWAII, DEPARTMENT | ) | TIME TO SERVE DEFENDANTS |
| OF PUBLIC SAFETY, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

### ORDER DENYING MOTION FOR COPIES AND
### FOR AN EXTENSION OF TIME TO SERVE DEFENDANTS

Plaintiff William S. Aholelei moves the court for conformed copies of his Memorandum in Opposition and Concise Statement of Facts to Defendants' Motion for Summary Judgment. Aholelei also seeks an extension of time to serve Defendants with these copies. The hearing on Defendants' Motion for Summary Judgment is set for December 5, 2005.

Aholelei's Opposition is twenty-one pages long and single-spaced. Aholelei's concise statement of facts is five pages long, with fifty pages of exhibits. Aholelei has been told by this court before that it is his responsibility to copy and serve his own documents. At an earlier hearing, Aholelei was informed that he may receive legal copies on a payment plan from the prison, and that if he is being denied that option he must inform the court. He has not done so. It is also unclear why Aholelei waited three weeks after filing his Opposition, and less than one week before the hearing, before notifying the court that

he had not served his Opposition on Defendants. Rather than grant Aholelei an extension of time to serve his documents, and because the hearing on Defendants' Motion for Summary Judgment is less than one week away, the court will again provide copies of these documents to Defendants. Aholelei's request for copies of the documents is DENIED. Aholelei's request for an extension of time to serve Defendants with his Opposition and Concise State of Facts is DENIED. The Clerk shall provide Aholelei with the conformed first page of his Opposition and Concise Statement of facts with this Order.

     IT IS SO ORDERED.

     Dated: Honolulu, Hawaii, November 29, 2005.

_____
Kevin S.C. Chang
UNITED STATES MAGISTRATE JUDGE

AHOLELEI v. Dep't of Public Safety, et al., CIV. NO. 04-00414 SOM-KSC; ORDER DENYING MOTION FOR COPIES AND FOR AN EXTENSION OF TIME TO SERVE DEFENDANTS; dmp\non-disp ords '05\AHOLELEI 04-414 DNY COPIES

F I L E   C O P Y

\* \* LABEL LIST \* \*

Case Number:1:04-cv-00414

William S. Aholelei
OCCC
A0146949
2199 Kamehameha Hwy
Honolulu, HI  96819

w/ 1st page of Opposition + concise statements

Cindy S. Inouye, Esq.
Office of the Attorney General-Hawaii
425 Queen St
Honolulu, HI  96813

John Cregor Jr., Esq.
Office of the Attorney General-Hawaii
425 Queen St
Honolulu, HI  96813

Stanley L. Canosa
Halawa Correctional Facility
99-902 Moanalua Rd.
Aiea, HI  96701