ORIGINAL

Stanley L. Canosa
Medium Special Holding Unit
Halawa Correctional Facility
99-902 Moanalua Road
Aiea, Hawaii 96701

Pro se

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

DEC 0 1 2005

at 3 o'clock and 25 min P M
SUE BEITIA, CLERK

In The United States District Court
For The District of Hawaii

| Stanley L. Canosa<br>Third-Party Defendant<br><br>v.<br><br>State of Hawaii Department<br>of Public Safety, et al.,<br><br>Third-Party Plaintiffs | Civil No. 04-00414 SOM-KSC<br><br>Supplement to Third-Party<br>Defendant, Stanley L. Canosa's<br>motion filed November 22<br>2005 which was construed<br>as a motion for summary<br>judgment |

Third-Party Defendant, Stanley L. Canosa, would like to add this document to supplement his motion filed November 22 2005 which was construed as a motion for summary judgment.

1

Canosa would like to authenticate the documents, specifically Exhibits A and B which he submitted with his motion filed on November 22 2005, and he would also like to provide a concise statement detailing each material fact as to which he contends there is no genuine issue to be tried.

Canosa would now like to authenticate the documents, specifically Exhibits A and B which he submitted with his motion filed on November 22 2005, which was construed as a motion for summary judgment.

I, Stanley L. Canosa, declare under penalty of perjury that Exhibit A which consist of Halawa Correctional Facility Lieutenant Harry Suapaia's statement dated October 3 2003, is authentic as it was signed by him and provided to me by Halawa Correctional Facility case manager Richard Condon on January 27 2005.

I, Stanley L. Canosa, declare under penalty of perjury that Exhibit B which consist of Halawa Correctional Facility Sergeant George Metsopulos' investigative Report dated October 4 2003, is authentic as it was signed by him and provided to me by Halawa Correctional Facility case manager Richard Condon on January 27 2005.

2

I, Stanley L. Canosa, declare under penalty of perjury that this declaration regarding Exhibits A and B which he submitted with his motion filed on November 22 2005 which was construed as a motion for summary judgment, is correct and true copy of the original on file here at Halawa Correctional Facility.

This Declaration made and signed by: *Stanley L. Canosa*
Date: November 26 2005

Canosa would now like to provide his concise statement detailing each material fact as to which he contends there is no genuine issue to be tried.

1.) Third-Party Plaintiff alleges in their complaint that I, Stanley L. Canosa, intentionally, maliciously, negligently, carelessly, recklessly, and/or tortiously caused the injuries and/or damages as alleged in the complaint filed by Plaintiff, inmate William S. Aholelei.

2.) Third-Party Plaintiff's complaint and allegations against Canosa provides no material fact that Canosa intentionally, maliciously, negligently,

3

carelessly, recklessly, and/or tortiously caused the injuries and/or damages to Plaintiff Anolelei.

3.) Third-Party Plaintiff relies on Plaintiff Anolelei's complaint to support their allegation against Canosa.

4.) Plaintiff Anolelei's complaint also does not provide any material fact that Canosa assaulted and/or caused the injuries and/or damages upon him.

5.) Shortly after the assault upon Plaintiff Anolelei, while he was at the HCF medical unit, he (Anolelei) identified to HCF Lt. Harry Suapaia those who had assaulted him See Exhibit A which is attached to Canosa's motion filed November 22 2005 which was construed as a motion for summary judgment.

6.) On the night of the assault, October 3 2003, HCF Sgt. George Metsopulos conducted an investigation in which confidential informants also identified those who assaulted Plaintiff Anolelei. See Exhibit B

4

attached to Canosa's motion filed on November 22, 2005.

7.) Plaintiff Anolelei stated that he was assaulted by gang members. Canosa is not a gang member.

8.) Canosa contends that there is no genuine issue in which to be tried. Canosa did not assault Plaintiff Anolelei and nor is he responsible for the injuries and/or damages that he sustained as a result of the assault.

9.) Therefore, Canosa prays that this court grant summary judgment in his favor.

I, Stanley L. Canosa, swear and declar under penalty of perjury that my concise statements, 1 through 8, is correct and true

Signed by: *Stanley L. Canosa*

Date: November 26 2005

## Certificate of Service

I, Stanley L. Canosa, hereby certify that this original document was mailed to the U.S. District Court for the District of Hawaii on November 29 2005

I, Stanley L. Canosa, also certify that a copy of this original document was mailed to Third-Party Plaintiff's Attorney, Deputy Attorney General John M. Cregor, JR on November 29 2005

I, Stanley L. Canosa, also certify that a copy of this original document was mailed to Plaintiff, William S. Aholelei on November 29 2005

Signed by: Stanley L. Canosa

Dated: November 29 2005



HONOLULU HI 968

30 NOV 2005 PM 3 T

Court Clerk
United States District Court
District of Hawaii
300 Ala Moana Blvd., C-338
Honolulu, Hawaii 96850-0338

CONFIDENTIAL

CONFIDENTIAL

THIS CORRESPONDANCE
IS FROM AN INMATE AT A
CORRECTIONAL FACILITY

99-902 Moanalua Rd
Aiea, Hawaii 96701