# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

12/5/2005  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CV 04-00414SOM-KSC |
| CASE NAME: | William S. Aholelei vs. State of HI, Dept. of Public Safety, et al. |
| ATTYS FOR PLA: | William S. Aholelei (by phone) |
| ATTYS FOR DEFT: | John Cregor |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Susan Oki Mollway | REPORTER: | Debra Chun |
| DATE: | 12/5/2005 | TIME: | 10:30 - 10:50 |

COURT ACTION: EP: Defendants' Third Party Plaintiffs' Motion for Summary Judgment -

Arguments.

Defendants' Third Party Plaintiffs' Motion for Summary Judgment - taken under advisement.

Court to prepare a written order.

Submitted by: Toni Fujinaga, Courtroom Manager.

G:\docs\crd\aholelei 12 5.wpd