ORIGINAL

AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

### DISTRICT OF HAWAII

| | |
|---|---|
| WILLIAM S. AHOLELEI | JUDGMENT IN A CIVIL CASE |
| Plaintiff(s), | Case: CV 04-00414SOM-KSC |
| V. | FILED IN THE<br>UNITED STATES DISTRICT COURT<br>DISTRICT OF HAWAII |
| STATE OF HAWAII, DEPARTMENT<br>OF PUBLIC SAFETY, et al | December 13, 2005<br>At 4 o'clock and 00 min p.m.<br>SUE BEITIA, CLERK |
| Defendant(s). | |

[ ]   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[✓]   **Decision by Court.** This action came for hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that Judgment is entered in favor of Defendants pursuant to the Order Granting Defendants' and Third-Party Plaintiffs' Motion For Summary Judgment" filed December 6, 2005. IT IS FURTHER ORDERED that the Third Party Complaint is deemed withdrawn, Third Party Defendant Stanley Canosa's motion for summary judgment is rendered moot and that the Clerk is directed to close the case.

cc:   all parties of record

December 13, 2005                                SUE BEITIA
Date                                             Clerk

                                                 (By) Deputy Clerk