William S. Ahokoki A0146949
O.C.C.C. Mauka
2199 Kamehameha Hwy.
Honolulu, Hawaii 96819

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

DEC 21 2005

at __ o'clock and __ min. __ M
SUE BEITIA, CLERK

In The United States District Court
for The District of Hawaii

| | |
|---|---|
| William S. Ahokolei, Plaintiff, vs. State of Hawaii, Department of Public Safety, John Peyton, Frank Lopez, Edwin Shimoda, Clayton Frank, Randy Asher, Eric Tanaka, Gary Kaplan, May Andrade, Cinda Sandin, State of Hawaii Attorney General, and DOE Defendants 1-10, Defendants | Civ. 04-00414 SOM-KSC Plaintiff's notice of appeal to the 9th Circuit Court over the issues stated for exhibit "A1" and motion for appointment of counsel in exhibit "B" memorandum in support and Declaration of William S. Ahokolei in exhibit "A3" & "A4" herein! Exhibits "A1" through exhibit "B" and certificate of service herein! |

Plaintiff's notice of appeal to the 9th circuit court over the issues stated in exhibit "A1" and motion for appointment of counsel in exhibit "B" herein!

Comes now Plaintiff, William S. Ahokolei, Pro se inmate in the above entitle matter hereby submit and moves this Honorable Court to grant the Plaintiff's notice of appeal

Page - 1    Continue Next Page →

56

to the Ninth Circuit Court over the issues stated in exhibit "A", and motions for appointment of counsel in exhibit "B" herein for the following Reasons.

The exhaustion rule is firmly rooted in principles of federal and state comity and "creates" a strong presumption in favor of requiring Petitioner to pursue his available federal and state remedies in the Denial of exhibit "A" to appeal to the Ninth Circuit!

See: Grandberry v. Greer, 481 U.S. 129, 131, 107 S. Ct. 1671, 95 L. Ed. 119, 123 (1987).

### Appointment of counsel in exhibit "B"

Petitioner understands that the Honorable Court may have transferred the matter to the 9th Circuit Division and Pro-se Complaints must be liberally construed particularly when civil Rights violations are claimed.

See: Hughes v. Rowe, 449 U.S. 5, 9 (1980), Balistreri v. Pacifica Police Department 901 F. 2d 969, 699 (9th Cir 1988)

Due to the fact that petitioner was tremendously beaten almost to death by Seven (7) Gang members in Halawa Prison in Oct-3-2003, and currently suffering memory loss because of the severity of the impact to his head!

Continue Next page ⟶

The court in its discretion may appoint counsel under exceptional circumstances!

See: Ferrell v. Brewer, 935 F. 2d 1015, 1017 (9th Cir. 1991)

Also See: Franklin 745 F. 2d at 1236.

A finding of exceptional circumstances requires an evaluation of both the likelihood of success on the merits [and] the ability of petitioner to articulate his claims Pro-se in light of the complexity of the legal issues involved. Ferrell, 935 F. 2d at 1017 citing Wilburn v. Escalderon, 789 F. 2d 1328 (9th Cir. 1986).

The records does disclose matters which are complex as the Massie case which hit Hawaii in 1931, where Hawaii's Seventh Governor Lawrence M. Judd sentenced four Defendants who shot and killed Joseph Kahalawai to one hour incarceration in his office which gave implications that the people of Hawaii are not capable of administering Justice!

### Conclusion

Petitioner-Plaintiff seeks to allow the clerk of the Court to stamp filed these documents for the appeal to the 9th Circuit Court over the issues in exhibit "A1" attached herein and grant an appoint of counsel in exhibit "B" herein!

And its made pursuant to exhibit "A1" through exhibit "B" attached herein! and to include the affidavit of support and verification attached herein!

Dated Dec-9-2005

William S. Aholelei

William S. Aholelei A0146949
Plaintiff Pro-se

Pros-3

William S. Aholelei A0146949
O.C.C.C. Mauka
2199 Kamehameha Hwy.
Honolulu, Hawaii 96819

In The United States District Court
 for the District of Hawaii

| | |
|---|---|
| William S. Aholelei,<br>Plaintiff<br><br>vs.<br><br>State of Hawaii, Department of Public Safety, John Peyton, Frank Lopez, Edwin Shimoda, Clayton Frank, Randy Asher, Eric Tanaka, Gary Kaplan, May Andrade, Cinda Sandin, State of Hawaii Attorney General, and Doe Defendants 1-10,<br>Defendants | Civil No. 04-00414 SOM-KSC<br><br>Certificate of Service |

I, William S. Aholelei, Plaintiff Pro-se in the above matters hereby swear under the penalty of law that on Dec-13-05, I sent my notice of appeal over the issue for exhibit "A" and motion for appointment of counsel in exhibit "B" and memorandum in support and declaration to the united States District Court for the District of Hawaii.

Dated Dec-12-05                        William S. Aholelei
                                         Pro se