

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## DOCKET FEE PAYMENT NOTIFICATION FORM

I. **SHORT CASE TITLE:** WILLIAM S. AHOLELEI vs. STATE OF HAWAII, et al.,

   **U.S. COURT OF APPEALS DOCKET NUMBER:** 6-15086

   **U.S. DISTRICT COURT FOR THE DISTRICT OF HAWAII**

   **U.S. DISTRICT COURT DOCKET NUMBER:** CIVIL NO. 04-O0414SOM-KSC

II  **DATE NOTICE OF APPEAL FILED:** 12/21/05

RECEIVED
CLERK, U.S DISTRICT COURT
JAN 23 2006
DISTRICT OF HAWAII

III **U.S. COURT OF APPEALS PAYMENT STATUS:**

   DOCKET FEE PAID ON:            AMOUNT:

   NOT PAID YET:  ✓               BILLED:

   U.S. GOVERNMENT APPEAL:        FEE WAIVED:

   WAS APPELLANT OR APPELLEE GRANTED F.P. STATUS?

   IF YES, SHOW DATE:             & ATTACH COPY OF ORDER/CJA

   WAS F.P. STATUS REVOKED:       DATE:

   WAS F.P. STATUS LIMITED IN SOME FASHION?

   IF YES, EXPLAIN:

IV **COMPANION CASES, IF ANY:**

V. **COMPLETED IN THE U.S. DISTRICT COURT BY:**

   Laila M. Geronimo

---

AMENDED NOTIFICATION _____ PAID _____ F.P. _____

DISTRICT COURT CLERK BY: _____

(Note: This form is only utilized to notify the U.S. Court of Appeals concerning the satisfaction of the U.S. Court of Appeals Docket Fee.)