**FILED**

UNITED STATES COURT OF APPEALS

MAR 14 2006

FOR THE NINTH CIRCUIT

CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| WILLIAM S. AHOLELEI, | No. 06-15086 |
| Plaintiff - Appellant, | D.C. No. CV-04-00414-SOM<br>District of Hawaii,<br>Honolulu |
| v. | |
| DEPARTMENT OF PUBLIC SAFETY,<br>State of Hawaii; et al., | ORDER |
| Defendants - Appellees. | |

**RECEIVED**
CLERK, U.S. DISTRICT COURT
MAR 16 2006
DISTRICT OF HAWAII

Appellant William S. Aholelei, prison identification number A0146949, has been granted leave to proceed in forma pauperis in this appeal and has completed and filed the required authorization form directing the appropriate prison officials to assess, collect, and forward to the district court the filing and docketing fees for this appeal pursuant to 28 U.S.C. § 1915(b)(1) and (2). This court hereby assesses an initial filing fee of 20 percent of the greater of (A) the average monthly deposits to the prisoner's account; or (B) the average monthly balance in the prisoner's account for the six-month period immediately preceding the filing of the December 21, 2005 notice of appeal.

The Clerk shall serve this order and appellant's completed authorization form on the Attorney General for the State of Hawaii, 425 Queen Street, Honolulu,

06-15086

Hawaii 96813, Attention: Public Safety Unit Supervisor, who shall notify the appropriate agency or prison authority responsible for calculating, collecting, and forwarding the initial payment assessed in this order and for assessing, collecting, and forwarding the remaining monthly payments of the fee to the district court for this appeal. See 28 U.S.C. § 1915(b)(2). Each payment should be accompanied by the district court and appellate docket numbers for this appeal and a record of previous payments made for this appeal.

All pending motions will be addressed by separate order.

The Clerk shall also serve a copy of this order on the clerk and the financial unit of the district court.

For the Court:

CATHY A. CATTERSON
Clerk of the Court

Jo Ann Coxey, Deputy Clerk
9th Cir. R. 27-7
General Orders/Appendix A

RECEIVED
CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS
MAR - 2 2006
FILED _____
DOCKETED _____
DATE    INITIAL

## PRISONER AUTHORIZATION FORM

I, William S. Aholelei, am the appellant in Aholelei v. Public Safety, et al, docket number 06-15086.

I understand that I am required by statute to pay the full amount of the $255 docketing and filing fees for this appeal, regardless of my forma pauperis status, and regardless of the disposition of this appeal. I hereby authorize the prison officials at this institution to assess, collect, and forward to the district court the full amount of these fees, in monthly increments based on 20 percent of the average of deposits to or balance in my prison trust account. I understand that I am not responsible for payment when there are no deposits or funds in my trust account, but that payments will resume when such deposits are made or funds are otherwise available.

**PRO SE**
MAR - 8 2006
INITIAL ____
OTD

NAME: William S. Aholelei
SIGNATURE: William S. Aholelei
DOCKET NO. 06-15086
PRISONER I.D. NO. A0146949
PRISON FACILITY O.C.C.C.
ADDRESS 2199 Kamehameha Hwy.
Honolulu, Hawaii 96819
DATE Feb-23-06

PRO SE UNIT