# United States Court of Appeals for the Ninth Circuit
## Record Transmittal Form

Date: June 6, 2006

To:  United States Court of Appeals       Attn:  (✓)  Civil
     For the Ninth Circuit
     Office of the Clerk                              ( )  Criminal
     95 Seventh Street
     San Francisco, California 94103           ( )  Judge

From: United States District Court
      300 Ala Moana Blvd. Room C-338
      Honolulu, Hawaii 96813

DC No:          CV 04-00414-SOM           Appeal No:   06-15086
Short Title:    Aholelei vs. Public Safety

| | | |
|---|---|---|
| Clerk's Files in | 2 | volumes (✓) original ( ) certified copy |
| Bulky docs | | volumes (folders) docket # |
| Reporter's Transcripts | | volumes (✓) original ( ) certified copy |
| Exhibits | | volumes ( ) under seal |
| | | boxes ( ) under seal |

Other:
-certified copy of docket sheet

Acknowledgment: _____   Date: _____

cc: all counsel