IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

**ORIGINAL**

Transcript Designation and Ordering Form

U.S. Court of Appeals Case No. _06-15086_   U.S. District Court Case No. _Civ. No. 04-00414 SOM/KSC_

Short Case Title _William S. Aholelei v. State of Hawaii, et al._

Date Notice of Appeal Filed by Clerk of District Court _12/21/05_

**SECTION A** - To be completed by party ordering transcript

| HEARING DATE(s) | COURT REPORTER | PROCEEDINGS (strike portion not desired) |
|---|---|---|
|  |  | ~~Voir Dire~~ |
|  |  | ~~Opening Statements~~ |
|  |  | Settlement Instructions |
|  |  | ~~Closing Arguments~~ |
|  |  | ~~Jury Instructions~~ |
| December 5, 2005 | Debra Chun | Pre-Trial Proceedings |
|  |  | Other (please specify) |

FILED IN THE UNITED STATES DISTRICT COURT DISTRICT OF HAWAII
AUG 23 2006
at __ o'clock and __ min. __ M
SUE BEITIA, CLERK

(additional page for designations if necessary)

( ) I do not intend to designate any portion of the transcript and will notify all counsel of this intention.
(XX) As retained counsel (or litigant proceeding in pro per). I request a copy of the transcript and guarantee payment to the reporter of the cost thereof upon demand. I further agree to pay for work done prior to cancellation of this order.
( ) As appointed counsel I certify that an appropriate order authorizing preparation of the transcript at the expense of the United States has been, or within 5 days hereof will be, obtained and delivered to the reporter. I agree to recommend payment for work done prior to cancellation of this order.

Date transcript ordered _8/23/06_   Estimated date for completion of transcript ____

Print Name of Attorney _Kimberly Tsumoto_   Phone Number _(808) 586-1360_

Signature of Attorney _Kimberly Tsumoto_

Address _Department of the Attorney General, 425 Queen Street, Honolulu, HI 96813 (Attn: Appellate Division)_

**SECTION B** - To be completed by court reporter

I, _____ have received this designation.
(signature of court reporter)
( ) Arrangements for payment were made on ____
( ) Arrangements for payment have not been made pursuant to FRAP 10(b).

____ Approximate Number of Pages in Transcript--Due Date ____

**SECTION C** - To be completed by court reporter

When the transcript is filed, complete this section and submit to the U.S. district court with the completed transcript. The district court will not file the transcript without this completed form.

Date transcript filed ____   Court Reporter's Signature ____

**SECTION D** - To be completed by the Clerk

U.S. DISTRICT COURT CLERK: I certify that the record is available in the office of the U.S. District Court.S

Sue Beitia _____   BY: _____
(U.S. District Court Clerk)   (date)        DEPUTY CLERK

CERTIFICATE OF SERVICE

I certify that on August 23, 2006, a copy of the Appellees' Transcript Designation and Ordering Form was mailed by U.S. mail, postage prepaid, by the last mail pickup of the day to:

> SEAN D. UNGER, ESQ.
> PETER MEIER, ESQ.
> Paul, Hastings, Janofsky & Walker LLP
> 55 Second Street
> Twenty-Fourth Floor
> San Francisco, CA  94105-3441
>
> Attorneys for Appellant
> William S. Aholelei

Aug. 23, 2006
Date

*Kimberly Tsumoto*
KIMBERLY TSUMOTO
Deputy Attorney General