8/23

Debra Chun

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

Transcript Designation and Ordering Form

U.S. Court of Appeals Case No. **06-15086**     U.S. District Court Case No. **Civ. No. 04-00414 SOM/KSC**

Short Case Title **William S. Aholelei v. State of Hawaii, et al.**

Date Notice of Appeal Filed by Clerk of District Court **12/21/05**

**SECTION A** - To be completed by party ordering transcript

| HEARING DATE(s) | COURT REPORTER | PROCEEDINGS (strike portion not desired) |
|---|---|---|
|  |  | Voir Dire |
|  |  | Opening Statements |
|  |  | Settlement Instructio |
|  |  | Closing Arguments |
|  |  | Jury Instructions |
| December 5, 2005 | Debra Chun | Pre-Trial Proceedin |
|  |  | Other (please specify) |

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
SEP 26 2006
at ___ o'clock and ___ min ___ M
SUE BEITIA, CLERK

(additional page for designations if necessary)

( )  I do not intend to designate any portion of the transcript and will notify all counsel of this intention.
(xx) As retained counsel (or litigant proceeding in pro per). I request a copy of the transcript and guarantee payment to the reporter of the cost thereof upon demand. I further agree to pay for work done prior to cancellation of this order.
( )  As appointed counsel I certify that an appropriate order authorizing preparation of the transcript at the expense of the United States has been, or within 5 days hereof will be, obtained and delivered to the reporter. I agree to recommend payment for work done prior to cancellation of this order.

Date transcript ordered **8/23/06**     Estimated date for completion of transcript _____

Print Name of Attorney **Kimberly Tsumoto**     Phone Number **(808) 586-1360**

Signature of Attorney _Kimberly Tsumoto_

Address **Department of the Attorney General, 425 Queen Street, Honolulu, HI 96813 (Attn: Appellate Division)**

**SECTION B** - To be completed by court reporter

I, _____ have received this designation.
(signature of court reporter)
(X) Arrangements for payment were made on **8/22/06**
( ) Arrangements for payment have not been made pursuant to FRAP 10(b).

**15** Approximate Number of Pages in Transcript—Due Date **9/21/06**

**SECTION C** - To be completed by court reporter

When the transcript is filed, complete this section and submit to the U.S. district court with the completed transcript. The district court will not file the transcript without this completed form.

Date transcript filed **8/30/06**     Court Reporter's Signature _____

**SECTION D** - To be completed by the Clerk

U.S. DISTRICT COURT CLERK: I certify that the record is available in the office of the U.S. District Court.S

Sue Beitia     **09-26-06**     BY: _____
(U.S. District Court Clerk)    (date)             DEPUTY CLERK