UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

OCT 27 2006

CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

| WILLIAM S. AHOLELEI, | No. 06-15086 |
| Plaintiff - Appellant, | PRO BONO |
| v. | D.C. No. CV-04-00414-SOM<br>District of Hawaii,<br>Honolulu |
| DEPARTMENT OF PUBLIC SAFETY,<br>State of Hawaii; et al., | |
| Defendants - Appellees. | ORDER |

Because this appeal is ready for calendaring and the next available calendar in Honolulu is May of 2007, appellees' opposed October 10, 2006 request for oral argument to be held in Honolulu, Hawaii is denied.

This appeal shall be calendared for oral argument in San Francisco during the month of January 2007.

For the Court:

CATHY A. CATTERSON
Clerk of the Court

RECEIVED
CLERK, U.S. DISTRICT COURT
OCT 30 2006
DISTRICT OF HAWAII

Jo Ann Comstock, Deputy Clerk
9th Cir. R. 27-7
General Orders/Appendix A

S:\PROSE\clerkords\2006\10.06\06-15086jac.wpd