CIV. NO. 04-00414 SOM-KSC

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
MAR 12 2007
at 11 o'clock and 30 min. A M
SUE BEITIA, CLERK
CASE FILE

In the United States District Court
for the District of Hawaii

| | |
|---|---|
| William S. Aholelei<br>Plaintiff<br><br>vs.<br><br>State of Hawaii, Department<br>of Public Safety et al.<br>Defendants | CIV. 04-00414 SOM-KSC<br>Plaintiff, motion herein alerting<br>the honorable court of<br>William S. Aholelei's, New<br>address. |

Plaintiff's, motion herein to alert the honorable Court of William S. Aholelei's New address.

Please, be aware that the Plaintiff, William S. Aholelei, in the above case have changed of address. The New address is,

William S. Aholelei
2612 Kapiolani Blvd. "upstairs"
Kapahelei, HI 96826

Please make changes on the records!

Respectfully Submitted!

Dated 3-9-2007        William S. Aholelei
March                 _William S. Aholelei_
Hon, Hawaii           Plaintiff, PRO SE

71



William S. Aholelei
2612 Kapiolani Boulevard
Honolulu, Hawaii 96826

HONOLULU HI 968
09 MAR 2007 PM 1 L

In The United States District Court
for The District of Hawaii,
300 Alamoana Boulevard,
Room C-338
Honolulu, Hawaii 96850

Legal mail