```
                                                          MOATT    INVATT
                                                          CLOSED
                                                                          i
INTERNAL USE ONLY: Proceedings include all events.
06-15086 Aholelei v. Public Safety, et al

WILLIAM S. AHOLELEI                 Peter Meier, Esq.
     Plaintiff - Appellant          FAX 415/856-7415
                                    415/856-7030
                                    24th Fl.
                                    [COR LD NTC cap]
                                    Sean D. Unger, Esq.
                                    FAX 415/856-7000
                                    415/856-7056
                                    24th Floor
                                    [COR LD NTC cap]
                                    PAUL HASTINGS JANOFSKY & WALKER,
                                    LLP
                                    55 Second St.
                                    San Francisco, CA 94105-3491

                                    William S. Aholelei
                                    [NTC prs]
                                    2612 Kapiolani Blvd.
                                    Honolulu, HI 96826


     v.

DEPARTMENT OF PUBLIC SAFETY,        Cindy S. Inouye, Esq.
State of Hawaii                     FAX            808
     Defendant - Appellee           808/523/4859
                                    [COR LD NTC dag]
                                    AGHI - OFFICE OF THE HAWAII
                                    ATTORNEY GENERAL
                                    425 Queen St.
                                    Honolulu, HI 96813

JOHN F. PEYTON                      John M. Cregor, Jr., Esq.
     Defendant - Appellee           FAX 808/586-1808
                                    808/586-1300
                                    [dag]
                                    Cindy S. Inouye, Esq.
                                    (See above)
                                    [COR LD NTC dag]
                                    AGHI - OFFICE OF THE HAWAII
                                    ATTORNEY GENERAL
                                    425 Queen St.
                                    Honolulu, HI 96813

FRANK LOPEZ                         John M. Cregor, Jr., Esq.
     Defendant - Appellee           (See above)
                                    [dag]
                                    Cindy S. Inouye, Esq.
                                    (See above)
                                    [COR LD NTC dag]

EDWIN SHIMODA                       John M. Cregor, Jr., Esq.
     Defendant - Appellee           (See above)
                                    [dag]

Docket as of August 29, 2007 11:04 pm              Page 2   NON-PUBLIC
```

MOATT INVATT
CLOSED

i

INTERNAL USE ONLY: Proceedings include all events.
06-15086 Aholelei v. Public Safety, et al

                                      Cindy S. Inouye, Esq.
                                      (See above)
                                      [COR LD NTC dag]

CLAYTON FRANK                    John M. Cregor, Jr., Esq.
     Defendant - Appellee        (See above)
                                      [dag]
                                      Cindy S. Inouye, Esq.
                                      (See above)
                                      [COR LD NTC dag]

RANDY ASHER                      John M. Cregor, Jr., Esq.
     Defendant - Appellee        (See above)
                                      [dag]
                                      Cindy S. Inouye, Esq.
                                      (See above)
                                      [COR LD NTC dag]

ERIC TANAKA                      John M. Cregor, Jr., Esq.
     Defendant - Appellee        (See above)
                                      [dag]
                                     Cindy S. Inouye, Esq.
                                      (See above)
                                      [COR LD NTC dag]

GARY KAPLAN                      John M. Cregor, Jr., Esq.
     Defendant - Appellee        (See above)
                                      [dag]
                                     Cindy S. Inouye, Esq.
                                      (See above)
                                      [COR LD NTC dag]

MAY ANDRADE                      John M. Cregor, Jr., Esq.
     Defendant - Appellee        (See above)
                                      [dag]
                                     Cindy S. Inouye, Esq.
                                      (See above)
                                      [COR LD NTC dag]

CINDA SANDIN                     John M. Cregor, Jr., Esq.
     Defendant - Appellee        (See above)
                                      [dag]
                                     Cindy S. Inouye, Esq.
                                      (See above)
                                      [COR LD NTC dag]

ATTORNEY GENERAL OF THE STATE  John M. Cregor, Jr., Esq.
OF HAWAII                          (See above)
     Defendant - Appellee        [dag]
                                      Girard D. Lau, DAG
                                      FAX               808
                                      808/586-1363
                                      [COR LD dag]
                                     Cindy S. Inouye, Esq.

```
                                                   MOATT   INVATT
                                                   CLOSED
                                                                  i
INTERNAL USE ONLY: Proceedings include all events.
06-15086 Aholelei v. Public Safety, et al
                              (See above)
                              [COR LD NTC dag]
                              Kimberly Tsumoto
                              FAX
                              808/586/1360
                              [COR LD NTC dag]
                              AGHI - OFFICE OF THE HAWAII
                              ATTORNEY GENERAL
                              425 Queen St.
                              Honolulu, HI 96813




Docket as of August 29, 2007 11:04 pm             Page 4    NON-PUBLIC
```