CORRESPONDENCE

# UNITED STATES DISTRICT COURT
### DISTRICT OF HAWAII
300 ALA MOANA BOULEVARD, ROOM C-409
HONOLULU, HAWAII 96850-0409

SUSAN OKI MOLLWAY
UNITED STATES DISTRICT JUDGE

TELEPHONE
(808) 541-1720
FACSIMILE
(808) 541-1724

October 26, 2007

Mr. William S. Aholelei
2612 Kapiolani Blvd.
Honolulu, HI 96826

Mr. Girard D. Lau
Deputy Attorney General
425 Queen Street
Honolulu, HI 96813

Mr. William Aholelei
Federal Detention Center
351 Elliott Street
Honolulu, HI 96820

Mr. Sean D. Unger
55 Second St. 24th Floor
San Francisco, CA 94105-3491

RE: *Aholelei v. State of Hawaii, et al.*,
D.C. No. CV. 04-00414 SOM; Appellate No. 06-15086

Dear Gentlemen:

On February 14, 2007, the Court of Appeals for the Ninth Circuit issued a memorandum opinion in this case, affirming summary judgment on all claims for monetary damages against the State and the individual defendants in their official capacities, and on all claims for injunctive relief. The court vacated the grant of summary judgment to the individual defendants in their individual capacities, however, and remanded the case to this court to consider whether there has been a violation of Mr. Aholelei's constitutional rights in light of further admissible evidence. The mandate did not issue immediately, as the appellate court was separately considering the issue of whether the State of Hawaii Department of Pubic Safety and State officials had waived sovereign immunity by filing a third-party complaint.

On May 25, 2007, the Court of Appeals issued a published opinion, holding that the State and State officials had not waived sovereign immunity. *See Aholelei v. Dep't of Public Safety, et al.*, 488 F.3d 1144 (9th Cir. 2007). This court then awaited the judgment and mandate, so that further proceedings could begin in the district court.

On October 19, 2007, the Ninth Circuit issued the judgment and mandate. Unfortunately, the judgment incorrectly reflects only the disposition of the published opinion and states that the entire case has been affirmed. We have notified the Clerk of Court for the Ninth Circuit of this apparent error and are now awaiting an amended judgment from the appellate court, also reflecting the earlier unpublished disposition. When this court receives an

Mr. William S. Aholelei
Mr. Girard D. Lau, Esq.
Mr. Sean D. Unger, Esq.
October 26, 2007
Page 2

amended judgment, the parties will be notified and new scheduling dates will be set. Until then, no action may be taken at the district court. Thank you for your patience in this matter.

Very truly yours,

Susan Oki Mollway
United States District Judge