UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| WILLIAM S. AHOLELEI,<br><br>　　　Plaintiff - Appellant,<br><br>　v.<br><br>DEPARTMENT OF PUBLIC SAFETY, State of Hawaii; et al.,<br><br>　　　Defendants - Appellees. | No.  06-15086<br>D.C. No. CV-04-00414-SOM<br><br><br>**AMENDED JUDGMENT** |

　　　Appeal from the United States District Court for the District of Hawaii (Honolulu).

　　　This cause came on to be heard on the Transcript of the Record from the United States District Court for the District of Hawaii (Honolulu) and was duly submitted.

　　　On consideration whereof, it is now here ordered and adjudged by this Court, that the judgment of the said District Court in this cause be, and hereby is **AFFIRMED; VACATED AND REMANDED**

Filed and entered 05/25/07

