```
                                                     MOATT   INVATT
                                                         CLOSED
                                                                    i
INTERNAL USE ONLY: Proceedings include all events.
06-15086 Aholelei v. Public Safety, et al

WILLIAM S. AHOLELEI              Peter Meier, Esq.
     Plaintiff - Appellant       FAX 415/856-7415
                                 415/856-7030
                                 24th Fl.
                                 [COR LD NTC cap]
                                 Sean D. Unger, Esq.
                                 FAX 415/856-7000
                                 415/856-7056
                                 24th Floor
                                 [COR LD NTC cap]
                                 PAUL HASTINGS JANOFSKY & WALKER,
                                 LLP
                                 55 Second St.
                                 San Francisco, CA 94105-3491

                                 William S. Aholelei
                                 [NTC prs]
                                 2612 Kapiolani Blvd.
                                 Honolulu, HI 96826


     v.

DEPARTMENT OF PUBLIC SAFETY,     Cindy S. Inouye, Esq.
State of Hawaii                  FAX              808
     Defendant - Appellee        808/523/4859
                                 [COR LD NTC dag]
                                 AGHI - OFFICE OF THE HAWAII
                                 ATTORNEY GENERAL
                                 425 Queen St.
                                 Honolulu, HI 96813

JOHN F. PEYTON                   John M. Cregor, Jr., Esq.
     Defendant - Appellee        FAX 808/586-1808
                                 808/586-1300
                                 [dag]
                                 Cindy S. Inouye, Esq.
                                 (See above)
                                 [COR LD NTC dag]
                                 AGHI - OFFICE OF THE HAWAII
                                 ATTORNEY GENERAL
                                 425 Queen St.
                                 Honolulu, HI 96813

FRANK LOPEZ                      John M. Cregor, Jr., Esq.
     Defendant - Appellee        (See above)
                                 [dag]
                                 Cindy S. Inouye, Esq.
                                 (See above)
                                 [COR LD NTC dag]

EDWIN SHIMODA                    John M. Cregor, Jr., Esq.
     Defendant - Appellee        (See above)
                                 [dag]

Docket as of October 19, 2007 11:05 pm          Page 2    NON-PUBLIC
```

```
                                                     MOATT   INVATT
                                                     CLOSED
                                                                         i
INTERNAL USE ONLY: Proceedings include all events.
06-15086 Aholelei v. Public Safety, et al
                                    Cindy S. Inouye, Esq.
                                    (See above)
                                    [COR LD NTC dag]

CLAYTON FRANK                       John M. Cregor, Jr., Esq.
     Defendant - Appellee           (See above)
                                    [dag]
                                    Cindy S. Inouye, Esq.
                                    (See above)
                                    [COR LD NTC dag]

RANDY ASHER                         John M. Cregor, Jr., Esq.
     Defendant - Appellee           (See above)
                                    [dag]
                                    Cindy S. Inouye, Esq.
                                    (See above)
                                    [COR LD NTC dag]

ERIC TANAKA                         John M. Cregor, Jr., Esq.
     Defendant - Appellee           (See above)
                                    [dag]
                                    Cindy S. Inouye, Esq.
                                    (See above)
                                    [COR LD NTC dag]

GARY KAPLAN                         John M. Cregor, Jr., Esq.
     Defendant - Appellee           (See above)
                                    [dag]
                                    Cindy S. Inouye, Esq.
                                    (See above)
                                    [COR LD NTC dag]

MAY ANDRADE                         John M. Cregor, Jr., Esq.
     Defendant - Appellee           (See above)
                                    [dag]
                                    Cindy S. Inouye, Esq.
                                    (See above)
                                    [COR LD NTC dag]

CINDA SANDIN                        John M. Cregor, Jr., Esq.
     Defendant - Appellee           (See above)
                                    [dag]
                                    Cindy S. Inouye, Esq.
                                    (See above)
                                    [COR LD NTC dag]

ATTORNEY GENERAL OF THE STATE       John M. Cregor, Jr., Esq.
OF HAWAII                           (See above)
     Defendant - Appellee           [dag]
                                    Girard D. Lau, DAG
                                    FAX           808
                                    808/586-1363
                                    [COR LD dag]
                                    Cindy S. Inouye, Esq.
```

```
                                                      MOATT   INVATT
                                                      CLOSED
                                                                   i
INTERNAL USE ONLY: Proceedings include all events.
06-15086 Aholelei v. Public Safety, et al
                              (See above)
                              [COR LD NTC dag]
                              Kimberly Tsumoto
                              FAX
                              808/586/1360
                              [COR LD NTC dag]
                              AGHI - OFFICE OF THE HAWAII
                              ATTORNEY GENERAL
                              425 Queen St.
                              Honolulu, HI 96813
```