CORRESPONDENCE

# Paul Hastings

Paul, Hastings, Janofsky & Walker LLP
55 Second Street • Twenty-Fourth Floor • San Francisco, CA 94105-3441
telephone 415 856 7000 • facsimile 415 856 7100 • www.paulhastings.com

Atlanta
Beijing
Brussels
Chicago
Hong Kong
London
Los Angeles
Milan
New York
Orange County
Palo Alto
Paris
San Diego
San Francisco
Shanghai
Stamford
Tokyo
Washington, DC

(415) 856-7056
seanunger@paulhastings.com

November 2, 2007

32078.00096

Honorable Susan Oki Mollway
United States District Court
District of Hawaii
300 Ala Moana Boulevard
Room C-409
Honolulu, HI 96850-0409

Re: *Aholelei v. State of Hawaii, et al.*,
D.C. No. CV. 04-00414 SOM; Appellate No. 06-15086

Dear Judge Mollway:

We appreciate your letter of October 26, 2007.

We write to inform you that we are not counsel of record for Mr. Aholelei before your Court. We were appointed by the Ninth Circuit as *pro bono* counsel for the limited purpose of pursuing Mr. Holley's appellate rights. Given our limited *pro bono* resources and the geographic obstacles of trying a case in Hawaii out of our San Francisco office, we unfortunately will not be representing Mr. Aholelei before your Court. Should you have any concerns or wish us to assist in the transition of the case, we would of course be willing to discuss those issues with you.

We appreciate your attention to this letter, and please let us know if you have any further questions.

Sincerely,

Sean Unger
for PAUL, HASTINGS, JANOFSKY & WALKER LLP

SU:rt

cc:   Girard D. Lau, Esq.
      William Aholelei

LEGAL_US_W # 57460990.1