CORRESPONDENCE (PSA)
CIVIL 04-00414 SOM-KSC

RECEIVED
CLERK U.S. DISTRICT COURT
NOV 09 2007
DISTRICT OF HAWAII

United States District Court
District of Hawaii

Re: Aholelei v. State of Hawaii, et al.,
D.C. No. CV. 04-00414 SOM; Appellate No. 06-15086

To: Honorable Judge, Susan Oki Mollway
United States District Judge

Judge, I have recieved the notice signed by you on October-26-2007. The notice alerted me of the standard of my civil case stated above.

I really appreciated your actions herein the matters stated above!

Judge, I would also like to submit this written motion asking the honorable court the following request.

If my case ever come into the calendar for proceedings and needed my presence. I am asking the Honorable Court for order of transport because I need to be there. If I am Release before the proceeding date then I'll alert the Court of where I'll be at all times so that I can be notified to come for proceedings. Thank you!

Humbly submitted!

Dated 11-6-2007

William Aholelei
Federal Detention Center
351 Elliott Street
Honolulu, Hawaii 96820

RETAIN

Name: William Moleta
Number: 93972-022
FDC Honolulu FEDERAL DETENTION CENTER
P.O. Box 30080
Honolulu, HI 96820

HONOLULU HI 968
03 NOV 2007 PM 1 T

Legal mail

To: United States District Court
District of Hawaii
300 Ala Moana Boulevard, Room C-409
Honolulu, Hawaii 96850-0409
Susan Oki Mollway
District Judge

Legal mail

7100 1000 0017

CV 04-00414 SOM

RECEIVED
CLERK U.S. DISTRICT COURT
NOV 9 2007
11:45 am d
DISTRICT OF HAWAII

