UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

NOV 20 2007

at ___ o'clock and 18 min P M.
SUE BEITIA, CLERK

| WILLIAM S. AHOLELEI, | No. 06-15086 |
| Plaintiff - Appellant, | D.C. No. CV-04-00414-SOM |
| v. | |
| DEPARTMENT OF PUBLIC SAFETY, State of Hawaii; et al., | **AMENDED JUDGMENT** |
| Defendants - Appellees. | |

Appeal from the United States District Court for the District of Hawaii (Honolulu).

This cause came on to be heard on the Transcript of the Record from the United States District Court for the District of Hawaii (Honolulu) and was duly submitted.

On consideration whereof, it is now here ordered and adjudged by this Court, that the judgment of the said District Court in this cause be, and hereby is **AFFIRMED IN PART; VACATED IN PART; REMANDED IN PART**

Filed and entered 05/25/07