# MINUTES

|   |   |
|---|---|
| CASE NUMBER: | CV04-00414SOM-KSC |
| CASE NAME: | William S. Aholelei v. State of Hawaii Department of Safety, et al. |
| ATTYS FOR PLA: | William Aholelei, Pro Se, by phone |
| ATTYS FOR DEFT: | John Cregor |
| INTERPRETER: | |

|   |   |   |   |
|---|---|---|---|
| JUDGE: | Kevin S. C. Chang | REPORTER: | C5 - no record |
| DATE: | 12/3/2007 | TIME: | 10:55-11:05am |

COURT ACTION:  EP: Status Conference Re: Amended Judgment filed 11/20/07.  New trial date given.  Amended Scheduling Conference Order to be issued.  Further Status Conference set 1/3/08, 9:15am, Judge Chang.

1. Jury trial on September 23, 2008 at 9:00 a.m. before SOM
2. Final Pretrial Conference on August 21, 2008 at 9:00 a.m. before KSC
3. Final Pretrial Conference before District Judge N/A
4. Final Pretrial Statement by August 14, 2008
5. File motions to Join/Add Parties/Amend Pleadings by March 18, 2008
6. File All Other Motions by **June 2, 2008**\*
8. Plaintiff's Non-Expert Witness Disclosures by January 15, 2008
9. Defendant's Non-Expert Witness Disclosure by January 22, 2008
11. Expert Witness Disclosure:
    a. Plaintiff(s):   May 6, 2008
    b. Defendant(s):   June 3, 2008
12. Discovery Deadline by July 29, 2008
13. Settlement Conference set for (on call).
15. Further Provisions: *Although the court originally set the date for filing dispositve motions for 6/24/08, upon further reflection the court sets this date as 6/2/08 to provide adequate time to set a hearing on the dispositive motion prior to trial.

Submitted by: Shari Afuso, Courtroom Manager