# MINUTES

| | |
|---|---|
| CASE NUMBER: | CV NO. 04-00414SOM-KSC |
| CASE NAME: | William S. Aholelei Vs. State of Hawaii Department of Safety, et al. |
| ATTYS FOR PLA: | William S. Aholelei-Pro Se |
| ATTYS FOR DEFT: | John Cregor |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Kevin S. C. Chang | REPORTER: | None |
| DATE: | 01/03/2008 | TIME: | 9:20am-9:23am |

COURT ACTION:  EP: Further Status Conference-Plaintiff William S. Aholelei-Pro Se participated by Phone.  Court discussed with the Plaintiff if he was able to secure the services of an Attorney.  Plaintiff told the Court that Attorney Eric Seitz would be coming to the prison to confer with him very soon regarding this matter.  Further Status Conference continued to 1/24/2008 @9:15a.m.

Submitted by Leslie L. Sai, Courtroom Manager