# MINUTES

CASE NUMBER: CV04-00414SOM-KSC

CASE NAME: William S. Aholelei v. State of Hawaii Department of Safety, et al.

ATTYS FOR PLA: William Aholelei, Pro Se, by phone

ATTYS FOR DEFT: John Cregor

INTERPRETER:

JUDGE: Kevin S. C. Chang   REPORTER: C5 - no record

DATE: 1/24/2008   TIME: 9:20-9:30am

COURT ACTION: EP: Further Status Conference. Myles Breiner and Gary Singh also present. Mr. Singh informed the court that he will represent plaintiff. Mr. Breiner to determine whether he has any conflicts but will most likely also represent plaintiff. Mr. Singh to file his appearance by 1/31/08. Status Conference set 2/5/08 at 9:00am, Judge Chang.

Submitted by: Shari Afuso, Courtroom Manager