# United States Court of Appeals for the Ninth Circuit
## Record Transmittal Form

Date: June 6, 2006

To:  United States Court of Appeals    Attn: (✓) Civil
     For the Ninth Circuit
     Office of the Clerk                        ( ) Criminal
     95 Seventh Street
     San Francisco, California 94103     ( ) Judge

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 30 2008

at ___ o'clock and ___ min ___ M.
SUE BEITIA, CLERK

From: United States District Court
       300 Ala Moana Blvd. Room C-338
       Honolulu, Hawaii 96813

DC No:         CV 04-00414-SOM         Appeal No:   06-15086

Short Title:   Aholelei vs. Public Safety

| | | |
|---|---|---|
| Clerk's Files in | 2 | volumes (✓) original ( ) certified copy |
| Bulky docs | | volumes (folders)  docket # |
| Reporter's Transcripts | | volumes (✓) original ( ) certified copy  (electronic) |
| Exhibits | | volumes ( ) under seal |
| | | boxes ( ) under seal |

Other:
-certified copy of docket sheet

Acknowledgment: _____      Date: _____

cc:all counsel