MYLES S. BREINER, #4364
Attorney at Law, Inc., ALC
345 Queen Street, Suite 200
Honolulu, Hawaii 96813
Telephone: (808) 526-3426

GARY G. SINGH, #6543
220 South King Street, Sutie 2150
Honolulu, Hawaii 96813
Telephone: (808) 529-0626
Fax: (808) 529-0627
e-mail: ggsingh@hawaii.rr.com

Attorney(s) for Defendant

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 30 2008

at __ o'clock and __ min. __ M.
SUE BEITIA, CLERK

ORIGINAL

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WILLIAM S. AHOLELEI, | D.C. No. CV04-00414-SOM |
| Plaintiff-Appellant, | |
| v. | APPEARANCE OF COUNSEL; |
| DEPARTMENT OF PUBLIC SAFETY, | CERTIFICATE OF SERVICE |
| State of Hawaii: JOHN F. PEYTON; FRANK LOPEZ; EDWIN SHIMODA; CLAYTON FRANK; RANDY ASHER; ERIC TANAKA; GARY KAPLAN; MAY ANDRADE; CINDA SANDIN; ATTORNEY GENERAL OF THE STATE OF HAWAII | |
| Defendants-Appellees. | |

### APPEARANCE OF COUNSEL

Comes Now, MYLES S. BREINER and GARY G. SINGH, Attorney at Law, and hereby enters an appearance as counsel for Defendant, WILLIAM S. AHOLELEI in connection with the instant case as Defendant's present counsel of record herein.

1

Dated: Honolulu, Hawaii, January 29, 2008

                                                 MYLES S. BREINER
                                                 Attorney(s) for Defendant


                                               GARY G. SINGH
                                               Attorney(s) for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WILLIAM S. AHOLELEI, </br></br>       Plaintiff-Appellant,</br></br>vi.</br></br>DEPARTMENT OF PUBLIC SAFETY,</br>State of Hawaii: JOHN F. PEYTON;</br>FRANK LOPEZ; EDWIN SHIMODA;</br>CLAYTON FRANK; RANDY ASHER;</br>ERIC TANAKA; GARY KAPLAN; MAY</br>ANDRADE; CINDA SANDIN;</br>ATTORNEY GENERAL OF THE STATE</br>OF HAWAII</br>       Defendants-Appellees. | D.C. No. CV04-00414-SOM</br></br></br></br></br>CERTIFICATE OF SERVICE |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing document was duly served upon the following party(ies) via **U.S. Mail, postage prepaid**, on January 29, 2008.

> TO: JOHN M. CREGOR, JR.
> DUPUTY ATTORNEY GENERAL
> 425 Queen Street
> Honolulu, Hawaii 96813

Dated: Honolulu, Hawaii, January 29, 2008.

_____
GARY G. SINGH
Attorney(s) for Defendant

3