*1983·KSC*
*cc: PSA*

'GINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAR 18 2008

at ⎯⎯ o'clock and ⎯⎯ min ⎯ M.
SUE BEITIA, CLERK

MYLES S. BREINER    4364
Attorney at Law, Inc., ALC
841 Bishop Street, Suite 2115
Honolulu, Hawaii    96813
Telephone:   (808) 526-3426
Facsimile:    (808) 521-7680

GARY SINGH
220 South King Street, Suite 2150
Honolulu, Hawaii 96813
Telephone: (808) 529-0626
Fax: (808) 529-0627

Attorneys for Plaintiff
WILLIAM S. AHOLEILEI

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WILLIAM S. AHOLEILEI, | ) D.C. No. CV04-00414 SOM – KSC |
| | ) |
| Plaintiff-Appellant, | ) |
| | ) |
| | ) MYLES S. BREINER'S MOTION |
| vs. | ) TO WITHDRAW AS COUNSEL; |
| | ) DECLARATION OF COUNSEL; |
| DEPARTMENT OF PUBLIC SAFETY, | ) CERTIFICATE OF SERVICE |
| State of Hawaii: JOHN F. PEYTON; | ) |
| FRANK LOPEZ; EDWIN SHIMODA; | ) |
| CLAYTON FRANK; RANDY ASHER; | ) |
| ERIC TANAKA; GARY KAPLAN; | ) |
| MAY ANDRADE; CINDA SANDIN; | ) |
| ATTORNEY GENERAL OF THE | ) |
| STATE OF HAWAII, | ) |
| | ) |
| Defendant-Appellees. | ) |
| | ) |

## MYLES S. BREINER'S MOTION TO WITHDRAW AS COUNSEL

Comes Now, MYLES S. BREINER, attorney for Plaintiff ****

Alohelei, hereby moves this Honorable Court for an order allowing him to

withdraw as Counsel for Plaintiff William S. Alohelei in the above-captioned

matter.

This motion is brought pursuant to Rule 7(b) of the *Federal Rules of*

*Civil Procedure*, and is further supported by the Declaration of Counsel attached

hereto, the records and files contained in this case, and further argument and

evidence which should be adduced at the hearing on this motion.

Dated:       Honolulu, Hawaii _____3/18_____, 2008.

_____
MYLES S. BREINER

Attorney for Plaintiff
WILLIAM S. AHOLEILEI