IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WILLIAM S. AHOLEILEI, | ) D.C. No. CV04-00414 SOM |
| Plaintiff-Appellant, | ) |
| vs. | ) DECLARATION OF COUNSEL |
| DEPARTMENT OF PUBLIC SAFETY, State of Hawaii: JOHN F. PEYTON; FRANK LOPEZ; EDWIN SHIMODA; CLAYTON FRANK; RANDY ASHER; ERIC TANAKA; GARY KAPLAN; MAY ANDRADE; CINDA SANDIN; ATTORNEY GENERAL OF THE STATE OF HAWAII, | ) |
| Defendant-Appellees. | ) |

## DECLARATION OF COUNSEL

I, MYLES S. BREINER, declare as follows:

1.   I am one of the attorneys of record for Plaintiff William S. Aholeilei in the above-captioned matter.

2.   Declarant has thoroughly reviewed all pleadings and information in this case, and recently realized that Declarant represented one of the third-party defendants, Stanley Canosa, in unrelated criminal cases in State court. Mr. Canosa is presently a *pro se* litigant in this case.

3.   Since Declarant previously represented Mr. Canosa in his

criminal cases, Declarant was privy to Mr. Canosa's presentence report and other confidential information. Additionally, Declarant represented Mr. Canosa before the Hawaii Paroling Authority.

      4.     Rule 1.7(a) of the *Hawaii Rules of Professional Conduct* states that:

> A lawyer shall not represent a client if the representation of that client will be directly adverse to another client, unless:
> 
>   (1)    the lawyer reasonably believes the representation will not adversely affect the relationship with the other client; and
> 
>   (2)    each client consents after consultation.

Given Declarant's extensive knowledge about Mr. Canosa, including information concerning his prior convictions and personal background, Declarant cannot represent Plaintiff in this action.

      5.     Declarant's ongoing representation of Plaintiff in this action will be in violation of Rule 1.7 of the *Hawaii Rules of Professional Conduct*, and pursuant to Rule 1.16, Declarant must withdraw from this case.

      6.     Since Declarant only recently substituted in as counsel for Plaintiff, Declarant's withdrawal will not have a material adverse affect on Plaintiff's interest.

      7.     Based on the foregoing, Declarant respectfully requests the

Court grant the instant motion, and allow Declarant to withdraw as counsel for Plaintiff Aholeilei.

    I declare under the penalty of perjury that the foregoing is true and correct.

    Executed on _____3/18_____, 2008.

_____
MYLES S. BREINER