IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WILLIAM S. AHOLEILEI,<br><br>Plaintiff-Appellant,<br><br>vs.<br><br>DEPARTMENT OF PUBLIC SAFETY, State of Hawaii: JOHN F. PEYTON; FRANK LOPEZ; EDWIN SHIMODA; CLAYTON FRANK; RANDY ASHER; ERIC TANAKA; GARY KAPLAN; MAY ANDRADE; CINDA SANDIN; ATTORNEY GENERAL OF THE STATE OF HAWAII,<br><br>Defendant-Appellees. | D.C. No. CV04-00414 SOM<br><br>CERTIFICATE OF SERVICE |

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing document was duly served upon the following party(ies) on 18, 2008.

TO: JOHN M. CREGOR, JR.
Deputy Attorney General
Dept. of the Attorney General
425 Queen Street
Honolulu, Hawaii 96813

Dated: Honolulu, Hawaii 3/18, 2008.

MYLES S. BREINER