MARK J. BENNETT          2672
Attorney General of Hawaii

JOHN M. CREGOR, JR.      3521
CARON M. INAGAKI         3835
Deputy Attorneys General
Department of the Attorney
  General, State of Hawaii
425 Queen Street
Honolulu, Hawaii 96813
Telephone: (808) 586-1494
Facsimile:  (808) 586-1369
Email: John.M.Cregor@hawaii.gov

Attorneys for Defendants and
Third-Party Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WILLIAM S. AHOLELEI,<br><br>               Plaintiff,<br><br>      vs.<br><br>STATE OF HAWAII, DEPARTMENT OF PUBLIC SAFETY, JOHN PEYTON, FRANK LOPEZ, EDWIN SHIMODA, CLAYTON FRANK, RANDY ASHER, ERIC TANAKA, GARY KAPLAN, MAY ANDRADE, CINDA SANDIN, STATE OF HAWAII ATTORNEY GENERAL, and DOE DEFENDANTS 1-10,<br><br>               Defendants. | CIVIL NO. 04-00414 SOM-KSC<br><br>**DEFENDANTS AND THIRD-PARTY PLAINTIFFS' STATEMENT OF NO OPPOSITION TO MYLES S. BREINER'S MOTION TO WITHDRAW AS COUNSEL, FILED MARCH 18, 2008; CERTIFICATE OF SERVICE**<br><br><br>HEARING:<br>DATE:      March 27, 2008<br>TIME:      9:30 a.m.<br>The Honorable Kevin S. C. Chang<br><br>Trial: September 23, 2008 |

| | |
|---|---|
| STATE OF HAWAII, DEPARTMENT OF PUBLIC SAFETY, JOHN PEYTON, FRANK LOPEZ, EDWIN SHIMODA, CLAYTON FRANK, RANDY ASHER, ERIC TANAKA, GARY KAPLAN, MAY ANDRADE, CINDA SANDIN, STATE OF HAWAII ATTORNEY GENERAL,<br><br>        Third-Party Plaintiffs,<br><br>vs.<br><br>RICHARD CHARLES ROSARIO, JOHN POOMAIHEALANI, DINO KALEO KAUAI, ALLEN A. TAVARES, JEREMY S. CASTRO, STANLEY L. CANOSA, PAUL MOSE TOGIA,<br><br>        Third-Party Defendants. | |

**DEFENDANTS AND THIRD-PARTY PLAINTIFFS' STATEMENT OF NO OPPOSITION TO MYLES S. BREINER'S MOTION TO WITHDRAW AS COUNSEL, FILED MARCH 18, 2008**

Defendants and Third-Party Plaintiffs STATE OF HAWAII, DEPARTMENT OF PUBLIC SAFETY, JOHN PEYTON, FRANK LOPEZ, EDWIN SHIMODA, CLAYTON FRANK, RANDY ASHER, ERIC TANAKA, GARY KAPLAN, MAY ANDRADE, CINDA SANDIN, and STATE OF HAWAII ATTORNEY GENERAL ("Defendants"), by and through their counsel, Mark J. Bennett, Attorney General of the State of Hawaii, John M. Cregor, Jr. and Caron M. Inagaki, Deputy Attorneys General, pursuant to Local Rule 7.4 of the Local Rules of Practice for the United States District Court for the District of

Hawaii, hereby provide the Court with a statement of no opposition to Myles S. Breiner's Motion to Withdraw as Counsel, filed March 18, 2008

DATED: Honolulu, Hawaii, March 24, 2008.

JOHN M. CREGOR, JR.
Deputy Attorney General

Attorney for Defendants and Third-Party Plaintiffs STATE OF HAWAII, DEPARTMENT OF PUBLIC SAFETY, JOHN PEYTON, FRANK LOPEZ, EDWIN SHIMODA, CLAYTON FRANK, RANDY ASHER, ERIC TANAKA, GARY KAPLAN, MAY ANDRADE, CINDA SANDIN, STATE OF HAWAII ATTORNEY GENERAL