IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WILLIAM S. AHOLELEI,<br><br>Plaintiff,<br><br>vs.<br><br>STATE OF HAWAII, DEPARTMENT OF PUBLIC SAFETY, JOHN PEYTON, FRANK LOPEZ, EDWIN SHIMODA, CLAYTON FRANK, RANDY ASHER, ERIC TANAKA, GARY KAPLAN, MAY ANDRADE, CINDA SANDIN, STATE OF HAWAII ATTORNEY GENERAL, and DOE DEFENDANTS 1-10,<br><br>Defendants. | CIVIL NO. 04-00414 SOM-KSC<br><br>**CERTIFICATE OF SERVICE** |
| STATE OF HAWAII, DEPARTMENT OF PUBLIC SAFETY, JOHN PEYTON, FRANK LOPEZ, EDWIN SHIMODA, CLAYTON FRANK, RANDY ASHER,ERIC TANAKA, GARY KAPLAN, MAY ANDRADE, CINDA SANDIN, STATE OF HAWAII ATTORNEY GENERAL,<br><br>Third-Party Plaintiffs,<br><br>vs.<br><br>RICHARD CHARLES ROSARIO, JOHN POOMAIHEALANI, DINO KALEO KAUAI, ALLEN A. TAVARES, JEREMY S. CASTRO, STANLEY L. CANOSA, PAUL MOSE TOGIA,<br><br>Third-Party Defendants. | |

277451_1.DOC

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing document was served on the following parties at their last-known addresses electronically through CM/ECF, on March 24, 2008 as follows:

| | |
|---|---|
| **Gurmail G. Singh**<br>Central Pacific Plaza<br>220 S King St Ste 2150<br>Honolulu, HI 96813 | *ggsingh@hawaii.rr.com* |
| **Myles S. Breiner**<br>841 Bishop Street<br>Suite 2115<br>Honolulu, HI 96813 | *mbreiner@hawaii.rr.com* |

Attorneys for Plaintiff
WILLIAM S. AHOLELEI

DATED:  Honolulu, Hawaii, March 24, 2008.

_____
JOHN M. CREGOR, JR.
Deputy Attorney General

Attorney for Defendants and Third-Party Plaintiffs STATE OF HAWAII, DEPARTMENT OF PUBLIC SAFETY, JOHN PEYTON, FRANK LOPEZ, EDWIN SHIMODA, CLAYTON FRANK, RANDY ASHER, ERIC TANAKA, GARY KAPLAN, MAY ANDRADE, CINDA SANDIN, STATE OF HAWAII ATTORNEY GENERAL