# MINUTES

| | |
|---|---|
| CASE NUMBER: | CV 04-00414SOM-KSC |
| CASE NAME: | William S. Aholelei v. State Of Hawaii Department Of Safety, Edwin Shimoda, Clayton Frank, et al. |
| ATTYS FOR PLA: | Myles S. Breiner |
| ATTYS FOR DEFT: | Miriam Loui for John Cregor |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Kevin S. C. Chang | REPORTER: | C5, ESR - no operator |
| DATE: | 03/27/2008 | TIME: | 9:35:00am-9:39:13am |

COURT ACTION: EP: Myles S. Breiner's Motion to Withdraw as Counsel [90].

Oral arguments heard.

Myles S. Breiner's Motion to Withdraw as Counsel [90]-GRANTED.

Mr. Breiner to prepare the order.

Submitted by: Theresa Lam, Courtroom Manager