MYLES S. BREINER    4364
Attorney at Law, Inc., ALC
841 Bishop Street, Suite 2115
Honolulu, Hawaii    96813
Telephone:  (808) 526-3426
Facsimile:   (808) 521-7680

GARY SINGH
220 South King Street, Suite 2150
Honolulu, Hawaii 96813
Telephone: (808) 529-0626
Fax: (808) 529-0627

Attorneys for Plaintiff
WILLIAM S. AHOLEILEI

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

APR 02 2008

at /0 o'clock and /0 min. A M.
SUE BEITIA, CLERK

LODGED

MAR 28 2008

CLERK, U.S. DISTRICT COURT
DISTRICT OF HAWAII

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| WILLIAM S. AHOLEILEI, | ) | D.C. No. CV04-00414 SOM |
| | ) | |
| Plaintiff-Appellant, | ) | |
| | ) | |
| vs. | ) | ORDER GRANTING |
| | ) | MYLES S. BREINER'S MOTION |
| DEPARTMENT OF PUBLIC SAFETY, | ) | TO WITHDRAW AS COUNSEL |
| State of Hawaii: JOHN F. PEYTON; | ) | |
| FRANK LOPEZ; EDWIN SHIMODA; | ) | |
| CLAYTON FRANK; RANDY ASHER; | ) | |
| ERIC TANAKA; GARY KAPLAN; | ) | |
| MAY ANDRADE; CINDA SANDIN; | ) | |
| ATTORNEY GENERAL OF THE | ) | |
| STATE OF HAWAII, | ) | |
| | ) | |
| Defendant-Appellees. | ) | |
| | ) | |

<u>ORDER GRANTING MYLES S. BREINER'S</u>
<u>MOTION TO WITHDRAW AS COUNSEL</u>

Myles S. Breiner's Motion to Withdraw As Counsel, having come on

for hearing on Thursday, March 27, 2008 before the Honorable Magistrate Judge

Kevin S.C. Chang, with Myles S. Breiner appearing on behalf of Plaintiff and

Miriam Loui appearing for John Cregor on behalf of Defendants, and the Court

having heard argument from respective counsel and being fully advised in the

premises,

IT IS HEREBY ORDERED that Myles Breiner's Motion to

Withdraw As Counsel is hereby and the same granted.

Dated:      Honolulu, Hawaii ___April 1___, 2008.


_____
MAGISTRATE JUDGE KEVIN S.C. CHANG
Judge of the Above-Entitled Court


Approved as to form:


_____
JOHN CREGOR
Attorney for Defendants


William S. Aholelei v. State of Hawaii, et al.
Civil No. CV04-00414SOM/KSC
ORDER GRANTING MYLES S. BREINER'S MOTION TO WITHDRAW AS COUNSEL