MARK J. BENNETT            2672
Attorney General of Hawaii

CARON M. INAGAKI           3835
JOHN M. CREGOR, JR.        3521
Deputy Attorneys General
Department of the Attorney
  General, State of Hawaii
425 Queen Street
Honolulu, Hawaii 96813
Telephone: (808) 586-1494
Facsimile:  (808) 586-1369
Email: John.M.Cregor@hawaii.gov

Attorneys for Defendants and
Third-Party Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WILLIAM S. AHOLELEI,<br><br>　　　　　　　Plaintiff,<br><br>　vs.<br><br>DEPARTMENT OF PUBLIC SAFETY, STATE OF HAWAII; JOHN F. PEYTON; FRANK LOPEZ, EDWIN SHIMODA; CLAYTON FRANK; RANDY ASHER; ERIC TANAKA; GARY KAPLAN; MAY ANDRADE; CINDA SANDIN; ATTORNEY GENERAL OF THE STATE OF HAWAII,<br><br>　　　　　　　Defendants. | CIVIL NO. 04-00414 SOM-KSC<br><br>DEFENDANTS' MOTION FOR SUMMARY JUDGMENT ON REMAND; MEMORANDUM IN SUPPORT OF MOTION; CERTIFICATE OF SERVICE |

286649_1.DOC

| |
|---|
| STATE OF HAWAI'I, DEPARTMENT OF PUBLIC SAFETY, JOHN PEYTON, FRANK LOPEZ, EDWIN SHIMODA, CLAYTON FRANK, RANDY ASHER, ERIC TANAKA, GARY KAPLAN, MAY ANDRADE, CINDA SANDIN, STATE OF HAWAI'I ATTORNEY GENERAL, <br><br> Third-Party Plaintiffs, <br><br> vs. <br><br> RICHARD CHARLES ROSARIO, JOHN POOMAIHEALANI, DINO KALEO KAUAI, ALLEN A. TAVARES, JEREMY S. CASTRO, STANLEY L. CANOSA, PAUL MOSE TOGIA, <br><br> Third-Party Defendants. |

## DEFENDANTS' MOTION FOR SUMMARY JUDGMENT ON REMAND

Defendants STATE OF HAWAI'I, DEPARTMENT OF PUBLIC SAFETY, JOHN PEYTON, FRANK LOPEZ, EDWIN SHIMODA, CLAYTON FRANK, RANDY ASHER, ERIC TANAKA, GARY KAPLAN, MAY ANDRADE, CINDA SANDIN, and STATE OF HAWAI'I ATTORNEY GENERAL, by and through their attorneys, Mark J. Bennett, Attorney General, and Caron M. Inagaki and John M. Cregor, Jr., Deputy Attorneys General, hereby move this Court for an order granting summary judgment in their favor as to all claims asserted against them in Plaintiff's Prisoner Civil Rights Complaint Pursuant to 42 U.S.C. § 1983,

filed on July 9, 2004, as modified and limited by the remand order of the Ninth Circuit Court of Appeals, dated October 31, 2007.

This motion is made pursuant to Rules 7 and 56(b) of the Federal Rules of Civil Procedure, and is based on the memorandum in support of motion, exhibits and attachments hereto, the records and files herein and the arguments at the hearing of this motion.

DATED: Honolulu, Hawai'i, June 2, 2008.

STATE OF HAWAI'I

MARK J. BENNETT
Attorney General

_____
JOHN M. CREGOR, JR.
Deputy Attorney General

_____
CARON M. INAGAKI
Deputy Attorney General

Attorneys for Defendants and Third-Party Plaintiffs