IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI‘I

| | |
|---|---|
| WILLIAM S. AHOLELEI, <br><br> Plaintiff, <br><br> vs. <br><br> STATE OF HAWAI‘I, DEPARTMENT OF PUBLIC SAFETY, et al., <br><br> Defendants. | CIVIL NO. 04-00414 SOM-KSC <br><br> CERTIFICATE OF SERVICE |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on June 3, 2008, a copy of the foregoing document was served on the following at their last known addresses via U.S. mail, postage prepaid as follows:

>GARY G. SINGH, ESQ.
>Central Pacific Plaza
>220 South King Street
>Suite 2150
>Honolulu, Hawaii 96813
>
>Attorney for Plaintiff
>WILLIAM S. AHOLELEI
>
>STANLEY L. CANOSA
>Halawa Correctional Facility
>99-902 Moanalua Road
>Aiea, Hawaii 96701
>
>Third-Party Defendant *Pro Se*

286649_1.DOC

DATED: Honolulu, Hawaii, June 2, 2008.

_____
JOHN M. CREGOR, JR.
Deputy Attorney General

Attorney for Defendants and Third-Party Plaintiffs