IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI‘I

| | |
|---|---|
| WILLIAM S. AHOLELEI,<br><br>Plaintiff,<br><br>vs.<br><br>STATE OF HAWAI‘I, DEPARTMENT OF PUBLIC SAFETY, JOHN PEYTON, FRANK LOPEZ, EDWIN SHIMODA, CLAYTON FRANK, RANDY ASHER, ERIC TANAKA, GARY KAPLAN, MAY ANDRADE, CINDA SANDIN, STATE OF HAWAI‘I ATTORNEY GENERAL, and DOE DEFENDANTS 1-10,<br><br>Defendants. | CIVIL NO. 04-00414 SOM-KSC<br><br>**CERTIFICATE OF SERVICE** |
| STATE OF HAWAI‘I, DEPARTMENT OF PUBLIC SAFETY, JOHN PEYTON, FRANK LOPEZ, EDWIN SHIMODA, CLAYTON FRANK, RANDY ASHER,ERIC TANAKA, GARY KAPLAN, MAY ANDRADE, CINDA SANDIN, STATE OF HAWAI‘I ATTORNEY GENERAL,<br><br>Third-Party Plaintiffs,<br><br>vs.<br><br>RICHARD CHARLES ROSARIO, JOHN POOMAIHEALANI, DINO KALEO KAUAI, ALLEN A. TAVARES, JEREMY S. CASTRO, STANLEY L. CANOSA, PAUL MOSE TOGIA,<br><br>Third-Party Defendants. | |

287246_1.DOC

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on June 3, 2008, a copy of the foregoing document was served on the following at their last known addresses via U.S. mail, postage prepaid as follows:

> GARY G. SINGH, ESQ.
> Central Pacific Plaza
> 220 South King Street, Suite 2150
> Honolulu, Hawaii 96813
>
> Attorney for Plaintiff
> WILLIAM S. AHOLELEI
>
> STANLEY L. CANOSA
> Halawa Correctional Facility
> 99-902 Moanalua Road
> Aiea, Hawaii 96701
>
> Third-Party Defendant *Pro Se*

DATED: Honolulu, Hawai'i, June 2, 2008.

_____
JOHN M. CREGOR, JR.
Deputy Attorney General
Attorney for Defendants and Third-Party
Plaintiffs STATE OF HAWAI'I,
DEPARTMENT OF PUBLIC SAFETY,
JOHN PEYTON, FRANK LOPEZ, EDWIN
SHIMODA, CLAYTON FRANK, RANDY
ASHER, ERIC TANAKA, GARY
KAPLAN, MAY ANDRADE, CINDA
SANDIN, STATE OF HAWAI'I
ATTORNEY GENERAL