


Stanley L. Canosa
Halawa Correctional Facility
99-902 Moanalua Rd.
Aiea, HI 96701

cv 04- 414 SOM

RECEIVED
CLERK U.S. DISTRICT COURT

JUN 06 2008
3:01pm
DISTRICT OF HAWAII

```
MIME-Version:1.0
From:hid_resp@hid.uscourts.gov
To:hawaii_cmecf@hid.uscourts.gov
Bcc:John.M.Cregor@hawaii.gov, ATG.CRLD.efiling@hawaii.gov, Karen.Takenaka@hawaii.gov,
Marnie.A.Goo@hawaii.gov, ggsingh@hawaii.rr.com, joni_gross@hid.uscourts.gov,
mollway_orders@hid.uscourts.gov, kevin_chang@hid.uscourts.gov, aimee_lum@hid.uscourts.gov,
shari_afuso@hid.uscourts.gov, wilma_arakaki@hid.uscourts.gov
Message-Id:<506410@hid.uscourts.gov>
Subject:Activity in Case 1:04-cv-00414-SOM-KSC Aholelei v. Public Safety, Dept, et al Notice of Hearing on
Motion
Content-Type: text/html
```

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.'

**U.S. District Court**

**District of Hawaii**

### Notice of Electronic Filing

The following transaction was entered on 6/3/2008 at 10:29 AM HST and filed on 6/3/2008
**Case Name:**    Aholelei v. Public Safety, Dept, et al
**Case Number:**   1:04-cv-414
**Filer:**
**Document Number:** 97(No document attached)

**Docket Text:**
NOTICE of Hearing on Motion [95] MOTION for Summary Judgment *on Remand by* :. Motion Hearing set for 7/7/2008 09:45 AM before JUDGE SUSAN OKI MOLLWAY. (tbf, )


**1:04-cv-414 Notice has been electronically mailed to:**

John M. Cregor, Jr   John.M.Cregor@hawaii.gov, ATG.CRLD.efiling@hawaii.gov, Karen.Takenaka@hawaii.gov, Marnie.A.Goo@hawaii.gov

Gurmail G. Singh   ggsingh@hawaii.rr.com

**1:04-cv-414 Notice will not be electronically mailed to:**

Stanley L. Canosa
Halawa Correctional Facility
99-902 Moanalua Rd.
Aiea, HI 96701