GARY SINGH
220 South King Street, Suite 2150
Honolulu, Hawaii 96813
Telephone: (808) 529-0626
Fax: (808) 529-0627

**ORIGINAL**

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUL 02 2008

at __2__ o'clock and __05__ min. P M.
SUE BEITIA, CLERK

Attorneys for Plaintiff
WILLIAM S. AHOLEILEI

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WILLIAM S. AHOLEILEI, | ) D.C. No. CV04-00414 SOM |
| | ) |
| Plaintiff-Appellant, | ) |
| | ) **MOTION FOR WITHDRAWAL** |
| vs. | ) **OF COUNSEL; DECLARATION** |
| | ) **OF COUNSEL; CERTIFICATE** |
| DEPARTMENT OF PUBLIC SAFETY, | ) **OF SERVICE** |
| State of Hawaii; JOHN F. PEYTON; | ) |
| FRANK LOPEZ; EDWIN SHIMODA; | ) |
| CLAYTON FRANK; RANDY ASHER; | ) |
| ERIC TANAKA; GARY KAPLAN; | ) |
| MAY ANDRADE; CINDA SANDIN;, | ) **Hearing Date:** |
| ATTORNEY GENERAL OF THE | ) Date: |
| STATE OF HAWAII, | ) Time: |
| | ) Judge: |
| Defendants-Appellees. | ) |
| | ) |
| _____ | ) |

## MOTION FOR WITHDRAWAL OF COUNSEL

Comes Now, GARY G. SINGH, attorney for Plaintiff-Appellant

Alohelei, hereby moves this Honorable Court for an order allowing him to

1

withdraw as Counsel for Plaintiff William S. Alohelei in the above-captioned

matter.

      This motion is brought pursuant to Rule 7(b) of the *Federal Rules of*

*Civil Procedure*, and is further supported by the Declaration of Counsel attached

hereto, the records and files contained in this case, and further argument and

evidence which should be adduced at the hearing on this motion.

      Dated:     Honolulu, Hawaii July 2nd, 2008.


_____

GARY G. SINGH

Attorney for Plaintiff-Appellant
WILLIAM S. AHOLEILEI