IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WILLIAM S. AHOLEILEI, | ) D.C. No. CV04-00414 SOM |
| | ) |
| Plaintiff-Appellant, | ) |
| | ) **DECLARATION OF COUNSEL** |
| vs. | ) |
| | ) |
| DEPARTMENT OF PUBLIC SAFETY, State of Hawaii; JOHN F. PEYTON; FRANK LOPEZ; EDWIN SHIMODA; CLAYTON FRANK; RANDY ASHER; ERIC TANAKA; GARY KAPLAN; MAY ANDRADE; CINDA SANDIN;, ATTORNEY GENERAL OF THE STATE OF HAWAII, | ) ) ) ) ) ) ) |
| | ) |
| Defendants-Appellees. | ) |
| | ) |

DECLARATION OF COUNSEL

I, GARY G. SINGH, declare as follows:

1. I am the attorney of record for Plaintiff William S. Aholeilei in the above-captioned matter.

2. I represent Plaintiff Aholeilei in an immigration matter.

3. When I was first retained by Plaintiff Aholeilei in this case, it was conditioned upon me co-counseling with Myles S. Breiner who is experienced in this area of law.

3

4. Mr. Breiner did appear as co-counsel with me but later learned that because he represented one of the third-party defendants, Stanley Canosa, in unrelated criminal cases in State court, a conflict of interest existed. Mr. Breiner withdrew as counsel pursuant to an order permitting him to do so.

5. Rule 1.1 of the *Hawaii Rules of Professional Conduct* states that:

> A lawyer shall provide competent representation to a client. Competent representation requires the legal knowledge, skill, thoroughness, and preparation reasonably necessary for the representation.

6. I do not believe that I am able to provide Plaintiff Aholeilei with the representation required by the rule without the assistance of co-counsel.

7. I have been unable to secure co-counsel for Plaintiff Aholeilei in this matter, and I therefore cannot represent Plaintiff Aholeilei in this matter.

8. My ongoing representation of Plaintiff Aholeilei in this action will be in violation of Rule 1.1 of the *Hawaii Rules of Professional Conduct*, and pursuant to Rule 1.16, I must withdraw from this case.

9. Since I have been retained for only a short while as counsel for Plaintiff Aholeilei, my withdrawal will not have a material adverse affect on Plaintiff=s interest. There are many attorneys experienced in this area of law in which Plaintiff Aholeilei may retain.

10.  Based on the foregoing, I respectfully request the Court grant the instant motion, and allow me to withdraw as counsel for Plaintiff Aholeilei.

I declare, verify, certify, and state under penalty of perjury that the foregoing is true and correct and that this declaration was executed on July 2, 2008, at Honolulu, Hawaii.

Dated: Honolulu, Hawaii, July 2, 2008.

_____
GARY G. SINGH