IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WILLIAM S. AHOLEILEI, | ) D.C. No. CV04-00414 SOM |
| | ) |
| Plaintiff-Appellant, | ) |
| | ) **CERTIFICATE OF SERVICE** |
| vs. | ) |
| | ) |
| DEPARTMENT OF PUBLIC SAFETY, State of Hawaii; JOHN F. PEYTON; FRANK LOPEZ; EDWIN SHIMODA; CLAYTON FRANK; RANDY ASHER; ERIC TANAKA; GARY KAPLAN; MAY ANDRADE; CINDA SANDIN;, ATTORNEY GENERAL OF THE STATE OF HAWAII, | ) |
| | ) |
| Defendants-Appellees. | ) |

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing document was duly served upon the following party(ies) on July 2, 2008.

TO:   JOHN M. CREGOR, JR.
      Deputy Attorney General
      Dept. of the Attorney General
      425 Queen Street
      Honolulu, Hawaii 96813

Dated:      Honolulu, Hawaii July 2, 2008.

_____
Gary G. Singh

Attorney for Plaintiff-Appellant
WILLIAM S. AHOLEILEI