# MINUTES

CASE NUMBER:     CV 04-00414SOM-KSC

CASE NAME:       William S. Aholelei vs. State of HI Dept of Safety, et al.

ATTYS FOR PLA:   Gary Singh

ATTYS FOR DEFT:  John Cregor

INTERPRETER:

JUDGE:   Susan Oki Mollway        REPORTER:   Debra Chun

DATE:    7/7/2008                 TIME:       9:45 - 10:00

COURT ACTION: EP: Defendants' Motion for Summary Judgment on Remand [95]; Motion for Withdrawal of Counsel [99] -

Discussion held re: motion for withdrawal of counsel - Mr. Singh to contact several attorneys to see if anyone is willing to take over this case.

If new counsel will represent Mr. Aholelei, Mr. Singh to file a withdrawal and substitution of counsel, and a withdrawal of the motion for withdrawal of counsel.

Motion for Withdrawal of Counsel continued to 7/22/08 @ 2:15 p.m.

Defendants' Motion for Summary Judgment on Remand is continued to 9/15/08 @ 9:00 a.m.

Jury Selection/Trial set for 9/24/08 @ 9:00 a.m. SOM is continued to 11/18/08 @ 9:00 a.m. SOM.

A new scheduling order will be mailed to counsel.

New dates given:

Jury trial on November 18, 2008 at 9:00 a.m. before SOM
1.   Final Pretrial Conference on October 7, 2008 at 9:00 a.m. before KSC
2.   Final Pretrial Conference before District Judge N/A
3.   Final Pretrial Statement by September 30, 2008
4.   File motions to Join/Add Parties/Amend Pleadings by N/A
5.   File other Non-Dispositive Motions by N/A
6.   File Dispositive Motions by N/A
8a.  File Motions in Limine by October 28, 2008
8b.  File opposition memo to a Motion in Limine by November 4, 2008
11a. Plaintiff's Expert Witness Disclosures by N/A
11b. Defendant's Expert Witness Disclosures by N/A
12.  Discovery deadline September 19, 2008
13.  Settlement Conference set for at 7/30/08 @ 11:00 a.m. before KSC
14.  Settlement Conference statements by 7/23/08
20.  Submit Voir Dire Questions, Special Verdict Form, Concise Statement of Case and Jury Instructions by November 4, 2008
21.  File Final witness list by October 28, 2008
24.  Exchange Exhibit and Demonstrative aids by October 21, 2008
25.  Stipulations re: Authenticity/Admissibility of Proposed Exhibits by October 28, 2008
26.  File objections to the Exhibits by November 4, 2008
28a. File Deposition Excerpt Designations by October 28, 2008
28b. File Deposition Counter Designations and Objections by November 4, 2008
29.  File Trial Brief by November 4, 2008
30.  File Findings of Fact & Conclusions of Law by N/A

Other Matters:

Submitted by: Toni Fujinaga, Courtroom Manager.

CV 06-00176SOM-LEK;
Christopher Bartolome vs. C&C of Honolulu Police Department, et al.;
Rule 16 Scheduling Conference Minutes
7/7/2008