CV 04-414 SOM KSC

UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
300 ALA MOANA BLVD., C-338
HONOLULU, HAWAII 96850 • 0338

CLERK

OFFICIAL BUSINESS

Stanley L. Canosa
Halawa Correctional Facility
99-902 Moanalua Rd.
Aiea, HI 96701

RECEIVED
CLERK U.S. DISTRICT COURT
JUL 10 2008
DISTRICT OF HAWAII

PAROLED

Return to Sender



PRESORTED
FIRST CLASS

02 1R
0004243009
$ 00.394
MAILED FROM ZIP CODE 96817
JUL 02 2008

NIXIE    968    DC 1    00    07/09/08
    RETURN TO SENDER
    NOT DELIVERABLE AS ADDRESSED
    UNABLE TO FORWARD
BC: 96850497199    *2272-07623-09-10

Stanley L. Canosa
Halawa Correctional Facility
99-902 Moanalua Rd.
Aiea, HI 96701

**Notices**

1:04-cv-00414-SOM-KSC Aholelei v. Public Safety, Dept, et al

CORRESPONDENCE

## U.S. District Court

### District of Hawaii

**Notice of Electronic Filing**

The following transaction was entered on 7/2/2008 at 4:13 PM HST and filed on 7/2/2008
**Case Name:** Aholelei v. Public Safety, Dept, et al
**Case Number:** 1:04-cv-414
**Filer:**
**Document Number:** 100(No document attached)

**Docket Text:**
**NOTICE of Hearing on Motion [99] MOTION to Withdraw as Attorney :. Motion Hearing set for 7/7/2008 09:45 AM before JUDGE SUSAN OKI MOLLWAY. (tbf, )**

**1:04-cv-414 Notice has been electronically mailed to:**

John M. Cregor, Jr   John.M.Cregor@hawaii.gov, ATG.CRLD.efiling@hawaii.gov, Karen.Takenaka@hawaii.gov, Marnie.A.Goo@hawaii.gov

Gurmail G. Singh   ggsingh@hawaii.rr.com

**1:04-cv-414 Notice will not be electronically mailed to:**

Stanley L. Canosa
Halawa Correctional Facility
99-902 Moanalua Rd.
Aiea, HI 96701