

Stanley L. Canosa
Halawa Correctional Facility
99-902 Moanalua Rd.
Aiea, HI 96701

**RECEIVED**
CLERK U.S. DISTRICT COURT

JUL 14 2008
11:15 am
DISTRICT OF HAWAII

CV 04-414 SOM-KSC

## Minute Entries

1:04-cv-00414-SOM-KSC Aholelei v. Public Safety, Dept, et al

**U.S. District Court**

**District of Hawaii**

### Notice of Electronic Filing

The following transaction was entered on 7/8/2008 at 11:25 AM HST and filed on 7/8/2008
**Case Name:**     Aholelei v. Public Safety, Dept, et al
**Case Number:**   1:04-cv-414
**Filer:**
**Document Number:** 101

**Docket Text:**
EP: Defendants Motion for Summary Judgment on Remand [95]; Motion for Withdrawal of Counsel [99] -Discussion held re: motion for withdrawal of counsel - Mr. Singh to contact several attorneys to see if anyone is willing to take over this case.If new counsel will represent Mr. Aholelei, Mr. Singh to file a withdrawal and substitution of counsel, and a withdrawal of the motion for withdrawal of counsel.Motion for Withdrawal of Counsel continued to 7/22/08 @ 2:15 p.m.Defendants Motion for Summary Judgment on Remand is continued to 9/15/08 @ 9:00 a.m.Jury Selection/Trial set for 9/24/08 @ 9:00 a.m. SOM is continued to 11/18/08 @ 9:00 a.m. SOM.A new scheduling order will be mailed to counsel.New dates given:Jury trial on November 18, 2008 at 9:00 a.m. before SOM1.Final Pretrial Conference on October 7, 2008 at 9:00 a.m. before KSC2.Final Pretrial Conference before District Judge N/A3.Final Pretrial Statement by September 30, 20084.File motions to Join/Add Parties/Amend Pleadings by N/A5.File other Non-Dispositive Motions by N/A6.File Dispositive Motions by N/A8a.File Motions in Limine by October 28, 20088b.File opposition memo to a Motion in Limine by November 4, 200811a.Plaintiffs Expert Witness Disclosures by N/A11b.Defendants Expert Witness Disclosures by N/A12.Discovery deadline September 19, 200813.Settlement Conference set for at 7/30/08 @ 11:00 a.m. before KSC14.Settlement Conference statements by 7/23/0820.Submit Voir Dire Questions, Special Verdict Form, Concise Statement of Case and Jury Instructions by November 4, 200821.File Final witness list by October 28, 200824.Exchange Exhibit and Demonstrative aids by October 21, 200825.Stipulations re: Authenticity/Admissibility of Proposed Exhibits by October 28, 200826.File objections to the Exhibits by November 4, 200828a.File Deposition Excerpt Designations by October 28, 200828b.File Deposition Counter Designations and Objections by November 4, 200829.File Trial Brief by November 4, 200830.File Findings of Fact & Conclusions of Law by N/AOther Matters: [99] MOTION to Withdraw as Attorney, Rule 16 Scheduling Conference held on 7/8/2008. Motion Hearing set for 7/22/2008 02:15 PM before JUDGE SUSAN OKI MOLLWAY. Jury Selection/Trial set for 09:00 AM on 11/18/2008 before JUDGE SUSAN OKI MOLLWAY. Final Pretrial Conference set for 10/7/2008 09:00 AM before JUDGE KEVIN S.C. CHANG. Settlement Conference set for 7/30/2008 11:00 AM before JUDGE KEVIN S.C. CHANG. Discovery due by 9/19/2008. (Court Reporter Debra Chun.) (JUDGE SUSAN OKI MOLLWAY)(tbf, )

**CERTIFICATE OF SERVICE**
Participants registered to receive electronic notifications received this document electronically at the e-mail address listed on the Notice of Electronic Filing (NEF). Participants not registered to receive electronic notifications were served by first class mail on the date of this docket entry.

