UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
300 ALA MOANA BLVD., C-338
HONOLULU, HAWAII 96850 • 0338
CLERK

OFFICIAL BUSINESS

Stanley Canosa
Halawa Correctional Facility
99-902 Moanalua Rd.
Aiea, HI 96701

CV 04-00414-SOM-KSC

RETURN TO SENDER
( ) Contents Not Authorized
( ) Subject Paroled
( ) Not Approved Correspondent
(✓) Not Here
( ) Other

NIXIE    968    DC 1    30    07/21/08
RETURN TO SENDER
ATTEMPTED - NOT KNOWN
UNABLE TO FORWARD

BC: 96850497199
*2272-02012-21-21

DISTRICT OF HAWAII
JUL 23 2008
RECEIVED CLERK US DISTRICT COURT

PRESORTED FIRST CLASS

02 1M
0004243039
MAILED FROM ZIP CODE 96817
$00.89⁹
JUL 16 2008
PITNEY BOWES

Stanley L. Canosa
Halawa Correctional Facility
99-902 Moanalua Rd.
Aiea, HI 96701

CV 04-00414 SOM-KSC

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| WILLIAM S. AHOLELEI, | ) | CV. NO. 04-00414 SOM-KSC |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| STATE OF HAWAII, DEPARTMENT OF PUBLIC SAFETY, et al., | ) ) ) | |
| | ) | |
| Defendants. | ) | |

**SECOND AMENDED RULE 16 SCHEDULING ORDER**

Pursuant to Fed. R. Civ. P. 16(e) and LR 16.3, the Court enters this amended scheduling conference order:

**TRIAL AND PRETRIAL CONFERENCE SCHEDULING:**

**1.    JURY** trial in this matter will commence before the Honorable Susan Oki Mollway, United States District Judge on November 18, 2008, at 9:00 a.m.

**2.**    A final pretrial conference shall be held on October 7, 2008, at 9:00 a.m. before the Honorable Kevin S. C. Chang, United States Magistrate Judge.

**3.**    (RESERVED)

4. Pursuant to LR 16.6, each party herein shall serve and file a separate final pretrial statement by September 30, 2008.

**MOTIONS:**

5. All motions to join additional parties or to amend the pleadings shall be filed by N/A.

6. Other non-dispositive motions, except for motions in limine and discovery motions, shall be filed by N/A.

7. Dispositive motions shall be filed by N/A.

8. Motions in limine shall be filed by October 28, 2008. Any opposition memorandum to a motion in limine shall be filed by November 4, 2008.

**DISCOVERY:**

9. Unless and until otherwise ordered by the Court, the parties shall follow the discovery plan agreed to by the parties herein pursuant to Fed. R. Civ. P. 26(f).

10. (RESERVED)

11. Pursuant to Fed. R. Civ. P. 26(a)(2), each party shall disclose to each other party the identity and written report of any person who may be used at trial to present expert evidence under Rules 702, 703, or 705 of the Federal Rules of Evidence. The disclosures pursuant to this paragraph shall be according to the following schedule:

    a. Plaintiff shall comply by N/A.

    b. Defendants shall comply by N/A.

Disclosure of the identity and written report of any person who may be called solely to contradict or rebut the evidence of a witness identified by another party pursuant to subparagraphs a and b hereinabove shall occur within thirty (30) days after the disclosure by the other party.

12. Pursuant to Fed. R. Civ. P. 16(b)(3) and LR 16.2(a)(6), the discovery deadline shall be September 19, 2008. Unless otherwise permitted by the Court, all discovery pursuant to Federal Rules of Civil Procedure,

Rules 26 through 37 inclusive must be completed by the discovery deadline. Unless otherwise permitted by the Court, all discovery motions and conferences made or requested pursuant to Federal Rules of Civil Procedure, Rules 26 through 37 inclusive of LR 26.1, 26.2 37.1 shall be heard no later than thirty (30) days prior to the discovery deadline.

**SETTLEMENT:**

**13.** A settlement conference shall be held on July 30, 2008, at 11:00 a.m. before the Honorable Kevin S. C. Chang, United States Magistrate Judge.

**14.** Each party shall deliver to the presiding Magistrate Judge a confidential settlement conference statement by July 23, 2008. The parties are directed to LR 16.5(b) for the requirements of the confidential settlement conference statement.

15. The parties shall exchange written settlement offers and meet and confer to discuss settlement before the date on which settlement conference statements are due.

