# Minute Entries

1:04-cv-00414-SOM-KSC Aholelei v. Public Safety, Dept, et al

**U.S. District Court**

**District of Hawaii**

RECEIVED
CLERK U.S. DISTRICT COURT

JUL 21 2008

DISTRICT OF HAWAII

## Notice of Electronic Filing

The following transaction was entered on 7/11/2008 at 10:47 AM HST and filed on 7/11/2008
**Case Name:**      Aholelei v. Public Safety, Dept, et al
**Case Number:**   1:04-cv-414
**Filer:**
**Document Number:** 102(No document attached)

**Docket Text:**
**EO: Final Pretrial Conference set 10/7/08 has been continued to 10/9/2008 09:00 AM before JUDGE KEVIN S.C. CHANG. (JUDGE KEVIN S.C. CHANG)(sna, )**

---

CERTIFICATE OF SERVICE
Participants registered to receive electronic notifications received this document electronically at the e-mail address listed on the Notice of Electronic Filing (NEF).
Participants not registered to receive electronic notifications were served by first class mail on the date of this docket entry.

**1:04-cv-414 Notice has been electronically mailed to:**

John M. Cregor, Jr  John.M.Cregor@hawaii.gov, ATG.CRLD.efiling@hawaii.gov, Karen.Takenaka@hawaii.gov, Marnie.A.Goo@hawaii.gov

Gurmail G. Singh  ggsingh@hawaii.rr.com

**1:04-cv-414 Notice will not be electronically mailed to:**

Stanley L. Canosa
Halawa Correctional Facility
99-902 Moanalua Rd.
Aiea, HI 96701

