UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
300 ALA MOANA BLVD., C-338
HONOLULU, HAWAII 96850 - 0338

CLERK

OFFICIAL BUSINESS

Stanley L. Canosa
Halawa Correctional Facility
99-902 Moanalua Rd.
Aiea, HI 96701

N/CHRS

**RECEIVED**
CLERK U.S. DISTRICT COURT

JUL 28 2008

DISTRICT OF HAWAII

PRESORTED
FIRST CLASS

NIXIE    968    DC 1    00    07/25/08

RETURN TO SENDER
( ) Contents Not Authorized
( ) Subject Paroled

RETURN TO SENDER
ATTEMPTED - NOT KNOWN
UNABLE TO FORWARD

BC: 968504971998    *2272-09943-26-10

Stanley L. Canosa
Halawa Correctional Facility
99-902 Moanalua Rd.
Aiea, HI 96701

# Minute Entries

1:04-cv-00414-SOM-KSC Aholelei v. Public Safety, Dept, et al

## U.S. District Court

## District of Hawaii

## Notice of Electronic Filing

The following transaction was entered on 7/22/2008 at 11:35 AM HST and filed on 7/22/2008
**Case Name:**         Aholelei v. Public Safety, Dept, et al
**Case Number:**       1:04-cv-414
**Filer:**
**Document Number:** 106(No document attached)

**Docket Text:**
**EO: [99] MOTION to Withdraw as Attorney. Motion Hearing set for 7/22/08 @ 2:15 p.m. is continued to 8/25/2008 09:45 AM before JUDGE SUSAN OKI MOLLWAY. Parties notified. (JUDGE SUSAN OKI MOLLWAY)(tbf, )**

CERTIFICATE OF SERVICE
Participants registered to receive electronic notifications received this document electronically at the e-mail address listed on the Notice of Electronic Filing (NEF). Participants not registered to receive electronic notifications were served by first class mail on the date of this docket entry.

**1:04-cv-414 Notice has been electronically mailed to:**

John M. Cregor, Jr John.M.Cregor@hawaii.gov, ATG.CRLD.efiling@hawaii.gov, Karen.Takenaka@hawaii.gov, Marnie.A.Goo@hawaii.gov

Gurmail G. Singh ggsingh@hawaii.rr.com

**1:04-cv-414 Notice will not be electronically mailed to:**

Stanley L. Canosa
Halawa Correctional Facility
99-902 Moanalua Rd.
Aiea, HI 96701