# MINUTES

CASE NUMBER: CV04-00414SOM-KSC

CASE NAME: William S. Aholelei v. State of Hawaii Department of Safety, et al.

ATTYS FOR PLA: Gary Singh

ATTYS FOR DEFT: John Cregor

INTERPRETER:

JUDGE: Kevin S. C. Chang     REPORTER: In Chambers - no record

DATE: 7/30/2008     TIME: 9:00-9:10am

COURT ACTION: EP: Settlement Conference. Settlement Conference held. Further Settlement Conference set 8/4/08, 8:55am, Judge Chang.

Submitted by: Shari Afuso, Courtroom Manager