# MINUTES

| | |
|---|---|
| CASE NUMBER: | CV04-00414SOM-KSC |
| CASE NAME: | William S. Aholelei v. State of Hawaii Department of Safety, et al. |
| ATTYS FOR PLA: | Gary Singh |
| ATTYS FOR DEFT: | John Cregor, by phone |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Kevin S. C. Chang | REPORTER: | FTR C5 |
| DATE: | 7/31/2008 | TIME: | 9:08-9:11am |

COURT ACTION:  EP: Settlement on the Record.  Case settled.  Terms stated.

Based upon representations by counsel, the court finds that the essential terms of a valid and binding settlement agreement have been stated.  The deadline for filing of the Dismissal is 8/29/08.  If the Dismissal is not filed by then, the Court will enter an Order of Dismissal retaining jurisdiction to enforce the terms of the settlement.

The following dates are hereby vacated:
8/4/08, 8:55am, Further Settlement Conference, Judge Chang
8/25/08, 9:45am, Motion for Withdrawal of Counsel, Judge Mollway
9/15/08, 9:00am, Motion for Summary Judgment, Judge Mollway
10/9/08, 9:00am, Final Pretrial Conference, Judge Chang
11/18/08, 9:00am, Jury Trial, Judge Mollway

Submitted by: Shari Afuso, Courtroom Manager