MARK J. BENNETT          2672
Attorney General of Hawaii

CARON M. INAGAKI         3835
JOHN M. CREGOR, JR.       3521
Deputy Attorneys General
Department of the Attorney
  General, State of Hawaii
425 Queen Street
Honolulu, Hawaii 96813
Telephone:  (808) 586-1494
Facsimile:   (808) 586-1369
Email: John.M.Cregor@hawaii.gov

Attorneys for Defendants and
Third-Party Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WILLIAM S. AHOLELEI,<br><br>Plaintiff,<br><br>vs.<br><br>DEPARTMENT OF PUBLIC SAFETY, STATE OF HAWAII; JOHN F. PEYTON; FRANK LOPEZ, EDWIN SHIMODA; CLAYTON FRANK; RANDY ASHER; ERIC TANAKA; GARY KAPLAN; MAY ANDRADE; CINDA SANDIN; ATTORNEY GENERAL OF THE STATE OF HAWAII,<br><br>Defendants. | CIVIL NO. 04-00414 SOM-KSC<br><br>THIRD PARTY PLAINTIFFS' MOTION TO DISMISS THIRD-PARTY COMPLAINT FILED SEPTEMBER 23, 2005; MEMORANDUM IN SUPPORT OF MOTION; CERTIFICATE OF SERVICE |

296719_1.DOC

STATE OF HAWAII, DEPARTMENT
OF PUBLIC SAFETY, JOHN PEYTON,
FRANK LOPEZ, EDWIN SHIMODA,
CLAYTON FRANK, RANDY ASHER,
ERIC TANAKA, GARY KAPLAN,
MAY ANDRADE, CINDA SANDIN,
STATE OF HAWAII ATTORNEY
GENERAL,

   Third-Party Plaintiffs,

 vs.

RICHARD CHARLES ROSARIO, JOHN
POOMAIHEALANI, DINO KALEO
KAUAI, ALLEN A. TAVARES,
JEREMY S. CASTRO, STANLEY L.
CANOSA, PAUL MOSE TOGIA,

   Third-Party Defendants.

## THIRD PARTY PLAINTIFFS' MOTION TO DISMISS THIRD-PARTY COMPLAINT FILED SEPTEMBER 23, 2005

Third-Party Plaintiffs STATE OF HAWAII, DEPARTMENT OF PUBLIC

SAFETY, JOHN PEYTON, FRANK LOPEZ, EDWIN SHIMODA, CLAYTON

FRANK, RANDY ASHER, ERIC TANAKA, GARY KAPLAN, MAY

ANDRADE, CINDA SANDIN, and STATE OF HAWAII ATTORNEY

GENERAL, by and through their attorneys, Mark J. Bennett, Attorney General,

and Caron M. Inagaki and John M. Cregor, Jr., Deputy Attorneys General, and

hereby moves this Court to dismiss their Third-Party Complaint filed on September

23, 2005.

This motion is based upon Rules 7 and 12 of the Federal Rules of Civil Procedure, the records and files herein and the accompanying memorandum of law.

DATED:  Honolulu, Hawaii, August ___4___, 2008.

STATE OF HAWAIʻI

MARK J. BENNETT
Attorney General

_____
JOHN M. CREGOR, JR.
Deputy Attorney General

_____
CARON M. INAGAKI
Deputy Attorney General

Attorneys for Defendants and Third-Party Plaintiffs