IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WILLIAM S. AHOLELEI,<br><br>        Plaintiff,<br><br>    vs.<br><br>DEPARTMENT OF PUBLIC SAFETY, STATE OF HAWAII; JOHN F. PEYTON; FRANK LOPEZ, EDWIN SHIMODA; CLAYTON FRANK; RANDY ASHER; ERIC TANAKA; GARY KAPLAN; MAY ANDRADE; CINDA SANDIN; ATTORNEY GENERAL OF THE STATE OF HAWAII,<br><br>        Defendants. | CIVIL NO. 04-00414 SOM-KSC<br><br>MEMORANDUM IN SUPPORT OF MOTION |
| STATE OF HAWAII, DEPARTMENT OF PUBLIC SAFETY, JOHN PEYTON, FRANK LOPEZ, EDWIN SHIMODA, CLAYTON FRANK, RANDY ASHER, ERIC TANAKA, GARY KAPLAN, MAY ANDRADE, CINDA SANDIN, STATE OF HAWAII ATTORNEY GENERAL,<br><br>        Third-Party Plaintiffs,<br><br>    vs.<br><br>RICHARD CHARLES ROSARIO, JOHN POOMAIHEALANI, DINO KALEO KAUAI, ALLEN A. TAVARES, JEREMY S. CASTRO, STANLEY L. CANOSA, PAUL MOSE TOGIA,<br><br>        Third-Party Defendants. | |

296719_1.DOC

## MEMORANDUM IN SUPPORT OF MOTION

This case arose out of an alleged assault and battery upon plaintiff by fellow inmates at the Halawa Correctional Facility. Plaintiff brought a failure to protect civil rights claim against various officials and employees of the Department of Public Safety. Defendants filed a third-party action against seven individuals known to have been involved in the assault. One of them, Stanley Canosa, has appeared in this lawsuit and filed initial pleadings but has otherwise not participated. Since Canosa was released from prison on or about April 10, 2008 he has not only not participated but has left no forwarding address and pleadings and other documents served upon him have been returned "No forwarding address."

As third-party defendants, Richard Charles Rosario, Dino Kaleo Kauai, Allen A. Tavares, Paul Mose Togia, John Poomaihealani, Stanley Canosa and Jeremy S. Castro are liable only if the primary defendants are somehow found liable, and third-party defendants become liable for indemnity.

Defendants have reached a settlement with plaintiff and, under the circumstances do not wish to pursue third-party defendants. Accordingly, defendants move to dismiss their third-party complaint. It is not reasonably possible to obtain signatures of third-party defendants on a stipulation to dismiss yet it is not possible to close the primary case while the third-party complaint

remains pending. For all of the foregoing reasons, Defendants move this Court to enter an Order dismissing their third-party complaint, with prejudice.

DATED: Honolulu, Hawai'i, August 4, 2008.

STATE OF HAWAI'I

MARK J. BENNETT
Attorney General

_____
JOHN M. CREGOR, JR.
Deputy Attorney General

_____
CARON M. INAGAKI
Deputy Attorney General

Attorneys for Defendants and
Third-Party Plaintiffs