MARK J. BENNETT          2672
Attorney General of Hawaii

CARON M. INAGAKI         3835
JOHN M. CREGOR, JR.      3521
Deputy Attorneys General
Department of the Attorney
  General, State of Hawaii
425 Queen Street
Honolulu, Hawaii 96813
Telephone: (808) 586-1494
Facsimile:  (808) 586-1369
Email: John.M.Cregor@hawaii.gov

Attorneys for Defendants and
Third-Party Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WILLIAM S. AHOLELEI,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>DEPARTMENT OF PUBLIC SAFETY, STATE OF HAWAII; JOHN F. PEYTON; FRANK LOPEZ, EDWIN SHIMODA; CLAYTON FRANK; RANDY ASHER; ERIC TANAKA; GARY KAPLAN; MAY ANDRADE; CINDA SANDIN; ATTORNEY GENERAL OF THE STATE OF HAWAII,<br><br>　　　　　　Defendants. | CIVIL NO. 04-00414 SOM-KSC<br><br>THIRD PARTY PLAINTIFFS' EX PARTE MOTION TO SHORTEN TIME FOR HEARING ON MOTION TO DISMISS THIRD-PARTY COMPLAINT; DECLARATION OF JOHN M. CREGOR, JR.; ORDER GRANTING EX PARTE MOTION TO SHORTEN TIME FOR HEARING ON DEFENDANTS MOTION TO DISMISS THIRD-PARTY COMPLAINT [original order submitted directly to Judge for consideration]; CERTIFICATE OF SERVICE |

296772_1.DOC

| |
|---|
| STATE OF HAWAII, DEPARTMENT OF PUBLIC SAFETY, JOHN PEYTON, FRANK LOPEZ, EDWIN SHIMODA, CLAYTON FRANK, RANDY ASHER, ERIC TANAKA, GARY KAPLAN, MAY ANDRADE, CINDA SANDIN, STATE OF HAWAII ATTORNEY GENERAL, <br><br>            Third-Party Plaintiffs, <br><br>    vs. <br><br> RICHARD CHARLES ROSARIO, JOHN POOMAIHEALANI, DINO KALEO KAUAI, ALLEN A. TAVARES, JEREMY S. CASTRO, STANLEY L. CANOSA, PAUL MOSE TOGIA, <br><br>            Third-Party Defendants. |

### THIRD PARTY PLAINTIFFS' MOTION TO DISMISS THIRD-PARTY COMPLAINT

Third-Party Plaintiffs STATE OF HAWAII, DEPARTMENT OF PUBLIC SAFETY, JOHN PEYTON, FRANK LOPEZ, EDWIN SHIMODA, CLAYTON FRANK, RANDY ASHER, ERIC TANAKA, GARY KAPLAN, MAY ANDRADE, CINDA SANDIN, and STATE OF HAWAII ATTORNEY GENERAL, by and through their attorneys, Mark J. Bennett, Attorney General, and Caron M. Inagaki and John M. Cregor, Jr., Deputy Attorneys General, hereby move this Court *ex parte* for an order shortening the time for hearing on their Motion to Dismiss their Third-Party Complaint filed on September 23, 2005.

This motion is made pursuant to Rule 7 of the Federal Rules of Civil Procedure and Local Rule 6.2, and is based on the Declaration of John M. Cregor, Jr. attached hereto, and the records and files herein.

DATED: Honolulu, Hawaii, August 4, 2008.

STATE OF HAWAI‘I

MARK J. BENNETT
Attorney General

_____
JOHN M. CREGOR, JR.
Deputy Attorney General

_____
CARON M. INAGAKI
Deputy Attorney General

Attorneys for Defendants and Third-Party Plaintiffs