IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WILLIAM S. AHOLELEI,<br><br>    Plaintiff,<br><br>vs.<br><br>DEPARTMENT OF PUBLIC SAFETY, STATE OF HAWAII; JOHN F. PEYTON; FRANK LOPEZ, EDWIN SHIMODA; CLAYTON FRANK; RANDY ASHER; ERIC TANAKA; GARY KAPLAN; MAY ANDRADE; CINDA SANDIN; ATTORNEY GENERAL OF THE STATE OF HAWAII,<br><br>    Defendants. | CIVIL NO. 04-00414 SOM-KSC<br><br>DECLARATION OF JOHN M. CREGOR, JR. |
| STATE OF HAWAII, DEPARTMENT OF PUBLIC SAFETY, JOHN PEYTON, FRANK LOPEZ, EDWIN SHIMODA, CLAYTON FRANK, RANDY ASHER, ERIC TANAKA, GARY KAPLAN, MAY ANDRADE, CINDA SANDIN, STATE OF HAWAII ATTORNEY GENERAL,<br><br>    Third-Party Plaintiffs,<br><br>vs.<br><br>RICHARD CHARLES ROSARIO, JOHN POOMAIHEALANI, DINO KALEO KAUAI, ALLEN A. TAVARES, JEREMY S. CASTRO, STANLEY L. CANOSA, PAUL MOSE TOGIA,<br><br>    Third-Party Defendants. | |

296772_1.DOC

## DECLARATION OF JOHN M. CREGOR, JR.

JOHN M. CREGOR, JR., pursuant to 28 U.S.C. § 1746, declares that:

1. I am a Deputy Attorney General with the Department of the Attorney General, State of Hawaii and have been assigned to represent Defendants STATE OF HAWAII, DEPARTMENT OF PUBLIC SAFETY, JOHN PEYTON, FRANK LOPEZ, EDWIN SHIMODA, CLAYTON FRANK, RANDY ASHER, ERIC TANAKA, GARY KAPLAN, MAY ANDRADE, CINDA SANDIN, and STATE OF HAWAII ATTORNEY GENERAL (collectively "Third-Party Plaintiffs") in the above-entitled matter.

2. I have personal knowledge of the matters set forth herein and I am competent to so testify.

3. On behalf of the Defendants, I have prepared a motion to dismiss the Third-Party Complaint.

4. On Thursday, July 31, 2008, the Plaintiff and Defendants in this case placed a settlement on the record.

5. On September 23, 2005 a Third Party Complaint was filed against seven (7) inmates alleged to be involved with the incident that is the basis for this case.

6. Of the seven (7) Third-Party Defendants, only one, Stanley L. Canosa, responded to the Third-Party Complaint.

7.  Since June of this year, there has been returned mail for Mr. Canosa, indicating that Mr. Canosa is no longer at the address of record for him.

8.  In the interest of judicial economy, and in light of the foregoing discussion, Defendants respectfully request that this Court allow them to proceed with the settlement of this case by dismissing their Third-Party Complaint.

I declare under penalty of perjury that the foregoing is true and correct.

DATED: Honolulu, Hawaii, August 4, 2005.

_____
JOHN M. CREGOR, JR.