IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WILLIAM S. AHOLELEI, | CIVIL NO. 04-00414 SOM-KSC |
| Plaintiff, | |
| vs. | ORDER GRANTING EX PARTE MOTION TO SHORTEN TIME FOR HEARING ON THIRD-PARTY PLAINTIFFS' MOTION TO DISMISS THIRD-PARTY COMPLAINT |
| DEPARTMENT OF PUBLIC SAFETY, STATE OF HAWAII; JOHN F. PEYTON; FRANK LOPEZ, EDWIN SHIMODA; CLAYTON FRANK; RANDY ASHER; ERIC TANAKA; GARY KAPLAN; MAY ANDRADE; CINDA SANDIN; ATTORNEY GENERAL OF THE STATE OF HAWAII, | |
| Defendants. | |
| STATE OF HAWAII, DEPARTMENT OF PUBLIC SAFETY, JOHN PEYTON, FRANK LOPEZ, EDWIN SHIMODA, CLAYTON FRANK, RANDY ASHER, ERIC TANAKA, GARY KAPLAN, MAY ANDRADE, CINDA SANDIN, STATE OF HAWAII ATTORNEY GENERAL, | |
| Third-Party Plaintiffs, | |
| vs. | |
| RICHARD CHARLES ROSARIO, JOHN POOMAIHEALANI, DINO KALEO KAUAI, ALLEN A. TAVARES, JEREMY S. CASTRO, STANLEY L. CANOSA, PAUL MOSE TOGIA, | |
| Third-Party Defendants. | |

ORDER GRANTING EX PARTE MOTION TO SHORTEN TIME FOR
HEARING ON THIRD-PARTY PLAINTIFFS' MOTION TO DISMISS
THIRD-PARTY COMPLAINT

Upon review of the Ex Parte Motion to Shorten Time for Hearing on

THIRD-PARTY PLAINTIFFS' MOTION TO DISMISS THIRD-PARTY

COMPLAINT filed herein, and the Declaration of John M. Cregor, Jr. attached

thereto, and good cause appearing therefor;

IT IS HEREBY ORDERED that the Ex Parte Motion to Shorten Time for

Hearing on Third-Party Plaintiffs' Motion to Dismiss Third-Party Complaint is

GRANTED.

DATED:  Honolulu, Hawaii, _____.


_____
JUDGE OF THE ABOVE-ENTITLED COURT


William S. Aholelei v. Department of Public Safety, et al., Civil No. 04-00414
SOM-KSC, ORDER GRANTING EX PARTE MOTION TO SHORTEN TIME
FOR HEARING ON THIRD-PARTY PLAINTIFFS' MOTION TO DISMISS
THIRD-PARTY COMPLAINT.