IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WILLIAM S. AHOLELEI,<br><br>        Plaintiff,<br><br>vs.<br><br>DEPARTMENT OF PUBLIC SAFETY, STATE OF HAWAII; JOHN F. PEYTON; FRANK LOPEZ, EDWIN SHIMODA; CLAYTON FRANK; RANDY ASHER; ERIC TANAKA; GARY KAPLAN; MAY ANDRADE; CINDA SANDIN; ATTORNEY GENERAL OF THE STATE OF HAWAII,<br><br>        Defendants. | CIVIL NO. 04-00414 SOM-KSC<br><br>CERTIFICATE OF SERVICE |
| STATE OF HAWAII, DEPARTMENT OF PUBLIC SAFETY, JOHN PEYTON, FRANK LOPEZ, EDWIN SHIMODA, CLAYTON FRANK, RANDY ASHER, ERIC TANAKA, GARY KAPLAN, MAY ANDRADE, CINDA SANDIN, STATE OF HAWAII ATTORNEY GENERAL,<br><br>        Third-Party Plaintiffs,<br><br>vs.<br><br>RICHARD CHARLES ROSARIO, JOHN POOMAIHEALANI, DINO KALEO KAUAI, ALLEN A. TAVARES, JEREMY S. CASTRO, STANLEY L. CANOSA, PAUL MOSE TOGIA,<br><br>        Third-Party Defendants. | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on August 4, 2008, a copy of the foregoing document was served on the following at their last known addresses via U.S. mail, postage prepaid as follows:

>GARY G. SINGH, ESQ.
>Central Pacific Plaza
>220 South King Street
>Suite 2150
>Honolulu, Hawaii 96813
>
>Attorney for Plaintiff
>WILLIAM S. AHOLELEI
>
>STANLEY L. CANOSA
>Halawa Correctional Facility
>99-902 Moanalua Road
>Aiea, Hawaii 96701
>
>Third-Party Defendant *Pro Se*

DATED: Honolulu, Hawaii, August 4, 2008.

_____
JOHN M. CREGOR, JR.
Deputy Attorney General

Attorney for Defendants and Third-Party Plaintiffs