UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
300 ALA MOANA BLVD., C-338
HONOLULU, HAWAII 96850 - 0338

CLERK
OFFICIAL BUSINESS
RETURN SERVICE REQUESTED

RECEIVED
CLERK U.S. DISTRICT COURT
AUG 04 2008
DISTRICT OF HAWAII

CV 04-414 SOM-KSC

RETURN TO SENDER
( ) Contents Not Authorized
(X) Subject Paroled
( ) Not Approved Correspondent
( ) Not Here
( ) Other

Stanley L. Canosa
Halawa Correctional Facility
99-902 Moanalua Rd.
Aiea, HI 96701

NIXIE    968   DE  1    00  08/01/08
RETURN TO SENDER
REFUSED
UNABLE TO FORWARD

BC: 96850497199    *2572-06043-01-03*

# Minute Entries

1:04-cv-00414-SOM-KSC Aholelei v. Public Safety, Dept, et al

## U.S. District Court

### District of Hawaii

**Notice of Electronic Filing**

The following transaction was entered on 7/24/2008 at 4:26 PM HST and filed on 7/24/2008
**Case Name:** Aholelei v. Public Safety, Dept, et al
**Case Number:** 1:04-cv-414
**Filer:**
**Document Number:** 108(No document attached)

**Docket Text:**
**EO: The time for the Settlement Conference set for 11:00am on 7/30/2008 has been moved to 9:00 AM on 7/30/2008 before JUDGE KEVIN S.C. CHANG. Gary Singh and John Cregor have been notified. (JUDGE KEVIN S.C. CHANG)(sna, )**

---

**CERTIFICATE OF SERVICE**
Participants registered to receive electronic notifications received this document electronically at the e-mail address listed on the Notice of Electronic Filing (NEF).
Participants not registered to receive electronic notifications were served by first class mail on the date of this docket entry.

**1:04-cv-414 Notice has been electronically mailed to:**

John M. Cregor, Jr  John.M.Cregor@hawaii.gov, ATG.CRLD.efiling@hawaii.gov, Karen.Takenaka@hawaii.gov, Marnie.A.Goo@hawaii.gov

Gurmail G. Singh  ggsingh@hawaii.rr.com

**1:04-cv-414 Notice will not be electronically mailed to:**

Stanley L. Canosa
Halawa Correctional Facility
99-902 Moanalua Rd.
Aiea, HI 96701