IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WILLIAM S. AHOLELEI,<br><br>        Plaintiff,<br><br>    vs.<br><br>DEPARTMENT OF PUBLIC SAFETY, STATE OF HAWAII; JOHN F. PEYTON; FRANK LOPEZ, EDWIN SHIMODA; CLAYTON FRANK; RANDY ASHER; ERIC TANAKA; GARY KAPLAN; MAY ANDRADE; CINDA SANDIN; ATTORNEY GENERAL OF THE STATE OF HAWAII,<br><br>        Defendants. | CIVIL NO. 04-00414 SOM-KSC<br><br><br>ORDER GRANTING EX PARTE MOTION TO SHORTEN TIME FOR HEARING ON THIRD-PARTY PLAINTIFFS' MOTION TO DISMISS THIRD-PARTY COMPLAINT |
| STATE OF HAWAII, DEPARTMENT OF PUBLIC SAFETY, JOHN PEYTON, FRANK LOPEZ, EDWIN SHIMODA, CLAYTON FRANK, RANDY ASHER, ERIC TANAKA, GARY KAPLAN, MAY ANDRADE, CINDA SANDIN, STATE OF HAWAII ATTORNEY GENERAL,<br><br>        Third-Party Plaintiffs,<br><br>    vs.<br><br>RICHARD CHARLES ROSARIO, JOHN POOMAIHEALANI, DINO | |

| | |
|---|---|
| KALEO KAUAI, ALLEN A. TAVARES, JEREMY S. CASTRO, STANLEY L. CANOSA, PAUL MOSE TOGIA,<br><br>        Third-Party Defendants. | |

ORDER GRANTING EX PARTE MOTION TO SHORTEN TIME FOR HEARING ON THIRD-PARTY PLAINTIFFS' MOTION TO DISMISS THIRD-PARTY COMPLAINT

Upon review of the Ex Parte Motion to Shorten Time for Hearing on THIRD-PARTY PLAINTIFFS' MOTION TO DISMISS THIRD-PARTY COMPLAINT filed herein, and the Declaration of John M. Cregor, Jr. attached thereto, and good cause appearing therefor;

IT IS HEREBY ORDERED that the Ex Parte Motion to Shorten Time for Hearing on Third-Party Plaintiffs' Motion to Dismiss Third-Party Complaint is GRANTED.  **The motion to dismiss will be decided without a hearing, and any opposition must be filed by August 11, 2008.**

APPROVED AND SO ORDERED:

DATED: Honolulu, Hawaii; August 5, 2008.



/s/ Susan Oki Mollway
SUSAN OKI MOLLWAY
UNITED STATES DISTRICT JUDGE

William S. Aholelei v. Department of Public Safety, et al., Civ. No. 04-00414 SOM-KSC, ORDER GRANTING EX PARTE MOTION TO SHORTEN TIME FOR HEARING ON THIRD-PARTY PLAINTIFFS' MOTION TO DISMISS THIRD-PARTY COMPLAINT.