MARK J. BENNETT             2672
Attorney General of Hawaii

CARON M. INAGAKI           3835
JOHN M. CREGOR, JR.        3521
Deputy Attorneys General
Department of the Attorney
 General, State of Hawaii
425 Queen Street
Honolulu, Hawaii 96813
Telephone: (808) 586-1494
Facsimile:  (808) 586-1369
Email: John.M.Cregor@hawaii.gov

Attorneys for Defendants and
Third-Party Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| WILLIAM S. AHOLELEI, | CIVIL NO. 04-00414 SOM-KSC |
|---|---|
| Plaintiff, | |
| vs. | THIRD-PARTY PLAINTIFFS' NOTICE OF RECEIPT OF RETURNED MAIL; DECLARATION OF KAREN TAKENAKA, EXHIBIT "A"; CERTIFICATE OF SERVICE |
| DEPARTMENT OF PUBLIC SAFETY, STATE OF HAWAII; JOHN F. PEYTON; FRANK LOPEZ, EDWIN SHIMODA; CLAYTON FRANK; RANDY ASHER; ERIC TANAKA; GARY KAPLAN; MAY ANDRADE; CINDA SANDIN; ATTORNEY GENERAL OF THE STATE OF HAWAII, | |
| Defendants. | |

297620_1.DOC

|  |  |
|---|---|
| STATE OF HAWAII, DEPARTMENT OF PUBLIC SAFETY, JOHN PEYTON, FRANK LOPEZ, EDWIN SHIMODA, CLAYTON FRANK, RANDY ASHER, ERIC TANAKA, GARY KAPLAN, MAY ANDRADE, CINDA SANDIN, STATE OF HAWAII ATTORNEY GENERAL, <br><br>    Third-Party Plaintiffs, <br><br> vs. <br><br> RICHARD CHARLES ROSARIO, JOHN POOMAIHEALANI, DINO KALEO KAUAI, ALLEN A. TAVARES, JEREMY S. CASTRO, STANLEY L. CANOSA, PAUL MOSE TOGIA, <br><br>    Third-Party Defendants. |  |

THIRD-PARTY PLAINTIFFS' NOTICE OF RECEIPT
OF RETURNED MAIL

Third-Party Plaintiffs STATE OF HAWAII, DEPARTMENT OF PUBLIC SAFETY, JOHN PEYTON, FRANK LOPEZ, EDWIN SHIMODA, CLAYTON FRANK, RANDY ASHER, ERIC TANAKA, GARY KAPLAN, MAY ANDRADE, CINDA SANDIN, and STATE OF HAWAII ATTORNEY GENERAL (hereinafter "Third-Party Plaintiffs"), by and through their counsel, Mark Bennett, Attorney General of the State of Hawaii, John M. Cregor, Jr. and Caron M. Inagaki, Deputy Attorneys General, hereby notify the remaining parties

to the receipt of returned mail for Third-Party Defendant STANLEY L. CANOSA. According to the information on the envelope, Mr. Canosa is "Not Here". A copy of the envelope is attached as Exhibit "A".

DATED: Honolulu, Hawaii, August 8, 2008.

        STATE OF HAWAII

        MARK J. BENNETT
        Attorney General
        State of Hawaii

        _____
        JOHN M. CREGOR, JR.
        Deputy Attorney General

        Attorney for Third-Party Plaintiffs
        STATE OF HAWAII, DEPARTMENT OF
        PUBLIC SAFETY, JOHN PEYTON,
        FRANK LOPEZ, EDWIN SHIMODA,
        CLAYTON FRANK, RANDY ASHER,
        ERIC TANAKA, GARY KAPLAN, MAY
        ANDRADE, CINDA SANDIN, and STATE
        OF HAWAII ATTORNEY GENERAL