IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WILLIAM S. AHOLELEI,<br><br>Plaintiff,<br><br>vs.<br><br>STATE OF HAWAIʻI, DEPARTMENT OF PUBLIC SAFETY, et al.,<br><br>Defendants. | CIVIL NO. 04-00414 SOM-KSC<br><br>DECLARATION OF KAREN TAKENAKA; EXHIBIT "A" |
| STATE OF HAWAII, DEPARTMENT OF PUBLIC SAFETY, JOHN PEYTON, FRANK LOPEZ, EDWIN SHIMODA, CLAYTON FRANK, RANDY ASHER, ERIC TANAKA, GARY KAPLAN, MAY ANDRADE, CINDA SANDIN, STATE OF HAWAII ATTORNEY GENERAL,<br><br>Third-Party Plaintiffs,<br><br>vs.<br><br>RICHARD CHARLES ROSARIO, JOHN POOMAIHEALANI, DINO KALEO KAUAI, ALLEN A. TAVARES, JEREMY S. CASTRO, STANLEY L. CANOSA, PAUL MOSE TOGIA,<br><br>Third-Party Defendants. | |

<u>DECLARATION OF KAREN TAKENAKA</u>

I, Karen Takenaka, declare as follows:

1.     I am a legal secretary assigned to work on the above captioned case.

297620_1.DOC

2. On August 4, 2008, I mailed Plaintiff's copy of the <u>Third-Party Plaintffs' Motion to Dismiss Third-Party Complaint filed September 23, 2005</u> and the <u>Third-Party Plaintiffs' Ex Parte Motion to Shorten Time for Hearing on Motion to Dismiss Third-Party Complaint</u>, addressed to all the parties in the above captioned case, including Third-Party Plaintiff.

3. On August 8, 2008, Mr. Canosa's mail was returned to me with the notation to "Not Here." <u>See</u> Exhibit "A".

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on August 8, 2008.

_____
KAREN TAKENAKA