IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| WILLIAM S. AHOLELEI, | CIVIL NO. 04-00414 SOM-KSC |
| Plaintiff, | CERTIFICATE OF SERVICE |
| vs. | |
| STATE OF HAWAI'I, DEPARTMENT OF PUBLIC SAFETY, et al., | |
| Defendants. | |
| STATE OF HAWAII, DEPARTMENT OF PUBLIC SAFETY, JOHN PEYTON, FRANK LOPEZ, EDWIN SHIMODA, CLAYTON FRANK, RANDY ASHER, ERIC TANAKA, GARY KAPLAN, MAY ANDRADE, CINDA SANDIN, STATE OF HAWAII ATTORNEY GENERAL, | |
| Third-Party Plaintiffs, | |
| vs. | |
| RICHARD CHARLES ROSARIO, JOHN POOMAIHEALANI, DINO KALEO KAUAI, ALLEN A. TAVARES, JEREMY S. CASTRO, STANLEY L. CANOSA, PAUL MOSE TOGIA, | |
| Third-Party Defendants. | |

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the date indicated below, a copy of the foregoing document was served on the following parties at their last-known

297620_1.DOC

addresses by means of either depositing said copy in the United States mail, postage prepaid, or served electronically through CM/ECF as follows:

> GARY G. SINGH, ESQ.        CM/ECF   ggsingh@hawaii.rr.com
> Central Pacific Plaza
> 220 South King Street
> Suite 2150
> Honolulu, Hawaii 96813
>
> Attorney for Plaintiff
> WILLIAM S. AHOLELEI
>
> STANLEY L. CANOSA
> Halawa Correctional Facility
> 99-902 Moanalua Road
> Aiea, Hawaii 96701
>
> Third-Party Defendant *Pro Se*

DATED: Honolulu, Hawaii, August 8, 2008.

/s/ J. Cregor

JOHN M. CREGOR, JR.
Deputy Attorney General

Attorney for Third-Party Plaintiffs
STATE OF HAWAII, DEPARTMENT OF
PUBLIC SAFETY, JOHN PEYTON,
FRANK LOPEZ, EDWIN SHIMODA,
CLAYTON FRANK, RANDY ASHER,
ERIC TANAKA, GARY KAPLAN, MAY
ANDRADE, CINDA SANDIN, and STATE
OF HAWAII ATTORNEY GENERAL