

UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
300 ALA MOANA BLVD., C-338
HONOLULU, HAWAII 96850 - 0338

CLERK
OFFICIAL BUSINESS

Stanley L. Canosa
Halawa Correctional Facility
99-902 Moanalua Rd.
Aiea, HI 96701

RTN to sender
Released

RECEIVED
CLERK U.S. DISTRICT COURT
AUG 12 2008
DISTRICT OF HAWAII

NIXIE      968   DC 1      00   08/11/08
RETURN TO SENDER
ATTEMPTED - NOT KNOWN
UNABLE TO FORWARD

BC: 96850497199      *2272-03911-11-09*

Stanley L. Canosa
Halawa Correctional Facility
99-902 Moanalua Rd.
Aiea, HI 96701

CV 04-00414 SOM-KSC

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WILLIAM S. AHOLELEI,<br><br>Plaintiff,<br><br>vs.<br><br>DEPARTMENT OF PUBLIC SAFETY, STATE OF HAWAII; JOHN F. PEYTON; FRANK LOPEZ; EDWIN SHIMODA; CLAYTON FRANK; RANDY ASHER; ERIC TANAKA; GARY KAPLAN; MAY ANDRADE; CINDA SANDIN; ATTORNEY GENERAL OF THE STATE OF HAWAII,<br><br>Defendants. | CIVIL NO. 04-00414 SOM-KSC<br><br><br>ORDER GRANTING EX PARTE MOTION TO SHORTEN TIME FOR HEARING ON THIRD-PARTY PLAINTIFFS' MOTION TO DISMISS THIRD-PARTY COMPLAINT |
| STATE OF HAWAII, DEPARTMENT OF PUBLIC SAFETY, JOHN PEYTON, FRANK LOPEZ, EDWIN SHIMODA, CLAYTON FRANK, RANDY ASHER, ERIC TANAKA, GARY KAPLAN, MAY ANDRADE, CINDA SANDIN, STATE OF HAWAII ATTORNEY GENERAL,<br><br>Third-Party Plaintiffs,<br><br>vs.<br><br>RICHARD CHARLES ROSARIO, JOHN POOMAIHEALANI, DINO | |

| KALEO KAUAI, ALLEN A. TAVARES, JEREMY S. CASTRO, STANLEY L. CANOSA, PAUL MOSE TOGIA, |
|---|
| Third-Party Defendants. |

### ORDER GRANTING EX PARTE MOTION TO SHORTEN TIME FOR HEARING ON THIRD-PARTY PLAINTIFFS' MOTION TO DISMISS THIRD-PARTY COMPLAINT

Upon review of the Ex Parte Motion to Shorten Time for Hearing on THIRD-PARTY PLAINTIFFS' MOTION TO DISMISS THIRD-PARTY COMPLAINT filed herein, and the Declaration of John M. Cregor, Jr. attached thereto, and good cause appearing therefor;

IT IS HEREBY ORDERED that the Ex Parte Motion to Shorten Time for Hearing on Third-Party Plaintiffs' Motion to Dismiss Third-Party Complaint is GRANTED. **The motion to dismiss will be decided without a hearing, and any opposition must be filed by August 11, 2008.**

APPROVED AND SO ORDERED:

DATED: Honolulu, Hawaii; August 5, 2008.



/s/ Susan Oki Mollway
SUSAN OKI MOLLWAY
UNITED STATES DISTRICT JUDGE

William S. Aholelei v. Department of Public Safety, et al., Civ. No. 04-00414 SOM-KSC, ORDER GRANTING EX PARTE MOTION TO SHORTEN TIME FOR HEARING ON THIRD-PARTY PLAINTIFFS' MOTION TO DISMISS THIRD-PARTY COMPLAINT.

# Orders on Motions

1:04-cv-00414-SOM-KSC Aholelei v. Public Safety, Dept, et al

## U.S. District Court

### District of Hawaii

**Notice of Electronic Filing**

The following transaction was entered on 8/6/2008 at 6:42 AM HST and filed on 8/6/2008
**Case Name:**         Aholelei v. Public Safety, Dept, et al
**Case Number:**       1:04-cv-414
**Filer:**
**Document Number:** 117

**Docket Text:**
ORDER GRANTING EX PARTE MOTION TO SHORTEN TIME FOR HEARING ON THIRD-PARTY PLAINTIFFS' MOTION TO DISMISS THIRD-PARTY COMPLAINT [115] - Signed by JUDGE SUSAN OKI MOLLWAY on 8/5/08. (The motion to dismiss will be decided without a hearing, and any opposition must be filed by August 11, 2008.) (emt, )


**1:04-cv-414 Notice has been electronically mailed to:**

John M. Cregor, Jr   John.M.Cregor@hawaii.gov, ATG.CRLD.efiling@hawaii.gov, Karen.Takenaka@hawaii.gov, Marnie.A.Goo@hawaii.gov

Gurmail G. Singh   ggsingh@hawaii.rr.com

**1:04-cv-414 Notice will not be electronically mailed to:**

Stanley L. Canosa
Halawa Correctional Facility
99-902 Moanalua Rd.
Aiea, HI 96701

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1095854936 [Date=8/6/2008] [FileNumber=541231-0]
[c290d04a6b1bf4f36c17b5e5f1bc2b0793482fedded89ec6b0c0c394776ffb065fc9c
a868920a5a946f471f7156ce1bdd1098ee9ad6a23069e163984bafdf3da]]