CV 04-414 SOM-KSC



UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
300 ALA MOANA BLVD., C-338
HONOLULU, HAWAII 96850-0338

OFFICIAL BUSINESS

**RECEIVED**
CLERK U.S. DISTRICT COURT
AUG 21 2008
DISTRICT OF HAWAII
CLERK

Stanley L. Canos
Halawa Correctional Facility
99-902 Moanalua Rd.
Aiea, HI 96701

RETURN TO SENDER
( ) Contents Not Authorized
( ) Subject Paroled
( ) Not Approved Correspondent
(✓) Not Here
→ Other

NIXIE    968    DC 1    00    08/20/08
RETURN TO SENDER
ATTEMPTED - NOT KNOWN
UNABLE TO FORWARD
BC: 96850497199    *2272-06300-20-10

PRESORTED
FIRST CLASS

02 1M
0004256679
MAILED FROM ZIPCODE 96821
$00.394

ESPONDENCE

Stanley L. Canosa
Halawa Correctional Facility
99-902 Moanalua Rd.
Aiea, HI 96701

# Minute Entries

1:04-cv-00414-SOM-KSC Aholelei v. Public Safety, Dept, et al

## U.S. District Court

## District of Hawaii

## Notice of Electronic Filing

The following transaction was entered on 8/13/2008 at 9:45 AM HST and filed on 8/13/2008
**Case Name:** Aholelei v. Public Safety, Dept, et al
**Case Number:** 1:04-cv-414
**Filer:**
**Document Number:** No document attached

Docket Text:
EO: Third-Party Plaintiffs' Motion to Dismiss Third-Party Complaint is Granted.Motions terminated: [114] MOTION to Dismiss *Third-Party Complaint filed September 23, 2005* filed by Gary Kaplan, Attorney General, State of Hawaii, May Andrade, Frank Lopez, Public Safety, Department of, State of Hawaii, Eric Tanaka, Clayton Frank, Randy Asher, Edwin Shimoda, Cinda Sandin, John F. Peyton. (JUDGE SUSAN OKI MOLLWAY)(tbf, )

**CERTIFICATE OF SERVICE**
Participants registered to receive electronic notifications received this document electronically at the e-mail address listed on the Notice of Electronic Filing (NEF). Participants not registered to receive electronic notifications were served by first class mail on the date of this docket entry.

**1:04-cv-414 Notice has been electronically mailed to:**

John M. Cregor, Jr   John.M.Cregor@hawaii.gov, ATG.CRLD.efiling@hawaii.gov, Karen.Takenaka@hawaii.gov, Marnie.A.Goo@hawaii.gov

Gurmail G. Singh   ggsingh@hawaii.rr.com

**1:04-cv-414 Notice will not be electronically mailed to:**

Stanley L. Canosa
Halawa Correctional Facility
99-902 Moanalua Rd.
Aiea, HI 96701