IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| WILLIAM S. AHOLELEI, | ) | CIVIL NO. 04-00414 SOM/KSC |
| | ) | |
| Plaintiff, | ) | ORDER OF DISMISSAL |
| | ) | |
| vs. | ) | |
| | ) | |
| DEPARTMENT OF PUBLIC SAFETY, STATE OF HAWAII; JOHN F. PEYTON; FRANK LOPEZ; EDWIN SHIMODA; CLAYTON FRANK; RANDY ASHER; ERIC TANAKA; GARY KAPLAN; MAY ANDRADE; CINDA SANDIN; ATTORNEY GENERAL OF THE STATE OF HAWAII, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |
| STATE OF HAWAII, DEPARTMENT OF PUBLIC SAFETY; JOHN PEYTON; FRANK LOPEZ, EDWIN SHIMODA; CLAYTON FRANK; RANDY ASHER, ERIC TANAKA; GARY KAPLAN; MAY ANDRADE; CINDA SANDIN, STATE OF HAWAI ATTORNEY GENERAL, | ) | |
| | ) | |
| Third-Party Plaintiffs, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| RICHARD CHARLES ROSARIO; JOHN POOMAIHEALANI; DINO | ) | |

| | |
|---|---|
| KALEO KAUAI; ALLEN A. TAVARES; JEREMY S. CASTRO; STANLEY L. CANOSA; PAUL MOSE TOGIA, | )<br>)<br>)<br>)<br>) |
| Third-Party Defendants. | ) |

## ORDER OF DISMISSAL

In light of the parties' agreement to a settlement of this action, all claims are dismissed. The Clerk of Court is directed to terminate this action and to close this file. This order of dismissal may be vacated only upon a showing of good cause made by a party in a written motion.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, September 2, 2008.



/s/ Susan Oki Mollway
Susan Oki Mollway
United States District Judge

Aholelei v. Department of Public Safety, et al.; CIVIL NO. 04-00414 SOM/KSC; ORDER OF DISMISSAL