AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

## DISTRICT OF HAWAII

| | |
|---|---|
| WILLIAM S. AHOLELEI | JUDGMENT IN A CIVIL CASE |
| Plaintiff(s), | Case: CV 04-00414 SOM-KSC |
| V. | FILED IN THE<br>UNITED STATES DISTRICT COURT<br>DISTRICT OF HAWAII |
| DEPARTMENT OF PUBLIC SAFETY,<br>STATE OF HAWAII; ET AL. | September 3, 2008<br><br>At 4 o'clock and 00 min p.m.<br>SUE BEITIA, CLERK |
| Defendant(s). | |

[ ]  **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[✓]  **Decision by Court**.  This action came for hearing before the Court.  The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that all claims are dismissed pursuant to the "Order of Dismissal" filed on September 2, 2008.  It is further ordered that the Clerk of Court shall terminate this action and close this file.

| | |
|---|---|
| September 3, 2008 | SUE BEITIA |
| Date | Clerk |
| | /s/ Sue Beitia by ET |
| | (By) Deputy Clerk |