

CV 04- 414 SOM-KSC

Stanley L. Canosa
Halawa Correctional Facility
99-902 Moanalua Rd.
Aiea, HI 96701

CV 04-00414 SOM-KSC

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| WILLIAM S. AHOLELEI, | ) | CIVIL NO. 04-00414 SOM/KSC |
| | ) | |
| Plaintiff, | ) | ORDER OF DISMISSAL |
| | ) | |
| vs. | ) | |
| | ) | |
| DEPARTMENT OF PUBLIC SAFETY, STATE OF HAWAII; JOHN F. PEYTON; FRANK LOPEZ; EDWIN SHIMODA; CLAYTON FRANK; RANDY ASHER; ERIC TANAKA; GARY KAPLAN; MAY ANDRADE; CINDA SANDIN; ATTORNEY GENERAL OF THE STATE OF HAWAII, | ) | |
| | ) | |
| Defendants. | ) | |
| STATE OF HAWAII, DEPARTMENT OF PUBLIC SAFETY; JOHN PEYTON; FRANK LOPEZ, EDWIN SHIMODA; CLAYTON FRANK; RANDY ASHER, ERIC TANAKA; GARY KAPLAN; MAY ANDRADE; CINDA SANDIN, STATE OF HAWAI ATTORNEY GENERAL, | ) | |
| | ) | |
| Third-Party Plaintiffs, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| RICHARD CHARLES ROSARIO; JOHN POOMAIHEALANI; DINO | ) | |

```
KALEO KAUAI; ALLEN A.              )
TAVARES; JEREMY S. CASTRO;         )
STANLEY L. CANOSA; PAUL            )
MOSE TOGIA,                        )
                                   )
        Third-Party Defendants.    )
```

## ORDER OF DISMISSAL

In light of the parties' agreement to a settlement of this action, all claims are dismissed. The Clerk of Court is directed to terminate this action and to close this file. This order of dismissal may be vacated only upon a showing of good cause made by a party in a written motion.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, September 2, 2008.



/s/ Susan Oki Mollway
Susan Oki Mollway
United States District Judge

Aholelei v. Department of Public Safety, et al.; CIVIL NO. 04-00414 SOM/KSC;
ORDER OF DISMISSAL

## Other Orders/Judgments

1:04-cv-00414-SOM-KSC Aholelei v. Public Safety, Dept, et al

### U.S. District Court

### District of Hawaii

## Notice of Electronic Filing

The following transaction was entered on 9/2/2008 at 3:45 PM HST and filed on 9/2/2008
**Case Name:**         Aholelei v. Public Safety, Dept, et al
**Case Number:**       1:04-cv-414
**Filer:**
**Document Number:** 122

**Docket Text:**
**ORDER OF DISMISSAL - Signed by JUDGE SUSAN OKI MOLLWAY on 9/2/08. (In light of the parties' agreement to a settlement of this action, all claims are dismissed. The Clerk of Court is directed to terminate this action and to close this file. This order of dismissal may be vacated only upon a showing of good cause made by a party in a written motion.) (emt, )**

**1:04-cv-414 Notice has been electronically mailed to:**

John M. Cregor, Jr   John.M.Cregor@hawaii.gov, ATG.CRLD.efiling@hawaii.gov, Karen.Takenaka@hawaii.gov, Marnie.A.Goo@hawaii.gov

Gurmail G. Singh   ggsingh@hawaii.rr.com

**1:04-cv-414 Notice will not be electronically mailed to:**

Stanley L. Canosa
Halawa Correctional Facility
99-902 Moanalua Rd.
Aiea, HI 96701

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1095854936 [Date=9/2/2008] [FileNumber=555626-0]
[9defa0ca422a76bed753d7ba4bd54ae4b48c2f097aad3a8b36b89e8111143a6a9dfff
92d141c5b27f3660b94be6aedf5174d315a1ee3b68bdb9e010b8ef54c10]]

AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | |
|---|---|
| WILLIAM S. AHOLELEI | JUDGMENT IN A CIVIL CASE |
| Plaintiff(s), | Case: CV 04-00414 SOM-KSC |
| V. | FILED IN THE<br>UNITED STATES DISTRICT COURT<br>DISTRICT OF HAWAII |
| DEPARTMENT OF PUBLIC SAFETY,<br>STATE OF HAWAII; ET AL. | September 3, 2008<br><br>At 4 o'clock and 00 min p.m.<br>SUE BEITIA, CLERK |
| Defendant(s). | |

[ ] **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[✓] **Decision by Court.** This action came for hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that all claims are dismissed pursuant to the "Order of Dismissal" filed on September 2, 2008. It is further ordered that the Clerk of Court shall terminate this action and close this file.

| September 3, 2008 | SUE BEITIA |
|---|---|
| Date | Clerk |
| | /s/ Sue Beitia by ET |
| | (By) Deputy Clerk |

## Other Orders/Judgments

1:04-cv-00414-SOM-KSC Aholelei v. Public Safety, Dept, et al

U.S. District Court

District of Hawaii

### Notice of Electronic Filing

The following transaction was entered on 9/3/2008 at 11:42 AM HST and filed on 9/3/2008
**Case Name:**     Aholelei v. Public Safety, Dept, et al
**Case Number:**   1:04-cv-414
**Filer:**
**WARNING: CASE CLOSED on 09/03/2008**
**Document Number:** 123

**Docket Text:**
JUDGMENT entered on 9/3/08 pursuant to [122] "ORDER OF DISMISSAL", filed on 9/2/08. (emt, )

**1:04-cv-414 Notice has been electronically mailed to:**

John M. Cregor, Jr   John.M.Cregor@hawaii.gov, ATG.CRLD.efiling@hawaii.gov, Karen.Takenaka@hawaii.gov, Marnie.A.Goo@hawaii.gov

Gurmail G. Singh   ggsingh@hawaii.rr.com

**1:04-cv-414 Notice will not be electronically mailed to:**

Stanley L. Canosa
Halawa Correctional Facility
99-902 Moanalua Rd.
Aiea, HI 96701

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1095854936 [Date=9/3/2008] [FileNumber=555968-0]
[410989623a2c01e4939b929648c3c1b6f8d3a7cbde847f151f11da32e77ea42966255
eb710b0004f202cc1c071f64e66c3eb3f3b1b4028bab178fa0072f351d5]]