**1:04-cv-414 Notice has been electronically mailed to:**

John M. Cregor, Jr  John.M.Cregor@hawaii.gov, ATG.CRLD.efiling@hawaii.gov, Karen.Takenaka@hawaii.gov, Marnie.A.Goo@hawaii.gov

Gurmail G. Singh  ggsingh@hawaii.rr.com

**1:04-cv-414 Notice will not be electronically mailed to:**

Stanley L. Canosa
Halawa Correctional Facility
99-902 Moanalua Rd.
Aiea, HI 96701

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1095854936 [Date=7/8/2008] [FileNumber=525468-0]
[b4ba1551fe323e53336648c84c13f0dd38681bd7181c8fdca157657facae041389d1f
96f69681611fa7635670ba9b8e6be9cd3d62630966d2c02b3947e27aa77]]

# MINUTES

CASE NUMBER:      CV 04-00414SOM-KSC

CASE NAME:        William S. Aholelei vs. State of HI Dept of Safety, et al.

ATTYS FOR PLA:    Gary Singh

ATTYS FOR DEFT:   John Cregor

INTERPRETER:

---

JUDGE:    Susan Oki Mollway        REPORTER:   Debra Chun

DATE:     7/7/2008                 TIME:       9:45 - 10:00

---

COURT ACTION: EP: Defendants' Motion for Summary Judgment on Remand [95]; Motion for Withdrawal of Counsel [99] -

Discussion held re: motion for withdrawal of counsel - Mr. Singh to contact several attorneys to see if anyone is willing to take over this case.

If new counsel will represent Mr. Aholelei, Mr. Singh to file a withdrawal and substitution of counsel, and a withdrawal of the motion for withdrawal of counsel.

Motion for Withdrawal of Counsel continued to 7/22/08 @ 2:15 p.m.

Defendants' Motion for Summary Judgment on Remand is continued to 9/15/08 @ 9:00 a.m.

Jury Selection/Trial set for 9/24/08 @ 9:00 a.m. SOM is continued to 11/18/08 @ 9:00 a.m. SOM.

A new scheduling order will be mailed to counsel.

New dates given:

Jury trial on November 18, 2008 at 9:00 a.m. before SOM
1. Final Pretrial Conference on October 7, 2008 at 9:00 a.m. before KSC
2. Final Pretrial Conference before District Judge N/A
3. Final Pretrial Statement by September 30, 2008
4. File motions to Join/Add Parties/Amend Pleadings by N/A
5. File other Non-Dispositive Motions by N/A
6. File Dispositive Motions by N/A
8a. File Motions in Limine by October 28, 2008
8b. File opposition memo to a Motion in Limine by November 4, 2008
11a. Plaintiff's Expert Witness Disclosures by N/A
11b. Defendant's Expert Witness Disclosures by N/A
12. Discovery deadline September 19, 2008
13. Settlement Conference set for at 7/30/08 @ 11:00 a.m. before KSC
14. Settlement Conference statements by 7/23/08
20. Submit Voir Dire Questions, Special Verdict Form, Concise Statement of Case and Jury Instructions by November 4, 2008
21. File Final witness list by October 28, 2008
24. Exchange Exhibit and Demonstrative aids by October 21, 2008
25. Stipulations re: Authenticity/Admissibility of Proposed Exhibits by October 28, 2008
26. File objections to the Exhibits by November 4, 2008
28a. File Deposition Excerpt Designations by October 28, 2008
28b. File Deposition Counter Designations and Objections by November 4, 2008
29. File Trial Brief by November 4, 2008
30. File Findings of Fact & Conclusions of Law by N/A

Other Matters:

CV 06-00176SOM-LEK;
Christopher Bartolome vs. C&C of Honolulu Police Department, et al.;
Rule 16 Scheduling Conference Minutes
7/7/2008