**TRIAL SUBMISSIONS:**

    **JURY ISSUES:**

16. The parties shall prepare in writing and submit to the Court any special voir dire inquiries they wish the judge to ask the jury panel.

17. The parties shall confer in advance of trial for the purpose of preparing an agreed upon special verdict form, if a special verdict form is to be requested. The agreed upon special verdict form shall be submitted to the Court. In the event of disagreement, the parties shall submit all proposed special verdict forms to the Court.

18. The parties shall confer in advance of trial for the purpose of preparing an agreed upon concise statement of the case that may be read by the trial judge to the jury during voir dire. The agreed upon concise statement of the case shall be submitted to the Court. In the event of disagreement, the parties shall submit all proposed concise statements of the case to the Court.

19. Jury instructions shall be prepared in accordance with LR 51.1 and submitted to the Court.

20. All submissions to the Court required by paragraphs 16, 17, 18 and 19 shall be made by November 4, 2008.

**WITNESSES:**

21. By October 28, 2008, each party shall serve and file a final comprehensive witness list indicating the identity of each witness that the party will call at trial and describing concisely the substance of the testimony to be given and the estimated time required for the testimony of the witness on direct examination.

22. The parties shall make arrangements to schedule the attendance of witnesses at trial so that the case can proceed with all due expedition and without any unnecessary delay.

23. The party presenting evidence at trial shall give notice to the other party the day before of the names of the witnesses who will be called to testify the next day and the order in which the witnesses will be called.

**EXHIBITS:**

**24.** By October 21, 2008, the parties shall premark for identification all exhibits and shall exchange or, when appropriate, make available for inspection all exhibits to be offered, other than for impeachment or rebuttal, and all demonstrative aids to be used at trial.

**25.** The parties shall meet and confer regarding possible stipulations to the authenticity and admissibility of proposed exhibits by October 28, 2008.

**26.** By November 4, 2008, the parties shall file any objections to the admissibility of exhibits. Copies of any exhibits to which objections are made shall be attached to the objections.

27. The original set of exhibits and two copies (all in binders) and a list of all exhibits shall be submitted to the Court the Thursday before trial.

**DEPOSITIONS:**

**28 a.** By October 28, 2008, the parties shall serve and file statements designating excerpts from depositions (specifying the witness and page and line

7

referred to) to be used at trial other than for impeachment or rebuttal.

   b.   Statements counter-designating other portions of depositions or any objections to the use of depositions shall be served and filed by November 4, 2008.

**TRIAL BRIEFS:**

29.   By November 4, 2008, each party shall serve and file a trial brief on all significant disputed issues of law, including foreseeable procedural and evidentiary issues, setting forth briefly the party's position and the supporting arguments and authorities.

30.   (RESERVED)

**OTHER MATTERS:**

   IT IS SO ORDERED.

   DATED: Honolulu, Hawaii, July 16, 2008.



  Kevin S.C. Chang
  United States Magistrate Judge

# Other Orders/Judgments

1:04-cv-00414-SOM-KSC Aholelei v. Public Safety, Dept, et al

U.S. District Court

District of Hawaii

## Notice of Electronic Filing

The following transaction was entered on 7/16/2008 at 9:25 AM HST and filed on 7/16/2008
**Case Name:** Aholelei v. Public Safety, Dept, et al
**Case Number:** 1:04-cv-414
**Filer:**
**Document Number:** 105

**Docket Text:**
**SECOND AMENDED RULE 16 SCHEDULING ORDER - Signed by JUDGE KEVIN S.C. CHANG on 7/16/08. (emt, )**

**1:04-cv-414 Notice has been electronically mailed to:**

John M. Cregor, Jr   John.M.Cregor@hawaii.gov, ATG.CRLD.efiling@hawaii.gov, Karen.Takenaka@hawaii.gov, Marnie.A.Goo@hawaii.gov

Gurmail G. Singh   ggsingh@hawaii.rr.com

**1:04-cv-414 Notice will not be electronically mailed to:**

Stanley L. Canosa
Halawa Correctional Facility
99-902 Moanalua Rd.
Aiea, HI 96701

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1095854936 [Date=7/16/2008] [FileNumber=529967-0]
[2db591ecd5a648c3c75d73af3c0093e487dabc44d6ab7f82e21a2bbd40eba1a3b31b
6d252b36277398592e1406bcf122d7eb81b447f2ddb7bfb397d375aa612c]]